AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

COPY

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company, | ) ) ) |
| *Defendant* | ) |

Civil Action No. **CV12-04759**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REACH MEDIA GROUP, LLC, a Delaware limited liability company, 3715 Northside Parkway, Building 100, Suite 300, Atlanta, Georgia 30327.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sean Reis, Edelson McGuire LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ SEP 1 2 2012 _____       **Gordana Macic**
                                      _____
                                      *Signature of Clerk or Deputy Clerk*

