JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT REACH MEDIA GROUP, LLC**<br><br>Judge: Hon. Paul Singh Grewal<br>Dept: Courtroom 5 |

-1-

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joshua M. Briones, Albert E. Hartmann (*pro hac vice* pending), and Vishali Singal of DLA Piper LLP (US) hereby appear in the above-captioned matter on behalf of defendant Reach Media Group, LLC, and request that they receive notice of electronic filings in this case at the following e-mail addresses:

    joshua.briones@dlapiper.com

    albert.hartmann@dlapiper.com; and

    vishali.singal@dlapiper.com

Further, it is requested that Nicole T. Montemurro, Joanne Pacocha, and Keith Nesbit receive electronic notifications secondary to Mr. Briones, Mr. Hartmann, and Ms. Singal at the following e-mail addresses:

    nicole.montemurro@dlapiper.com;

    joanne.pacocha@dlapiper.com; and

    keith.nesbit@dlapiper.com

Dated: October 4, 2012

                                                  DLA PIPER LLP (US)

                                                  By: /s/ Vishali Singal
                                                        VISHALI SINGAL
                                                        Attorneys for Defendant
                                                        REACH MEDIA GROUP, LLC