1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)
   albert.hartmann@dlapiper.com
6  DLA PIPER LLP (US)
   203 North LaSalle Street, Suite 1900
7  Chicago, IL 60601-1293
   Tel: 312-368-4000
8  Fax: 312-236-7516

9  VISHALI SINGAL (Bar No. 267481)
   vishali.singal@dlapiper.com
10 DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
11 San Francisco, CA 94105-2933
   Tel: 415.836.2500
12 Fax: 415.836.2501

13 Attorneys for Defendant
   REACH MEDIA GROUP, LLC
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

| DAVID TRINDADE, individually and on behalf of all others similarly situated, | CASE NO. 5:12-CV-04759 (PSG) |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | [L.R. 3-16(b)] |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company, | Judge: Hon. Paul Singh Grewal |
| Defendant. | Dept: Courtroom 5 |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named Defendant, there is no such interest to report.

3

4   Dated: October 4, 2012

5                                   DLA PIPER LLP (US)

6

7                                   By: /s/ Vishali Singal
                                        VISHALI SINGAL
                                        Attorneys for Defendant
8                                       REACH MEDIA GROUP, LLC