1   JOSHUA M. BRIONES (Bar No. 205293)
    joshua.briones@dlapiper.com
2   DLA PIPER LLP (US)
    2000 Avenue of the Stars, Suite 400 North Tower
3   Los Angeles, California 90067-4704
    Tel: 310-595-3000
4   Fax: 310-595-3300

5   ALBERT E. HARTMANN (*pro hac vice* pending)
    albert.hartmann@dlapiper.com
6   DLA PIPER LLP (US)
    203 North LaSalle Street, Suite 1900
7   Chicago, IL 60601-1293
    Tel: 312-368-4000
8   Fax: 312-236-7516

9   VISHALI SINGAL (Bar No. 267481)
    vishali.singal@dlapiper.com
10  DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
11  San Francisco, CA 94105-2933
    Tel: 415.836.2500
12  Fax: 415.836.2501

13  Attorneys for Defendant
    REACH MEDIA GROUP, LLC
14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18

19  DAVID TRINDADE, individually and on        CASE NO. 5:12-CV-04759 (PSG)
    behalf of all others similarly situated,

20                  Plaintiff,                 **STIPULATION AND [PROPOSED]
                                               ORDER TO EXTEND TIME TO RESPOND
21          v.                                 TO CLASS ACTION COMPLAINT AND
                                               TO CONTINUE CASE MANAGEMENT
22  REACH MEDIA GROUP, LLC, a                  CONFERENCE DATE AND
    Delaware limited liability company,        CORRESPONDING DEADLINES**
23
                    Defendant.
24                                             Judge:    Hon. Paul Singh Grewal
                                               Dept:     Courtroom 5
25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

Plaintiff David Trindade ("Plaintiff") and Defendant Reach Media Group, LLC ("Defendant"), stipulate and agree as follows:

WHEREAS:

A. DLA Piper LLP (US) was recently retained to represent Defendant in this matter;

B. Defendant's request for a 28-day extension of time to respond to Plaintiff's Class Action Complaint is the first time Defendant has requested an extension of a deadline in this matter;

C. The parties' request for a 28-day continuance of the Initial Case Management Conference and corresponding deadlines is the first time the parties have requested a change to any event previously scheduled by the Court in this matter;

D. The parties agree upon the following schedule to provide Defendant with additional time in which to respond to Plaintiff's Class Action Complaint and to provide the parties with additional time in which to meet and confer about their initial disclosures, early settlement, ADR process selection, case management statement, and discovery plan.

November 1, 2012: Last day for Defendant to respond to Plaintiff's Class Action Complaint

November 13, 2012: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

November 27, 2012: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement

December 4, 2012: Initial Case Management Conference (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 p.m.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, stipulate and agree as follows:

DLA PIPER LLP (US)
SAN FRANCISCO

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
CASE NO. 5:12-CV-04759 (PSG)

1    Defendant's deadline to respond to the Class Action Complaint is extended to November

2    1, 2012.

3    Subject to the approval of the Court, the Initial Case Management Conference shall be

4    rescheduled from November 6, 2012 to December 4, 2012 at 2:00 pm, or such other date and time

5    as the Court shall order, and all corresponding deadlines shall be continued by 28 days.

6

7    IT IS SO STIPULATED.

8    Dated:  October 4, 2012

9                                                      DLA PIPER LLP (US)

10

11                                                     By: /s/ Vishali Singal
                                                           VISHALI SINGAL
                                                           Attorneys for Defendant
12                                                         REACH MEDIA GROUP, LLC

13

14   Dated:  October 4, 2012

15                                                     EDELSON McGUIRE LLP

16

17                                                     By: /s/ Sean P. Reis
                                                           SEAN P. REIS
                                                           Attorneys for Plaintiff
18                                                         DAVID TRINDADE

19

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1    I, Vishali Singal, am the ECF user whose identification and password are being used to

2  file the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME.  In

3  compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to

4  this stipulation have concurred in this filing.

5                                    **ORDER**

6    Defendant  Reach Media Group, LLC's deadline to respond to the Class Action

7  Complaint is hereby extended to November 1, 2012.

8    The parties' Initial Case Management Conference is hereby extended to

9  _____, 2012 at _____, and all corresponding dates are hereby

10  continued by 28 days.

11

12    IT IS SO ORDERED.

13

14  DATED: _____, 2012

15                                              By _____
                                                    HONORABLE PAUL SINGH GREWAL
16                                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
   SAN FRANCISCO

-4-
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
CASE NO.  5:12-CV-04759 (PSG)