1    JOSHUA M. BRIONES (Bar No. 205293)
     joshua.briones@dlapiper.com
2    DLA PIPER LLP (US)
     2000 Avenue of the Stars, Suite 400 North Tower
3    Los Angeles, California 90067-4704
     Tel:  310-595-3000
4    Fax: 310-595-3300

5    ALBERT E. HARTMANN (*pro hac vice* pending)
     albert.hartmann@dlapiper.com
6    DLA PIPER LLP (US)
     203 North LaSalle Street, Suite 1900
7    Chicago, IL 60601-1293
     Tel:  312-368-4000
8    Fax: 312-236-7516

9    VISHALI SINGAL (Bar No. 267481)
     vishali.singal@dlapiper.com
10   DLA PIPER LLP (US)
     555 Mission Street, Suite 2400
11   San Francisco, CA  94105-2933
     Tel:  415.836.2500
12   Fax:  415.836.2501

13   Attorneys for Defendant
     REACH MEDIA GROUP, LLC

14

15            UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17               SAN JOSE DIVISION

18

19   DAVID TRINDADE, individually and on     CASE NO.  5:12-CV-04759 (PSG)
     behalf of all others similarly situated,

20            Plaintiff,            **PROOF OF SERVICE**

21          v.

22   REACH MEDIA GROUP, LLC, a
     Delaware limited liability company,

23           Defendant.

24

25

26

27

28

## PROOF OF SERVICE

I, Keith R. Nesbit, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper LLP (US), 555 Mission Street, Suite 2400, San Francisco, California 94105-2933. On October 4, 2012, I served a copy of the within document(s):

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT REACH MEDIA GROUP, LLC**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**[L.R. 3-16(B)]**

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND CORRESPONDING DEADLINES**

☐ by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via ECF, e-mail, or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

The following are those who are currently on the list to receive e-mail notices for this case.

Sean Patrick Reis: sreis@edelson.com, sreis@reisfirm.com

There are no manual recipients for this case based on the Mailing Information for a case 5:12-cv-04759-PSG. Attached to the back of this proof of service as <u>Attachment 1</u> is a current Mailing Information for a Case information sheet that was obtained from Pacer on October 4, 2012.

-2-

1         I declare that I am employed in the office of a member of the bar of this court at whose

2    direction the service was made.

3         Executed on October 4, 2012, at San Francisco, California,

4

5                                                   Keith R. Nesbit

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

DLA PIPER LLP (US)
SAN FRANCISCO

# ATTACHMENT 1

# Mailing Information for a Case 5:12-cv-04759-PSG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean Patrick Reis**
  sreis@edelson.com,sreis@reisfirm.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)