1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)
   albert.hartmann@dlapiper.com
6  DLA PIPER LLP (US)
   203 North LaSalle Street, Suite 1900
7  Chicago, IL 60601-1293
   Tel: 312-368-4000
8  Fax: 312-236-7516

9  VISHALI SINGAL (Bar No. 267481)
   vishali.singal@dlapiper.com
10 DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
11 San Francisco, CA 94105-2933
   Tel: 415.836.2500
12 Fax: 415.836.2501

13 Attorneys for Defendant
   REACH MEDIA GROUP, LLC

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND CORRESPONDING DEADLINES**<br><br>Judge:   Hon. Paul Singh Grewal<br>Dept:    Courtroom 5 |

Plaintiff David Trindade ("Plaintiff") and Defendant Reach Media Group, LLC ("Defendant"), stipulate and agree as follows:

WHEREAS:

A. DLA Piper LLP (US) was recently retained to represent Defendant in this matter;

B. Defendant's request for a 28-day extension of time to respond to Plaintiff's Class Action Complaint is the first time Defendant has requested an extension of a deadline in this matter;

C. The parties' request for a 28-day continuance of the Initial Case Management Conference and corresponding deadlines is the first time the parties have requested a change to any event previously scheduled by the Court in this matter;

D. The parties agree upon the following schedule to provide Defendant with additional time in which to respond to Plaintiff's Class Action Complaint and to provide the parties with additional time in which to meet and confer about their initial disclosures, early settlement, ADR process selection, case management statement, and discovery plan.

November 1, 2012: Last day for Defendant to respond to Plaintiff's Class Action Complaint

November 13, 2012: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

November 27, 2012: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement

December 4, 2012: Initial Case Management Conference (CMC) in Courtroom 5, 4th Floor, SJ at 2:00 p.m.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, stipulate and agree as follows:

1  Defendant's deadline to respond to the Class Action Complaint is extended to November
2  1, 2012.
3  Subject to the approval of the Court, the Initial Case Management Conference shall be
4  rescheduled from November 6, 2012 to December 4, 2012 at 2:00 pm, or such other date and time
5  as the Court shall order, and all corresponding deadlines shall be continued by 28 days.
6
7  IT IS SO STIPULATED.
8  Dated: October 4, 2012
9                                                  DLA PIPER LLP (US)
10
11                                                 By: /s/ Vishali Singal
                                                     VISHALI SINGAL
12                                                      Attorneys for Defendant
                                                     REACH MEDIA GROUP, LLC
13
14 Dated: October 4, 2012
15                                                 EDELSON MCGUIRE LLP
16
17                                                 By: /s/ Sean P. Reis
                                                   SEAN P. REIS
18                                                    Attorneys for Plaintiff
                                                   DAVID TRINDADE
19
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

I, Vishali Singal, am the ECF user whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME. In compliance with General Order 45, X.B., I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

## ORDER

Defendant Reach Media Group, LLC's deadline to respond to the Class Action Complaint is hereby extended to November 1, 2012.

The parties' Initial Case Management Conference is hereby extended to December 18, 2012, 2012 at 2:00 p.m.; and all corresponding dates are hereby continued by 28 days.

IT IS SO ORDERED.

DATED: October 12, 2012

By _____
HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE