RECEIVED
OCT 12 2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID TRINDADE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

REACH MEDIA GROUP, LLC, a Delaware limited liability company,

Defendant.

CASE NO. 5:12-cv-04759-PSG

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Rafey S. Balabanian, whose business address and telephone number is

Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654
(312) 589-6370

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, David Trindade

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
Honorable Paul Singh Grewal
United States Magistrate Judge