```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012657
Cashier ID: macicg
Transaction Date: 10/12/2012
Payer Name: EDELSON McGUIRE LLC
----------------------------------
PRO HAC VICE
 For: Rafey S. Balabanian
 Case/Party: D-CAN-5-12-AT-PROHAC-001
 Amount:         $305.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5113
 Amt Tendered: $305.00
----------------------------------
Total Due:     $305.00
Total Tendered: $305.00
Change Amt:    $0.00

5:12-CV-04759-PSG


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```