```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012655
Cashier ID: macicg
Transaction Date: 10/12/2012
Payer Name: EDELSON McGUIRE LLC
----------------------------------
PRO HAC VICE
  For: Benjamin H. Richman
  Case/Party: D-CAN-5-12-AT-PROHAC-001
  Amount:      $305.00
----------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 5115
  Amt Tendered: $305.00
----------------------------------
Total Due:     $305.00
Total Tendered: $305.00
Change Amt:    $0.00

5:12-CV-04759-PSG


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```