| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Christopher L. Dore
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
(312) 589-6370

**Filed**

OCT 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID TRINDADE, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

REACH MEDIA GROUP, LLC, a Delaware limited liability company,

_____ Defendant(s). _____ /

CASE NO. 5:12-cv-04759-PSG

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Christopher L. Dore, an active member in good standing of the bar of the Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, David Trindade in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Sean Reis, Edelson McGuire, LLP, 30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688 (949) 459-2124

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2012

Christopher L. Dore