1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)
   albert.hartmann@dlapiper.com
6  DLA PIPER LLP (US)
   203 North LaSalle Street, Suite 1900
7  Chicago, IL 60601-1293
   Tel: 312-368-4000
8  Fax: 312-236-7516

9  VISHALI SINGAL (Bar No. 267481)
   vishali.singal@dlapiper.com
10 DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
11 San Francisco, CA 94105-2933
   Tel: 415.836.2500
12 Fax: 415.836.2501

13 Attorneys for Defendant
   REACH MEDIA GROUP, LLC
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**DEFENDANT REACH MEDIA GROUP, LLC'S FED. R. CIV. PROC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Paul Singh Grewal<br>Dept: Courtroom 5 |

DLA PIPER LLP (US)
SAN FRANCISCO

-1-

RULE 7.1 CORPORATE DISCLOSURE STATEMENT
CASE NO. 5:12-CV-04759 (PSG)

Defendant Reach Media Group, LLC ("Defendant") files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1. There is no parent corporation or publicly held corporation owning 10 percent or more of any of Defendant's stock.

Dated: November 1, 2012

                                DLA PIPER LLP (US)

                                By: /s/ Vishali Singal
                                    VISHALI SINGAL
                                    Attorneys for Defendant
                                    REACH MEDIA GROUP, LLC