# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| David Trindade<br>*Plaintiff*<br>v.<br>Reach Media Group, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Ryan Lenahan, Kyle Danna, Eagle Web Assets Inc.<br>*Third-party defendant* | Civil Action No. 5:12-cv-04759 (PSG) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

Kyle Danna
13 Mission Hills
Slidell, LA 70458

Eagle Web Assets Inc.
9933 Lawler, Suite 355
Skokie, IL 60077

Ryan Lenahan
13089 Peyton Dr. C231
Chino Hills, CA 91709

A lawsuit has been filed against defendant __Reach Media Group, LLC__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __David Trindade__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Vishali Singal
555 Mission Street, 24th Floor
San Francisco, CA 94105

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean P. Reis
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: NOV 1 6 2012

*CLERK OF COURT*

Tiffany Salinas-Harwell

*Signature of Clerk or Deputy Clerk*