JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Conference Date: December 18, 2012<br>Conference Time: 2:00 p.m. PT<br>Complaint Filed: September 12, 2012 |

1    Plaintiff David Trindade ("Plaintiff") and Defendant Reach Media Group, LLC

2    ("Defendant"), stipulate and agree as follows[1]:

3        WHEREAS:

4        A.    The parties stipulated to a 28-day continuance of the Initial Case Management

5              Conference and corresponding deadlines on October 4, 2012;

6        B.    On October 12, 2012, this Court entered the parties' proposed order to continue the

7              Initial Case Management Conference from its original date of November 6, 2012 and

8              continue all corresponding dates by 28 days.  This Court set the new date of the

9              Initial Case Management Conference as December 18, 2012, at 2:00 p.m.;

10       C.    The parties have met and conferred pursuant to Rule 26, filed ADR Certifications,

11             stipulated to an ADR process, served their Initial Disclosures upon one another, and

12             filed a Joint Case Management Statement;

13       D.    Since September 2012, Defendant's lead trial counsel, Joshua M. Briones, Esq., has

14             been scheduled to be out of the country on December 18, 2012 and thus is only

15             available by telephone for the Initial Case Management Conference.  Mr. Briones

16             intended to file a request for telephonic appearance for the Initial Case Management

17             Conference with the expectation that Defendant's counsel, Vishali Singal, Esq.,

18             would appear in person;

19       E.    On or about November 19, 2012, Ms. Singal received a summons for jury service

20             from the San Francisco Superior Court, with her reporting date set for December 10,

21             2012;

22       F.    The parties anticipate that, given the circumstances of Defendant's counsel described

23             herein, Defendant's counsel may be unable to participate in the Initial Case

24             Management Conference on December 18, 2012 in person;

---

[1]    On November 15, 2012, Defendant filed a Third-Party Complaint against Eagle Web Assets, Inc., Ryan Lenahan and Kyle Danna. (Dkt. No. 22.)  Defendant and Third-Party Plaintiff Reach Media Group, LLC is in the process of serving Third-Party Defendants.  Third-Party Defendants have yet to appear in this matter and therefore, did not participate in the drafting and filing of the instant stipulation and proposed order.
.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO.  5:12-CV-04759 (PSG)

G. Counsel for Defendant, Ms. Singal, met and conferred with counsel for Plaintiff, Benjamin H. Richman, Esq. and Christopher L. Dore, Esq., on November 26, 2012 to, among other things, determine whether Mr. Richman was available to attend the Initial Case Management Conference on any date other than December 18, 2012. Ms. Singal and Mr. Richman agreed that they were both available to attend the Initial Case Management Conference in person at 2:00 p.m., on January 3, 2012;

H. Lead trial counsel for Defendant, Mr. Briones, is available to attend an Initial Case Management Conference on January 3, 2012. As Mr. Briones works and resides in Los Angeles, California, and his co-counsel, Ms. Singal, is available to attend an Initial Case Management Conference on January 3, 2012 in person, Mr. Briones will file a request for telephonic appearance with this Court for the same in accordance with L.R. 16-10(a); and

I. The parties' request for a 17-day continuance of the Initial Case Management Conference is the second time the parties have requested a change to any event previously scheduled by this Court.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, stipulate and agree as follows:

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

-3-

1         Subject to the approval of the Court, the Initial Case Management Conference shall be

2    rescheduled from December 18, 2012 to January 3, 2012 at 2:00 p.m., or such other date and time

3    as the Court shall order.

4         IT IS SO STIPULATED.

5

6    Dated:  December 4, 2012

7                                       DLA PIPER LLP (US)

8                                       By:  /s/ Vishali Singal

9                                           VISHALI SINGAL
                                       Attorneys for Defendant

10                                          REACH MEDIA GROUP, LLC

11   Dated:  December 4, 2012

12

13                                      EDELSON MCGUIRE LLC

14                                      By:  /s/ Benjamin H. Richman

15                                          BENJAMIN H. RICHMAN
                                       Attorneys for Plaintiff

16                                        DAVID TRINDADE

17   /////

18   /////

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28                                     -4-

1       I, Vishali Singal, am the ECF user whose identification and password are being used to

2 file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE

3 MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest

4 that the above-referenced signatories to this stipulation have concurred in this filing.

5 **<u>ORDER</u>**

6       The parties' Initial Case Management Conference is hereby extended to

7 _____, 2012 at _____.

8

9       IT IS SO ORDERED.

10

11 DATED:  _____, 2012

12

13                 By _____

                   HONORABLE PAUL SINGH GREWAL

14                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
San Francisco

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO.  5:12-CV-04759 (PSG)