1   JOSHUA M. BRIONES (Bar No. 205293)
    joshua.briones@dlapiper.com
2   DLA PIPER LLP (US)
    2000 Avenue of the Stars, Suite 400 North Tower
3   Los Angeles, California 90067-4704
    Tel: 310-595-3000
4   Fax: 310-595-3300

5   ALBERT E. HARTMANN (*pro hac vice* pending)
    albert.hartmann@dlapiper.com
6   DLA PIPER LLP (US)
    203 North LaSalle Street, Ste 1900
7   Chicago, IL 60601-1293
    Tel: 312-368-4000
8   Fax: 312-236-7516

9   VISHALI SINGAL (Bar No. 267481)
    vishali.singal@dlapiper.com
10  DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
11  San Francisco, CA  94105-2933
    Tel: 415.836.2500
12  Fax: 415.836.2501

13  Attorneys for Defendant
    REACH MEDIA GROUP, LLC
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18
    DAVID TRINDADE, individually and on        CASE NO.  5:12-CV-04759 (PSG)
19  behalf of all others similarly situated,

20              Plaintiff,                      **STIPULATION AND [~~PROPOSED~~]
                                                ORDER TO CONTINUE CASE
21          v.                                  MANAGEMENT CONFERENCE**

22  REACH MEDIA GROUP, LLC, a                   Judge: Honorable Paul Singh Grewal
    Delaware limited liability company,         Department: Courtroom 5
23                                              Conference Date: December 18, 2012
                Defendant.                      Conference Time: 2:00 p.m. PT
24                                              Complaint Filed: September 12, 2012

25

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO
                                        -1-
                      STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC
                      CASE NO.  5:12-CV-04759 (PSG)

Plaintiff David Trindade ("Plaintiff") and Defendant Reach Media Group, LLC ("Defendant"), stipulate and agree as follows[1]:

WHEREAS:

A. The parties stipulated to a 28-day continuance of the Initial Case Management Conference and corresponding deadlines on October 4, 2012;

B. On October 12, 2012, this Court entered the parties' proposed order to continue the Initial Case Management Conference from its original date of November 6, 2012 and continue all corresponding dates by 28 days. This Court set the new date of the Initial Case Management Conference as December 18, 2012, at 2:00 p.m.;

C. The parties have met and conferred pursuant to Rule 26, filed ADR Certifications, stipulated to an ADR process, served their Initial Disclosures upon one another, and filed a Joint Case Management Statement;

D. Since September 2012, Defendant's lead trial counsel, Joshua M. Briones, Esq., has been scheduled to be out of the country on December 18, 2012 and thus is only available by telephone for the Initial Case Management Conference. Mr. Briones intended to file a request for telephonic appearance for the Initial Case Management Conference with the expectation that Defendant's counsel, Vishali Singal, Esq., would appear in person;

E. On or about November 19, 2012, Ms. Singal received a summons for jury service from the San Francisco Superior Court, with her reporting date set for December 10, 2012;

F. The parties anticipate that, given the circumstances of Defendant's counsel described herein, Defendant's counsel may be unable to participate in the Initial Case Management Conference on December 18, 2012 in person;

---

[1]    On November 15, 2012, Defendant filed a Third-Party Complaint against Eagle Web Assets, Inc., Ryan Lenahan and Kyle Danna. (Dkt. No. 22.) Defendant and Third-Party Plaintiff Reach Media Group, LLC is in the process of serving Third-Party Defendants. Third-Party Defendants have yet to appear in this matter and therefore, did not participate in the drafting and filing of the instant stipulation and proposed order.
.

G.  Counsel for Defendant, Ms. Singal, met and conferred with counsel for Plaintiff,
Benjamin H. Richman, Esq. and Christopher L. Dore, Esq., on November 26, 2012
to, among other things, determine whether Mr. Richman was available to attend the
Initial Case Management Conference on any date other than December 18, 2012.
Ms. Singal and Mr. Richman agreed that they were both available to attend the Initial
Case Management Conference in person at 2:00 p.m., on January 3, 2012;

H.  Lead trial counsel for Defendant, Mr. Briones, is available to attend an Initial Case
Management Conference on January 3, 2012.  As Mr. Briones works and resides in
Los Angeles, California, and his co-counsel, Ms. Singal, is available to attend an
Initial Case Management Conference on January 3, 2012 in person, Mr. Briones will
file a request for telephonic appearance with this Court for the same in accordance
with L.R. 16-10(a); and

I.  The parties' request for a 17-day continuance of the Initial Case Management
Conference is the second time the parties have requested a change to any event
previously scheduled by this Court.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel,
stipulate and agree as follows:

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

-3-

1        Subject to the approval of the Court, the Initial Case Management Conference shall be

2   rescheduled from December 18, 2012 to January 3, 2012 at 2:00 p.m., or such other date and time

3   as the Court shall order.

4        IT IS SO STIPULATED.

5

6   Dated:  December 4, 2012

7                                DLA PIPER LLP (US)

8                                By:  /s/ Vishali Singal

9                                   VISHALI SINGAL
                                    Attorneys for Defendant

10                                  REACH MEDIA GROUP, LLC

11  Dated:  December 4, 2012

12

13                               EDELSON MCGUIRE LLC

14                               By:  /s/ Benjamin H. Richman

15                                  BENJAMIN H. RICHMAN
                                    Attorneys for Plaintiff

16                                  DAVID TRINDADE

17  /////

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28                                -4-

1        I, Vishali Singal, am the ECF user whose identification and password are being used to

2    file the foregoing STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE

3    MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest

4    that the above-referenced signatories to this stipulation have concurred in this filing.

5    **<u>ORDER</u>**

6        The parties' Initial Case Management Conference is hereby extended to

7    <u>      January 8      </u>, 2015 at <u>2:00 p.m</u>.

8

9        IT IS SO ORDERED.

10

11   DATED:   <u>December 7   </u>, 2012

12

13   By <u>_Paul S. Grewal_____</u>

14      HONORABLE PAUL SINGH GREWAL
   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28