**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Third-Party Defendants
Ryan Lenahan and Kyle Danna

**DLA PIPER LLP**

| | |
|---|---|
| Joshua M. Briones (Bar No. 205293) | Vishali Singal (Bar No. 267481) |
| 2000 Avenue of the Stars, Ste 400 North Tower | 555 Mission Street, Suite 2400 |
| Los Angeles, CA 90067 | San Francisco, CA 94105 |
| Telephone: (310) 595-3000 | Telephone: (415) 836-2500 |
| Facsimile: (310) 595-3300 | Facsimile: (415) 836-2501 |
| joshua.briones@dlapiper.com | vishali.singal@dlapiper.com |

Attorneys for Defendant and Third-Party Plaintiff
Reach Media Group, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant, | Case No. 5:12-cv-04759 (PSG)<br><br>**STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THIRD-PARTY COMPLAINT** |

1 | **REACH MEDIA GROUP, LLC**, a Delaware limited liability company,

2

3 | Third-Party Plaintiff,

4 | v.

5 | **RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,

6

7 | Third-Party Defendants.

WHEREAS, Third-Party Defendant Ryan Lenahan was subserved with a copy of the summons and third-party complaint of Reach Media Group, LLC ("Reach Media") on December 3, 2012. Service of the third-party complaint on Lenahan was completed on December 13, 2012, making his response to the third-party complaint due on January 3, 2013;

WHEREAS, Third-Party Defendant Kyle Danna was personally served with a copy of the summons and third-party complaint of Reach Media on November 21, 2012, making his response to the third-party complaint due on December 12, 2012;

WHEREAS, Third-Party Defendants Lenahan and Danna have retained Kronenberger Rosenfeld, LLP to represent them in this matter;

WHEREAS, the law firm of Kronenberger Rosenfeld, LLP is, by this stipulation, specially appearing on behalf of Third-Party Defendant Danna, as he may file a motion to dismiss for lack of personal jurisdiction;

WHEREAS, the Third-Party Defendants Lenahan and Danna and Third-Party Plaintiff Reach Media have agreed to extend the time for Lenahan and Danna to respond to the third-party complaint;

WHEREAS, in the interest of the judicial economy and the preservation of resources for the Court and all parties, Lenahan and Danna request a response date that is co-extensive with one another;

Case No. 5:12-cv-04759 (PSG) | 1 | **STIP. TO EXTEND DEADLINE TO RESPOND TO THIRD-PARTY COMPLAINT**

1  WHEREAS, Reach Media stipulates to an extension of Lenahan and Danna's response dates to the third-party complaint to January 11, 2013.

3  IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1(a) by and between Third-Party Plaintiff Reach Media Group, LLC and Third-Party Defendants Ryan Lenahan and Kyle Danna, through their counsel of record that:

6  1.  Third-Party Defendants Ryan Lenahan and Kyle Danna shall have until January 11, 2013 to respond to Third-Party Plaintiff's complaint pursuant to Civil Local Rule 6-1(a).

**IT IS SO STIPULATED.**

DATED:  December 12, 2012          KRONENBERGER ROSENFELD, LLP


By:  s/Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys specially appearing for Third-Party Defendants Ryan Lenahan and Kyle Danna


DATED:  December 12, 2012          DLA PIPER LLP


By:  s/Vishali Singal
       Vishali Singal

Attorneys for Third-Party Plaintiff Reach Media Group, LLC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Part X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Respectfully Submitted,

DATED: December 12, 2012                    KRONENBERGER ROSENFELD, LLP


By: s/Karl S. Kronenberger
 Karl S. Kronenberger

Attorneys specially appearing for Third-Party Defendants Ryan Lenahan and Kyle Danna