JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Conference Date: January 8, 2012<br>Conference Time: 2:00 p.m. PT<br>Complaint Filed: September 12, 2012 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Joshua M. Briones, lead counsel for defendant Reach Media Group, LLC ("RMG"), who works and resides in the City of Los Angeles, California, requests to

1  appear by telephone at the Initial Case Management Conference scheduled for Tuesday, January
2  8, 2012, at 2:00 p.m., before the Honorable Paul Singh Grewal.  The telephone number at which
3  Mr. Briones requests to be reached is (310) 595-3076.  Vishali Singal, local counsel for RMG,
4  will appear at the Initial Case Management Conference in person.
5      DATED this 26th day of December, 2012.

DLA PIPER LLP (US)

By: /s/ Vishali Singal
    JOSHUA M. BRIONES
    VISHALI SINGAL
    Attorneys for Defendant
    REACH MEDIA GROUP, LLC