1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)
   albert.hartmann@dlapiper.com
6  DLA PIPER LLP (US)
   203 North LaSalle Street, Ste 1900
7  Chicago, IL 60601-1293
   Tel: 312-368-4000
8  Fax: 312-236-7516

9  VISHALI SINGAL (Bar No. 267481)
   vishali.singal@dlapiper.com
10 DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
11 San Francisco, CA 94105-2933
   Tel: 415.836.2500
12 Fax: 415.836.2501

13 Attorneys for Defendant
   REACH MEDIA GROUP, LLC
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Conference Date: January 8, 2012<br>Conference Time: 2:00 p.m. PT<br>Complaint Filed: September 12, 2012 |

Upon the request of defendant Reach Media Group, LLC for its lead counsel, Joshua M. Briones, to appear telephonically at the January 8, 2012 Initial Case Management Conference, and for good cause appearing therefore, the Court having considered the papers submitted,

1    IT IS HEREBY ORDERED that Reach Media Group, LLC's request is granted and Mr.
2    Briones may appear telephonically for the January 8, 2012 Initial Case Management Conference.

3    DATED: _____, 2012
4

5                                                    By _____
6                                                       HONORABLE PAUL SINGH GREWAL
                                                        UNITED STATES MAGISTRATE JUDGE