JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Conference Date: January 8, 2012<br>Conference Time: 2:00 p.m. PT<br>Complaint Filed: September 12, 2012 |

Upon the request of defendant Reach Media Group, LLC for its lead counsel, Joshua M. Briones, to appear telephonically at the January 8, 2012 Initial Case Management Conference, and for good cause appearing therefore, the Court having considered the papers submitted,

1    IT IS HEREBY ORDERED that Reach Media Group, LLC's request is granted and Mr.
Briones may appear telephonically for the January 8, 2012 Initial Case Management Conference.

DATED: January 2, 2013

By _____
HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE

-2-

WEST\240097161.1

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
CASE NO. 5:12-CV-04759 (PSG)