**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Third-Party Defendants
Ryan Lenahan and Kyle Danna

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant, | Case No. 5:12-cv-04759 (PSG)<br><br>**REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date:  January 8, 2013<br>Time:  2:00 p.m.<br>Ctrm:  5, 4th Flr.<br>Judge:  The Hon. Paul S. Grewal |
| **REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,<br><br>Third-Party Defendants. | |

Case No. 5:12-cv-04759 (PSG)   **THIRD-PARTY DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CMC**

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that Virginia Sanderson, counsel for Third-Party Defendants
3  Ryan Lenahan and Kyle Danna (collectively, "Third-Party Defendants"), requests to
4  appear by telephone at the Initial Case Management Conference scheduled for
5  Tuesday, January 8, 2013, at 2:00 p.m., before the Honorable Paul S. Grewal. Third-
6  Party Defendants were only recently brought into the case and have not yet responded
7  to the Third-Party Complaint filed by Reach Media Group, LLC. Counsel has reviewed
8  the Court's recent orders granting other parties permission to appear telephonically at
9  the Case Management Conference and is ready and willing to arrange for telephonic
10 appearance through CourtCall.

12 DATED: January 3, 2013          KRONENBERGER ROSENFELD, LLP

14                                  By:   s/ Virginia Sanderson
15                                        Virginia Sanderson

16                                  Attorneys specially appearing for Third-Party
                                    Defendants Ryan Lenahan and Kyle Danna



Case No. 5:12-cv-04759 (PSG)          1          **THIRD-PARTY DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CMC**