**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Third-Party Defendants
Ryan Lenahan and Kyle Danna

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>　　　　Defendant, | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date:　　January 8, 2013<br>Time:　　2:00 p.m.<br>Ctrm:　　5, 4th Flr.<br>Judge:　　The Hon. Paul S. Grewal |
| **REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>**RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,<br><br>　　　　Third-Party Defendants. | |

Case No. 5:12-cv-04759 (PSG)　　　　　　　　　　[PROP] ORDER GRANTING THIRD-PARTY DEFS
　　　　　　　　　　　　　　　　　　　　　　　　　REQUEST TO APPEAR TELEPHONICALLY

1  Upon the request of Third-Party Defendants Ryan Lenahan and Kyle Danna
2  (collectively, "Third-Party Defendants") for their lead counsel, Virginia Sanderson, to
3  appear telephonically at the January 8, 2013 Initial Case Management Conference, and
4  for good cause appearing therefore, the Court having considered the papers submitted,

5  IT IS HEREBY ORDERED that Third-Party Defendants' request is granted and
6  Ms. Sanderson may appear telephonically for the January 8, 2013 Initial Case
7  Management Conference.

10  DATED: January __, 2013          By: _____

    The Honorable Paul S. Grewal
    United States Magistrate Judge

Case No. 5:12-cv-04759 (PSG)      1     **[PROP] ORDER GRANTING THIRD-PARTY DEFS' REQUEST TO APPEAR TELEPHONICALLY**