UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID TRINDADE,

        Plaintiff(s),

    v.

REACH MEDIA GROUP, LLC,

        Defendant(s).
_____/

No. C V12-04759 (PSG)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 3, 2013

Signature: [signed]

Counsel for Third-Party Defendants
(Plaintiff, Defendant or indicate "pro se")
Ryan Lenahan and Kyle Danna