1  SEAN P. REIS (SBN 184044)
   sreis@edelson.com
2  EDELSON MCGUIRE LLP
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, California 92688
   Telephone: (949) 459-2124
4
5  RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
   BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
6  brichman@edelson.com
   CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
7  cdore@edelson.com
   EDELSON MCGUIRE LLC
8  350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
9  Telephone: (312) 589-6370

10 *Counsel for Plaintiff and the putative class*

11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated, | Case No. 5:12-cv-04759 (PSG) |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company, | Judge: Honorable Paul Singh Grewal
Action Filed: September 12, 2012 |
| *Defendant*. | |

This matter coming before the Court on Plaintiff's Request for Counsel to Appear Telephonically at the Initial Case Management Conference in this matter, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's request is hereby granted; and,
2. Plaintiff's counsel shall contact the CourtCall service at (866) 582-6878 to arrange for telephonic appearance.

IT IS SO ORDERED.

ENTERED: _____

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE