SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Counsel for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Action Filed: September 12, 2012 |

1 | This matter coming before the Court on Plaintiff's Request for Counsel to Appear
2 | Telephonically at the Initial Case Management Conference in this matter, due and adequate notice
3 | having been given, and the Court being duly advised in the premises,

4 | IT IS HEREBY ORDERED AND ADJUDGED:

5 | 1. Plaintiff's request is hereby granted; and,

6 | 2. Plaintiff's counsel shall contact the CourtCall service at (866) 582-6878 to arrange
7 | for telephonic appearance.

8 | IT IS SO ORDERED.

ENTERED: January 7, 2013

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

[P̶r̶o̶p̶o̶s̶e̶d̶] Order           1           Case No. 5:12-cv-04759 (PSG)