# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: January 8, 2013                                    Time in Court: 6 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (2:09 to 2:15)

**TITLE: David Trindade v. Reach Media Group, LLC**
**CASE NUMBER**: CV12-04759 PSG
Plaintiff Attorney(s) present: Benjamin Richman, *telephonically*
Defendant Attorney(s) present: Vishali Singal.  Also present: Virginia Sanderson, *telephonically*

### PROCEEDINGS:
### Case Management Conference

Third party defendant Eagle Web Assets, Inc. has not yet been served; the court sets 30 day deadline for service.
Eagle Web Assets, Inc. to submit consent or declination to proceed before U.S. Magistrate Judge no later than 2 weeks following service.
2/12/13 mediation is vacated and to be revisited at further case management conference.
Further case management conference to be set pending Eagle Web Assets filing consent.

///