1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  Virginia A. Sanderson (Bar No. 240241)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:  (415) 955-1158
   karl@KRInternetLaw.com
6  jeff@KRInternetLaw.com
   ginny@KRInternetLaw.com
7
8  Attorneys for Third-Party Defendants
   Ryan Lenahan and Kyle Danna
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant,<br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,<br><br>Third-Party Defendants. | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANTS' MOTION TO STRIKE AND/OR DISMISS THIRD-PARTY COMPLAINT**<br><br>DATE:  February 26, 2013<br>TIME:   10:00 a.m.<br>CTRM:  5, 4th Floor<br>JUDGE: The Hon. Paul S. Grewal |

Case No. 5:12-cv-04759 (PSG)                 [PROP] ORDER GRANTING MTN TO
                                             STRIKE AND/OR DISMISS

WHEREAS Third-Party Defendants Ryan Lenahan's and Kyle Danna's Motion to Strike and/or Dismiss Third-Party Complaint (the "Motion") was heard on February 26, 2013. Having considered the motion, memoranda, supporting declarations, oppositions, the pleadings and papers on file in this action, the relevant statutory and case law, and good cause appearing therefore:

1. IT IS HEREBY ORDERED that Third-Party Defendants Ryan Lenahan's and Kyle Danna's Motion is GRANTED.

2. IT IS HEREBY FURTHER ORDERED that the Third-Party Complaint of Reach Media Group, LLC is dismissed in its entirety without leave to amend.

For good cause shown,

**IT IS SO ORDERED.**

DATED: _____, 2013    By: _____
                                                                                  The Hon. Paul S. Grewal
                                                                                  United States District Judge