1  **KRONENBERGER ROSENFELD, LLP**

2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)

3  Virginia A. Sanderson (Bar No. 240241)
   150 Post Street, Suite 520

4  San Francisco, CA 94108
   Telephone:  (415) 955-1155

5  Facsimile:  (415) 955-1158
   karl@KRInternetLaw.com

6  jeff@KRInternetLaw.com
   ginny@KRInternetLaw.com

7

8  Attorneys for Third-Party Defendants
   Ryan Lenahan and Kyle Danna

9

10

11            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

12  **DAVID TRINDADE**, individually and on        Case No. 5:12-cv-04759 (PSG)
    behalf of all others similarly situated,

13

14          Plaintiff,                             **DECLARATION OF KYLE DANNA IN**
                                                   **SUPPORT OF THIRD-PARTY**

15      v.                                         **DEFENDANTS' MOTION TO STRIKE**
                                                   **AND/OR DISMISS THIRD-PARTY**

16  **REACH MEDIA GROUP, LLC**, a                  **COMPLAINT**
    Delaware limited liability company,

17

18          Defendant,
    **REACH MEDIA GROUP, LLC**, a                  DATE:    February 26, 2013

19  Delaware limited liability company,            TIME:    10:00 a.m.
                                                   CTRM:    5, 4th Floor

20          Third-Party Plaintiff,                 JUDGE:   The Hon. Paul S. Grewal

21      v.

22  **RYAN LENAHAN**, an individual, **KYLE**

23  **DANNA**, an individual, and **EAGLE WEB**
    **ASSETS INC.**, a corporation,

24

25          Third-Party Defendants.

26

27

28

    Case No. 5:12-cv-04759 (PSG)                   **DANNA DECL MTN TO STRIKE AND/OR**
                                                    **DISMISS**

1   I, Kyle Danna, declare as follows:

2       1.      I have been named as a third-party defendant in the above-entitled action.

3   Unless otherwise stated, I have personal knowledge of the matters stated herein.

4       2.      I am a Louisiana resident.

5       3.      I do not own any property in California.

6       4.      I do not own an interest in any California business.

7       5.      I transact all business from my home in Louisiana.

8       I declare under penalty of perjury under the laws of the United States of America

9   that the foregoing is true and correct and that this Declaration was executed on January

10   11, 2013.

Kyle Danna