**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Third-Party Defendants
Ryan Lenahan and Kyle Danna

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant, | Case No. 5:12-cv-04759 (PSG)<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| **REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,<br><br>Third-Party Defendants. | |

Case No. 5:12-cv-04759 (PSG)   **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**



1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:

7  As of this date, other than the named parties, there is no such interest to report.

8  These representations are made to enable the judges of the Court to evaluate
9  possible disqualification or recusal.

11  DATED: January 11, 2013        KRONENBERGER ROSENFELD, LLP

13  By:  s/ Virginia Sanderson
          Virginia Sanderson

15  Attorneys for Third-Party Defendants Ryan Lenahan and Kyle Danna

Case No. 5:12-cv-04759 (PSG)     1     **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**