**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Third-Party Defendant Ryan Lenahan and for Specially Appearing Third-Party Defendant Kyle Danna

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID TRINDADE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant,<br>**REACH MEDIA GROUP, LLC**, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>**RYAN LENAHAN**, an individual, **KYLE DANNA**, an individual, and **EAGLE WEB ASSETS INC.**, a corporation,<br><br>Third-Party Defendants. | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT RYAN LENAHAN'S MOTION TO STRIKE CLAIMS UNDER CAL. CODE OF CIV. PROC. 425.16 (ANTI-SLAPP MOTION)**<br><br>DATE:     February 26, 2013<br>TIME:     10:00 a.m.<br>CTRM:   5, 4th Floor<br>JUDGE:  The Hon. Paul S. Grewal |

1  WHEREAS Third-Party Defendant Ryan Lenahan ("Lenahan")'s Motion to Strike
2  Claims Under Cal. Code of Civ. Proc. 425.16 (Anti-Slapp Motion) (the "Motion") was
3  heard on February 26, 2013. Having considered the motion, memoranda, supporting
4  declarations, oppositions, the pleadings and papers on file in this action, the relevant
5  statutory and case law, and good cause appearing therefore:

6  1. IT IS HEREBY ORDERED that Lenahan's Motion is GRANTED.

7  2. IT IS HEREBY FURTHER ORDERED that the third, fourth, and fifth causes
8  of action in Reach Media Group, LLC ("RMG")'s Third Party Complaint are stricken
9  pursuant to Cal. Code of Civ. Proc. 425.16.

10  3. IT IS HEREBY FURTHER ORDERED that RMG shall pay Lenahan's costs
11  and attorneys' fees incurred in preparing and arguing the Motion.

12  4. IT IS HEREBY FURTHER ORDERED that Lenahan shall submit a
13  summary of his requested costs and fees by _____ to be
14  evaluated by the Court.

16  For good cause shown,

18  **IT IS SO ORDERED.**

20  DATED: _____, 2013   By: _____
21                                       The Hon. Paul S. Grewal
                                         UNITED STATES MAGISTRATE JUDGE



KRONENBERGER ROSENFELD
150 Post Street, Suite 520, San Francisco, CA 94108

Case No. 5:12-cv-04759 (PSG)   1   **[PROP] ORDER GRANTING MTN TO STRIKE (ANTI-SLAPP)**