Exhibit A



facebook

Search for people, places and things

Kronenberger | Find Friends | Home

Kronenberger Rosenfeld

**FAVORITES**
- Welcome
- News Feed
- Messages
- Events
- Photos
- Find Friends

**ADS**
- Ads Manager

**PAGES**
- Pages Feed
- Like Pages

**APPS**
- App Center    4
- Games Feed    20+
- Music
- Notes
- Links
- Pokes

**GROUPS**
- Create Group...

**FRIENDS**
- Close Friends
- Family
- San Francisco, Califo...    10

Friends on Chat



**Internet Advertising - People Who Don't Pay**    About | Events | Photos    Join Group

🌐 Open Group                                                                                   2,244 members

Internet Advertising, We all Know there are deadbeats - Call them out and let the world know... Please Keep in mind you own what you post...

Please keep in mind, there is no self promotion of blogs, networks, and companies and so on here. You will be banned. Posts like, "We always pay work with us" will not be tolerated.

All posts are also syndicated to http://www.shoemoney.com/deadbeats/ and will not be removed. No exceptions. You are responsible for any claims you make.

Members by Name ▼ | Find a Member

 **Aaron Chandler**
Joined over a year ago
Add Friend

 **Aaron Glinski**
The Art Institutes
Joined over a year ago

 **Aaron Gravitz**
Chief Executive Officer at StreamTrack Media
Joined over a year ago
Add Friend

 **Aaron Harper**
C.E.O. at Affiliatewise
Joined over a year ago
Add Friend

 **Aaron Joachim**
Sr. Account Executive at Adshare Media LLC
Joined over a year ago
Add Friend

 **Aaron Kelly**
Partner/Attorney at Kelly / Warner, PLLC
Joined over a year ago

 **Aaron Kendall**
Joined over a year ago
Add Friend

 **Aaron Prichard**
Added by Benjamin Brown about 4 months ago

 **Aaron Weitzman**
Joined over a year ago
Add Friend

 **Abby Whitridge Berman**
Los Angeles, California
Joined over a year ago
Add Friend

 **Abdul Hamid Giwa**
User at Google Inc.
Joined over a year ago
Add Friend

 **Abhishek Rajurkar**
Added by Beau Hadwiger about 8 months ago
Add Friend

Chat

# Exhibit B



 **Kevin Smith** hey Net Tangerine, why do your employees act so pitiful? http://postimage.org/image/o4rstesbl/
November 30, 2012 at 9:02am



**Ryan Lenahan**
Roger Dowd from Reach Media group owes me $13,000 and forcing me to hire Harrison Gevirtz to take them to court. I'm also aware that they owe another network $xx,xxx in addition to another affiliate they owe $xx,xxx. Roger claims we were using "unapproved" sms content however I have countless emails, skype transcripts...etc where he told me to use his exact word for word message on my marketing materials or else risk non payment, which I did under threat and now hes claiming its unapproved BS story.
September 28, 2012 at 7:19pm near Corona, CA

4 people like this.

 **Ryan Lenahan** Roger Dowd sent a 14k wire to my partner whom was using the very same sms content, then 3 days later contacted the bank and pretended the wire they sent was fraud in attempts to get it reversed. Luckily a signed IO, invoice, emails, transcripts...etc got the bank to realize it was a BS story and stopped the fraudulent reversal.
September 28, 2012 at 7:21pm

 **Rocky Iorio** oh my...not going near that network
September 28, 2012 at 10:11pm

 **Josh Ogle** Good to know, thanks for the heads up.
September 30, 2012 at 5:50pm · 2



 **Ryan Lenahan** Just an update, over 3 months have passed and have still not seen a dime.
November 4, 2012 at 6:08pm

 **Rocky Iorio** apparently no one cares about their reputation.
November 4, 2012 at 7:48pm · 2

 **Michael Rich** Ryan Lenahan - are we talking about reachmg.com? If so, I have a contact you guys can all 'chat' with.

Reach Media Group applied to NAmoffers last week.
November 27, 2012 at 11:04am

 **Ryan Lenahan** Yeap that's them.
November 27, 2012 at 11:07am via mobile

 **Amy Monier** What about the acquisition of Reach, did the new owner exclude the debts owed I am guessing
November 27, 2012 at 11:12am

 **Michael Rich** First Name: Michael
Last Name: Walton
Role/Title: Affiliate Manager
Phone: 404-949-3128
IM Screen Name: reach2mwalton
IM Service: aim
Email: mikew@reachmg.com

Comments:
Hello-

We are looking for network placement and internal email traffic to



# Exhibit C







