# Exhibit A

# Forwarded conversation

Subject: **Invoice**
------------------------

From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Sun, Aug 26, 2012 at 10:35 PM
To: Andre Zouvi <andre@reachmg.com>

I would like to send you an invoice for my account..

Conversions - REDACTED

Revenue - $17,937.00

Please send this amount my wire to the bank account I have on file. I should receive this money within the 21 days, correct?

Also, wish me luck with evacuating, looks like we have a bad storm brewing up here in New Orleans!

Thanks buddy!
----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 7:24 AM
To: Kyle Danna <Kyle.Danna@selu.edu>

Hey Kyle,

You have to evacuate? Good luck buddy!!!

I will let you know if accounting needs an actual invoice in order to process payment.

All the best,

Andre

--

1

Andre Zouvi
Affiliate Manager



D. 310.706.6344 | C. 438.935.1521
3715 Northside Parkway. Building 100 | Suite 300 | Atlanta, Georgia 30327
andre@reachmg.com | aim: andre@reachmg.com | www.reachmediagroup.com

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments,is for the sole use of the intended recipient(s) and may contain confidentialand privileged information. Any unauthorized review, use, disclosure ordistribution is prohibited. If you are not the intended recipient, pleasecontact the sender by reply e-mail and destroy all copies of the originalmessage.

----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 10:53 AM
To: Andre Zouvi <andre@reachmg.com>

Indeed we do, unless it stays as weak as it is now. Not leaving for just a category 1 :)

But alright, excellent, please do let me know when you find out bud, thanks!

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 11:21 AM
To: Kyle Danna <Kyle.Danna@selu.edu>

Ok well let's hope os stays a cat 1!!!

Maybe send me an invoice just in case so we step one step ahead.

Cheers,

Andre

----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 11:23 AM
To: Andre Zouvi <andre@reachmg.com>

Yes indeed! and alright will do, what do you need the invoice to contain?

I can just put one together in Excel?

\----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 11:32 AM
To: Andre Zouvi <andre@reachmg.com>


\----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 11:34 AM
To: Kyle Danna <Kyle.Danna@selu.edu>


Yes absolutely...Just include ou company info(attached), your company info, the amount of leads with the total and the date range.

Thanks,

Andre


\----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 11:36 AM
To: Andre Zouvi <andre@reachmg.com>


I sent one over to you, please have a look and see if that contains everything I need. Thanks!

\----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 11:50 AM
To: Kyle Danna <Kyle.Danna@selu.edu>


I think you forgot to attach it :)

\----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 11:52 AM
To: Andre Zouvi <andre@reachmg.com>


Here it is, and just to clarify I should expect payment by September 17, correct?

\----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 12:34 PM

3

To: Andre Zouvi <andre@reachmg.com>

Did you get it now?

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 12:39 PM
To: Kyle Danna <Kyle.Danna@selu.edu>

I did and sent it over to acct...I'll let you know if they need anything else.
Cheers,

Andre

----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 12:45 PM
To: Andre Zouvi <andre@reachmg.com>

Great, thanks, and I should be scheduled to receive payment on the 17 of September, correct?

Thanks again!

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 1:07 PM
To: Kyle Danna <Kyle.Danna@selu.edu>

Yes that is correct however I will try my best to get it processed before that...

Any news on the hurricane?

Andre

----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 1:13 PM
To: Andre Zouvi <andre@reachmg.com>

That sounds awesome, I greatly appreciate that!

For the hurricane, it looks as though it is going to stay weak, they have been saying it would intensify for the past couple days but so far it hasn't done so, which is definitely good news. Probably going to lose power for a bit, but that should be the extent of it.

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 1:42 PM
To: Kyle Danna <Kyle.Danna@selu.edu>


Ok well that's good news!

Ok so accounting let me know that you will be getting paid on Sept 10 for the 1st week of business which was from August 13th to August 19th totaling $3,857.

Your second payment will be on September 17th totaling $14,080.00 for the week of August 20th to August 26th.

Moving forward, please send your invoice every Monday to Trish Hurst trish@reachmg.com and CC me on it.

Thanks,

Andre


----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 3:39 PM
To: Kyle Danna <Kyle.Danna@selu.edu>


Could you please send your W9 form to trish@reachmg.com and cc me?


----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 3:53 PM
To: Andre Zouvi <andre@reachmg.com>


Yes I can, I will need to scan that though and everything is closing right now, is it possible to send Thursday of this week? Will that delay my payment?

Also, got your email about receiving partially on September 10, and the rest on September 17. Everything looks great, thank you!

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 3:54 PM
To: Kyle Danna <Kyle.Danna@selu.edu>


No Thursday is fine...Thanks Ryan!

5

----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 3:55 PM
To: Andre Zouvi <andre@reachmg.com>


I am Kyle :) but no problem. Thanks again!

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Mon, Aug 27, 2012 at 4:00 PM
To: Kyle Danna <Kyle.Danna@selu.edu>


Sorry buddy...I was on IM with someone named Ryan as I was writing your email...My bad.


----------
From: **Kyle Danna** <kyle.danna@selu.edu>
Date: Mon, Aug 27, 2012 at 4:01 PM
To: Andre Zouvi <andre@reachmg.com>


Definitely no worry, just wanted to clarify to make sure there weren't any confusions with payments, accounts, or anything of the sort!

----------
From: **Andre Zouvi** <andre@reachmg.com>
Date: Tue, Aug 28, 2012 at 7:40 AM
To: Kyle Danna <Kyle.Danna@selu.edu>


Hey Kyle,

Hope all is well and the storm didn't hit too hard!

I realize tha you probably have other things to worry about but just wanted to let you know that I spoke to the powers that be and getting you another payout bump will not be a problem as long as you can double your production from last week.

Just a little incentive for you for when things get back to normal.

Regards,

Andre

6

# Exhibit B

Invoice for August 13 – August 27, 2012
Kyle Danna
Affiliate ID: 223025

Total Conversions REDACTED

Amount Owed: $18,146.00

Please send this payment via wire to the bank account on file in my account within the 21 days following receipt of this invoice.

Thanks