replaced

JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

ERIN J. ILLMAN (Bar No. 236282)
erin.illman@dlapiper.com
VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant and Third-Party Plaintiff
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., a corporation,<br><br>Third-Party Defendants. | CASE NO 5:12-CV-04759 (PSG)<br><br>(Complaint Filed: September 12, 2012)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROGER DOWD IN SUPPORT OF OPPOSITION TO THIRD PARTY DEFENDANT RYAN LENAHAN'S MOTION TO STRIKE CLAIMS UNDER CAL. CIV. PROC. CODE §425.16 (ANTI-SLAPP MOTION)**<br><br>DATE: MARCH 12, 2013<br>TIME: 10:00 a.m.<br>DEPT: COURTROOM 5, 4TH FLOOR<br>JUDGE: HON. PAUL SINGH GREWAL |

DLA PIPER LLP (US)
SAN FRANCISCO

DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE CLAIMS
UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

I, Roger Dowd, declare as follows:

1. I am the founder and President and Chief Executive Officer of Reach Media Group, LLC ("RMG"), defendant and third-party plaintiff in the above-referenced proceeding. I oversee every aspect of RMG's business, including the approval process for every publisher or advertiser who seeks entry into RMG's network, the process for developing the terms of the advertising campaigns offered by RMG, the process of developing the unique advertisements used for each advertising campaign, and the operation of RMG's sales, accounting and human resources departments. In my capacity as the President and Chief Executive Officer of RMG, I am aware and apprised of emails relating to particular accounts in the ordinary course and scope of my day to day responsibilities. I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2. RMG was founded in November 2010. It is a leading performance based publisher network that provides access to exclusive pay-for-performance, or cost-per-action ("CPA"), campaigns for publishers seeking generous, competitive payouts. RMG assists publishers in tracking their performance by providing them access to state-of-the-art online reporting. Simultaneously, RMG provides advertisers with a platform for their marketing needs. Specifically, RMG works with its publishers to generate actions, such as customer leads and sales, on a massive scale, to ensure significant returns for its advertisers. In selecting marketing campaigns for its publishers, or "affiliates", RMG focuses on campaigns for particular industries, including, but not limited to, the automotive, healthcare, financial services, and legal industries. For example, if an advertiser in the automotive industry retains RMG, RMG contracts with publishers to engage in a marketing campaign, using a variety of media, on behalf of that advertiser.

3. I have been involved in the affiliate marketing industry for approximately thirteen years. Through my extensive years of experience, I have developed a large and loyal network of contacts within the affiliate marketing community, notably with publishers and advertisers, and I have established a highly respected reputation for RMG. Through my established network of contacts and RMG's positive reputation in the affiliate network industry, I have been able to grow

-1-

DLA PIPER LLP (US)
SAN FRANCISCO

DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE
CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

RMG's business for the past two years. Additionally, I often attend professional conferences focused on the affiliate network industry, at which I meet potential new clients, both on the advertiser and publisher sides.

4. RMG has two offices. One office is located in New York City and the other office is located in Atlanta, Georgia. RMG employs four people in its New York City office and six people in its Atlanta office. Additionally, RMG employs one individual who works from home remotely in Sarasota, Florida. RMG's website is available at www.reachmediagroup.com.

5. As a publisher network, and with respect to campaigns involving text messaging, RMG enters into agreements with publishers to publish, or distribute, carefully worded and pre-approved text message advertisements to individuals who have expressly agreed in advance to receive these text messages. These agreements with each publisher govern the content of the advertisements, the terms of payment, the nature of the relationship between RMG and the third party publishers, and contain representations and warranties, among other things. To join RMG's publisher network, a publisher must submit an application on RMG's website, available at http://www.reachmediagroup.com/signup. In order to submit the application, an applicant must agree that "by submitting this application, you agree to the following terms and conditions". Attached hereto as **Exhibit A** is a true and correct copy of the website page: http://www.reachmediagroup.com/signup with the above quoted language. The application is then processed through LinkTrust software, used to manage affiliate information.

6. By submitting this application, the publisher agrees to RMG's Terms and Conditions, which is located on the application page. Once a publisher's application is approved by RMG, the publisher is free to select advertising campaigns to publish for from those featured in RMG's network. Additionally, once the publisher's application is approved, the publisher can remain in RMG's network indefinitely, even if the publisher chooses not to publish for any of the campaigns offered through the network. One of the signs of the success of RMG's relationships with its publishers is how frequently publishers choose to publish for campaigns offered through RMG.

DLA PIPER LLP (US)
SAN FRANCISCO

-2-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE
CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

7. An Insertion Order is a contract which may supplement the Agreement to which a publisher agrees to comply when joining RMG's network. An Insertion Order is most often required to reflect a change in the price a publisher is to be paid for their services completed pursuant to the Agreement, from the price RMG and the publisher agree upon when the publisher initially enters RMG's network.

8. Advertisers seeking services through RMG, on the other hand, enter into marketing and distribution agreements with RMG. These agreements govern the responsibilities of RMG, payment to RMG by the advertiser, and representations and warranties, among other issues. Attached hereto as **Exhibit B** is a true and correct copy of a sample marketing and distribution agreement that reflects the marketing and distribution agreements used for advertisers with active campaigns in 2012. It is my understanding that all publishers in RMG's network are generally aware that third party advertisers have contracts with RMG for purchasing the leads generated through RMG's advertising campaigns.

9. On or about July 11, 2012, Ryan Lenahan ("Lenahan") submitted an online application and agreed to the Terms and Conditions to publish RMG's pre-approved advertising message, or RMG's Creatives ("Lanahan Agreement"). Attached as **Exhibit C** is a true and correct copy of an online screenshot of the Account Details for Lenahan from RMG's account database, reflecting the July 11, 2012 date of the Lenahan Agreement.

10. On or about August 9, 2012, Kyle Danna ("Danna") submitted an online application and agreed to the Terms and Conditions to publish RMG's Creatives ("Danna Agreement"), as well. Attached as **Exhibit D** is a true and correct copy of an online screenshot of the Account Details for Danna from RMG's account database, reflecting the August 9, 2012 date of the Danna Agreement. Additionally, attached hereto as **Exhibit E** is a true and correct copy of the Terms and Conditions to which Lenahan and Danna agreed to upon submitting their applications to RMG. (The Terms and Conditions, the Lenahan Agreement, and the Danna Agreement are collectively referenced as "Agreements".)

11. As part of the Agreements into which Lenahan and Danna entered with RMG, Lenahan and Danna were prohibited from editing any of RMG's Creatives, "without prior written

-3-

DLA PIPER LLP (US)
SAN FRANCISCO

DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

approval from Reach Media Group." (**Ex. E, ¶ 4.**) The Agreements specified that the Creatives include, but are not limited to, "text ads, graphic ads, from and subject line, any copy associated with the campaign including survey questions and answers." (**Ex. E, ¶ 4.**) Furthermore, the Agreements stated that "[a]ny changes to [a] Creative, without prior written permission will result in the loss of payment of Leads." (**Ex. E, ¶ 4.**) The Agreements further specified that Lenahan and Danna represented and warranted that all their efforts "associated with this Agreement [would] comply with the laws of the United States, and any other laws of any other jurisdictions" applicable to them. (**Ex. E, ¶ 11.**) Additionally, the Agreements stated that Lenahan and Danna "will not engage in or promote any illegal activities of any kind in association with this Agreement." (**Ex. E, ¶ 11.**)

12. Upon signing up with RMG's network, Lenahan and Danna were approved as publishers immediately, on or about July 11, 2012 and August 9, 2012, respectively. These dates are reflected in **Exhibit C** and **Exhibit D** as the dates their accounts with RMG were activated. Once their accounts were approved, Lenahan and Danna were permitted to select campaigns on RMG's network for which they wanted to publish. Once they selected campaigns, they automatically received emails with the content of the approved Creatives for those campaigns. Attached hereto as **Exhibit F** is a true and correct copy of a template of the automated emails that are sent to publishers with approved Creatives.

13. Subsequently, both Lenahan and Danna signed Insertion Orders which confirmed the different advertising campaigns for which they were required to publish. On or about August 9, 2012, Lenahan signed an Insertion Order ("Lenahan Insertion Order") identifying the following campaigns for which he was required to publish text message advertisements: (1) Auto Loan Professionals, (2) Cash Advance Diamond, (3) Central Payday Advance, (4) Honest Cash Loan, (5) Huge Cash Advance, (6) Instant Cash Express, (7) Mobile Cash Source, and (8) Second Chance Cash Advance. Attached hereto as **Exhibit G** is a true and correct copy of the Lenahan Insertion Order. On or about September 4, 2012, Danna signed an Insertion Order ("Danna Insertion Order") identifying one campaign for which he was authorized to publish text message advertisements – the Homeland Cash Advance campaign. Attached hereto as **Exhibit H** is a true

and correct copy of the Danna Insertion Order.

14.     The Creatives for each of the campaigns for which Lenahan contracted to publish are listed below.  Attached hereto as **Exhibit I** is a true and correct copy of the approved Creatives for each of these campaigns that were sent in automated emails to Lenahan.

**Campaign 1: Auto Loan Professionals (Mobile):**

**Alternative to Buy Here Pay Here Deals**
If you buy a car at a "buy here pay here" lot, the price will probably be less than buying a car through a new car dealer. But while the price is less, the car will be older and will need more in the way of maintenance and upkeep.  It's not uncommon to replace brakes, steering racks, exhaust systems and even entire engines in these vehicles.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here

_____
We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages from AutoLoanProfessionals.com, please write AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe


**Auto Loans For Bankruptcy**
As long as the bankruptcy is discharged, or you have an "Authorization to Incur Debt" from the bankruptcy trustee Auto Loan Professionals can help match you to a lender.

Even if you are currently in a Chapter 13 bankruptcy you can pre-qualify and once you have an "Authorization to Incur Debt" from the trustee of your bankruptcy the loan can move forward.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here

_____
We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages

from AutoLoanProfessionals.com, please write
AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

**Car Loans for People with Bad Credit**
Who are the subprime car lenders? There are at least 30 national lenders that do subprime and many times that number that concentrate on regional lending. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here
_____

We respect your privacy. To stop receiving messages from this sender,
please follow their instructions below. To stop receiving messages
from AutoLoanProfessionals.com, please write AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

**Help For People Who Need High Risk Car Loans**
Shopping for a new vehicle can be daunting, especially if you have bad credit and need an auto loan. We have been helping people who need high risk car loans for many years.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Click Here

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.
_____

We respect your privacy. To stop receiving messages from this sender,
please follow their instructions below. To stop receiving messages
from AutoLoanProfessionals.com, please write AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

**Campaign 2: Cash Advance Diamond (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Cash Advance Diamond. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Cash Advance Diamond. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No /Bad credit OK! Easy & safe. Apply on your phone at Cash Advance Diamond. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Cash Advance Diamond. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Cash Advance Diamond. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Cash Advance Diamond. Bad credit OK! Reply STOP to opt-out

**Campaign 3: Central Payday Advance (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Central Payday Advance. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Central Payday Advance. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Central Payday Advance. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Central Payday Advance. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Central Payday Advance. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Central Payday Advance. Bad credit OK! Reply STOP to opt-out

**Campaign 4: Honest Cash Loan (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at HonestCashLoan. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at HonestCashLoan. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/I 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at HonestCashLoan. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at HonestCashLoan. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at HonestCashLoan. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at HonestCashLoan. Bad credit OK! Reply STOP to opt-out

**Campaign 5: Huge Cash Advance (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at HugeCashAdvance. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at HugeCashAdvance. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at HugeCashAdvance. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at HugeCashAdvance. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at HugeCashAdvance. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at HugeCashAdvance. Bad credit OK! Reply STOP to opt-out

**Campaign 6: Instant Cash Express (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at InstantCashExpress. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at InstantCashExpress. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at InstantCashExpress. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at InstantCashExpress. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at InstantCashExpress. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Instant Cash Express. Bad credit OK! Reply STOP to opt-out

**Campaign 7: Mobile Cash Source (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Mobile Cash Source. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Mobile Cash Source. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Mobile Cash Source. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Mobile Cash Source. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Mobile Cash Source. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Mobile Cash Source. Bad credit OK! Reply STOP to opt-out

**Campaign 8: Second Chance Cash Advance (Mobile):**

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Second Chance Cash Advance. Reply STOP to opt-out

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Second Chance Cash Advance. Reply STOP to opt-out

USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Second Chance Cash Advance. Reply STOP to opt-out

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Second Chance Cash Advance. Reply STOP to opt-out

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Second Chance Cash Advance. Reply STOP to opt-out

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Second Chance Cash Advance. Bad credit OK! Reply STOP to opt-out

-9-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

DLA PIPER LLP (US)
SAN FRANCISCO

15. The Creatives for the one campaign for which Danna contracted to publish are listed below. Attached hereto as **Exhibit J** is a true and correct copy of the approved Creatives for this campaign that was sent in an automated email to Danna. The Creatives for the Homeland Cash Advance (SMS Only Short Form) campaign for which Danna contracted to publish were the following:

> US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Homeland Cash Advance. Reply STOP to opt-out
>
> Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Homeland Cash Advance. Reply STOP to opt-out
>
> USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Homeland Cash Advance. Reply STOP to opt-out
>
> Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Homeland Cash Advance. Reply STOP to opt-out
>
> US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Homeland Cash Advance. Reply STOP to opt-out
>
> Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Homeland Cash Advance. Bad credit OK! Reply STOP to opt-out

16. Additionally, under my direction, Lenahan and Danna received special instructions regarding the text message advertisements they were required to send. Those instructions specified, among other things, that bank names, amounts over $1000, and "cash in 2 hours" were not permitted in the text messages. Furthermore, those instructions specified that the text message advertisements must have included opt-out language. Attached hereto as **Exhibit K** is a true and correct copy of the screenshot of special instructions that were provided to Lenahan and Danna under my direction.

17. Additionally, under my direction, one of RMG's former employees, Andre Zouvi, emailed Danna on or about September 5, 2012 reiterating the specific instructions regarding the Creatives Danna was required to send. That email specified that Danna was not permitted to use

-10-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE
CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

DLA PIPER LLP (US)
SAN FRANCISCO

bank names, amounts over $1000, the phrase "no credit checks", or the phrase "cash in 2 hours." Attached hereto as **Exhibit L** is a true and correct copy of the email exchange between Mr. Zouvi and Danna.

18. Some time after July 21, 2012, I began receiving complaints from recipients of unsolicited text messages and became aware of complaints received by RMG's employees purportedly sent on RMG's behalf. At least two complaints of which I became aware were regarding text messages that stated:

> Chase is offering $1500 cash loans deposited within 2hrs. NO credit checks or faxing! Get the money today by applying right now on your phone at CashIn2Hrs.com

> Chase is offering $1,500 cash loans deposited within 2hrs. NO credit checks! Get the money today by applying right now directly on your phone at CashIn2Hrs.com

Attached hereto as **Exhibit M** is a true and correct copy of an email I became aware of sent to one of RMG's former sales employees in which the author complained of receiving the former text message. Attached hereto as **Exhibit N** is a true and correct copy of a screen shot of a text message another recipient sent to me complaining of the latter text message.

19. I subsequently received other complaints from recipients of text messages purportedly sent on RMG's behalf. The recipients stated that they never provided prior express consent to receive these text messages.

20. After receiving these complaints, I personally spoke with Lenahan. During my first conversation with Lenahan after receiving these complaints, I notified Lenahan of the complaints. Lenahan conceded to me both (a) that he had sent text messages with links to non-RMG websites that re-directed to RMG-affiliated websites and (b) that the content of his text messages did not match the content of the approved Creatives for his campaigns. I told Lenahan that because he had sent unauthorized text messages that did not comply with the terms of the Agreement, he was not entitled to payment under the Lenahan Agreement. I further demanded that Lenahan cease sending unauthorized text messages with links to non-RMG websites that re-

directed to RMG-affiliated websites.

21.  After this conversation with Lenahan, I received more complaints regarding unsolicited text messages from their recipients. I personally spoke with Lenahan again and demanded that Lenahan cease sending text messages that were not compliant with the terms of the Lenahan Agreement and in violation of the law, that he provide to me the OPTIN information Lenahan used to determine the recipients of his text messages, that he ensure all of his marketing efforts were compliant with the CAN-SPAM Act of 2003, and that he ensure that he was following best practices with regard to publication of advertisements.

22.  I never received from Lenahan the OPTIN information or certification from him that his marketing efforts were compliant with the CAN-SPAM Act of 2003 and in accord with best practices for publication of advertisements.

23.  On or about August 25, 2012, I received an email from one of RMG's former employees, Luciano Castro, stating a proposed text message advertisement:

> US lenders are offering cash loans up to $1,000 deposited within 24hrs. BAD CREDIT OK! Secure the money today by applying now on your phone at www.bit.ly/B2eW4

The link www.bit.ly/B2eW4 was supposed to route the recipient to a website directly controlled by RMG, and not to an intermediary site that would re-direct the recipient to an RMG website. I scrolled down the email chain and read the originating email from August 24, 2012, which was sent by RMG's Chief Operating Officer, Rick Hoeye, to 951ryan@gmail.com, which I understood to be Lenahan's email address. Attached hereto as **Exhibit O** is a true and correct copy of this email chain commencing on or about August 24, 2012.

24.  Subsequently, I approved the use of the proposed text message advertisement presented by Mr. Castro in the August 25, 2012 email. **(Ex. O.)**

25.  Some time on or about August 25, 2012 or August 26, 2012, I received another complaint regarding an unsolicited text message advertisement.

26.  On or about August 26, 2012, I personally authorized the official suspension of Lenahan as an RMG publisher because Lenahan admitted to me that he altered the content of the

approved Creatives for the campaigns he contracted to publish for without prior written approval from RMG. I also personally informed RMG's Accounting department to withhold payment to Lenahan because he failed to comply with the terms of the Lenahan Agreement.

27. Subsequently, on or about September 6, 2012, I personally spoke with Lenahan again. I reminded him that he was suspended as an RMG publisher as a result of his noncompliance with the Lenahan Agreement and that I was very upset by his noncompliance.

28. A day later, on or about September 7, 2012, I received an email from Lenahan. In that email, Lenahan wrote, among other things, that (1) he understood that I was "very upset over all the issues" his text messages had created for me; (2) acknowledged that he and Danna had sent text messages purportedly on RMG's behalf that had the name "Chase" in it; (3) acknowledged that I provided Lenahan with two warnings, with the second and final warning on or about August 25, 2012; (4) acknowledged that complaints I received after August 25, 2012 could have been the result of text messages he, Danna, or another affiliate sent; and (5) stated that he was open to negotiating a deduction from his claimed invoice of $12,298 "to cover [my] time dealing with this." Attached hereto as **Exhibit P** is a true and correct copy of the September 7, 2012 email I received from Lenahan.

29. On or about September 11, 2012, I personally authorized the official suspension of Danna as an RMG publisher.

30. On or about September 12, 2012, I received a Class Action Complaint filed in this matter against RMG, alleging that RMG violated the TCPA by sending, or having sent on its behalf, unsolicited text message advertisements to Plaintiff's and purported class members' cell phones. Specifically, Plaintiff alleged that the text message advertisements were sent without the prior express consent of their recipients, in violation of the TCPA. The text messages identified in the Class Action Complaint are the following:

> Lenders offering $1,500 cash loans deposited within 2hrs. NO credit checks! Get money today by applying right now directly on your phone at www.TwoHourCash.com

> Chase is offering $1500 cash loans deposited within 2hrs. NO credit checks! Get the money today by applying right now directly on your phone at CashIn2Hrs.com

>Chase is offering $1500 cash loans deposited within 2hrs. NO credit checks! Get the money today by applying right now on your phone at www.TwoHourCash.org
>
>Chase is offering $1500 cash loans deposited within 2hrs. NO credit checks or faxing! Get the money today by applying right now on your phone at TwoHourCash.net
>
>Chase is offering $1,500 cash loans deposited within 2hrs. NO credit checks! Get the money today by applying right now on your phone at www.TwoHourCash.org.
>
>Wells Fargo: Get up to $1500 deposited into your account today. Not a scam & bad credit ok. Apply from your phone at bit.ly/NmCRO0 now. Instant approval.

Plaintiff alleged that the websites CashIn2Hrs.com, TwoHourCash.net, www.TwoHourCash.org and the link bit.ly/NmCRO0 all lead directly to RMG-owned and/or operated websites, including CashAdvanceDiamond.com and MobileCashSource.com.

31. None of RMG's pre-approved Creatives for its campaigns included the text message advertisements identified in the Class Action Complaint against RMG. **(Exs. I and J.)**

32. On or about September 19, 2012, I received an email from Mr. Hoeye, forwarding another email sent from Lenahan to Mr. Hoeye that same day. In Lenahan's email, he stated that Danna was "doing the exact same thing as me, word for word . . . ." Additionally, instant message statements by Danna were embedded in the email, ending with "I will be glad to help you testify in court when the time comes, the fact that they paid me and not you is really going to hurt them in court." Because Lenahan had previously conceded to me that text messages he sent purportedly on RMG's behalf were not in compliance with any of RMG's Creatives, I understood from the September 19, 2012 email from Lenahan to Mr. Hoeye that Danna sent text messages not in compliance with RMG's Creatives, as well. Attached hereto as **Exhibit Q** is a true and correct copy of the September 19, 2012 email I received from Mr. Hoeye.

33. Subsequently, I personally informed RMG's Accounting department to withhold payment to Danna on or about September 19, 2012 because he had not complied with the terms of his Agreement with RMG. I became aware that a bank wire had already been issued to Danna's bank account the day before, that the clearing house had received the wire, and that the receiving bank had not yet received it. I personally instructed one of RMG's employees in the Accounting department, Patricia Hurst, to inform the receiving bank that the wire had been sent without

-14-

DLA PIPER LLP (US)
SAN FRANCISCO

DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

authorization. Upon information and belief, I understand that Ms. Hurst then communicated to an employee of the receiving bank on or about September 19, 2012 that the wire had been sent without authorization. I was never informed by the bank that Danna attempted to dispute the stop status placed on the wire.

34. Because Lenahan conceded to me that he had sent text message advertisements that were not in compliance with the approved Creatives for any of RMG's advertising campaigns and I understood that Danna sent text messages identical to those that Lenahan sent, I was required to, on behalf of RMG, reimburse the advertisers associated with those campaigns the fees they had paid RMG.

35. On or about September 28, 2012, I received an email from "Ryan Lenahan" addressed to "Internet-Advertising – People Who Don't Pay." The email contained two comments by the individual "Ryan Lenahan", made two minutes apart from one another. The first comment was:

> Roger Dowd from Reach Media group owes me $13,000 and forcing me to hire Harrison Gevirtz to take them to court. I'm also aware that they owe another network $xx,xxx in addition to another affiliate they owe $xx,xxx. Roger claims we were using "unapproved" sms content however I have countless emails, skype transcripts….etc where he told me to use his exact word for word message on my marketing materials or else risk non payment, which I did under threat and now hes claiming tis unapproved BS story.

The second comment, written only two minutes later, stated:

> Roger Dowd sent a 14k wire to my partner whom was using the very same sms content, then 3 days later contacted the bank and pretended the wire they sent was fraud in attempts to get it reversed. Luckily a signed IO, invoice, emails, transcripts…etc got the bank to realize it was a BS story and stopped the fraudulent reversal.

Attached hereto as **Exhibit R** is a true and correct copy of the September 28, 2012 email I received.

36. The reference to my name in the first sentence "Roger Dowd from Reach Media group owes me $13,000 and forcing me to hire Harrison Gevirtz to take them to court" is linked

DLA PIPER LLP (US)
SAN FRANCISCO

-15-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE
CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

1  to my personal Facebook page.

2      37.    I authorized RMG's counsel, DLA Piper LLP (US), to send a cease and desist
3  letter to Lenahan, demanding that he cease and desist from this conduct and from engaging in
4  further unlawful conduct directed at me or RMG, and that he confirm his compliance with these
5  demands in writing to the offices of DLA Piper LLP (US). I never received any confirmation in
6  writing or otherwise from Lenahan.

7      38.    Subsequently, on or about November 4, 2012, I received another email from
8  "Ryan Lenahan" addressed to "Internet Advertising – People Who Don't Pay," which included a
9  third comment from an individual named "Ryan Lenahan" stating "Just an update, over 3 months
10 have passed and have still not seen a dime." The email also showed two comments by
11 individuals to Lenahan's September 28, 2012 posts about Dowd and RMG. They said "Good to
12 know, thanks for the heads up" and "oh my. . . not going near that network." Attached hereto as
13 **Exhibit S** is a true and correct copy of the November 4, 2012 email I received.

14     39.    As a result of Lenahan's Facebook postings about me and RMG, my reputation in
15 the affiliate networking industry and that of RMG have been severely damaged. I received
16 notification from employees of RMG that one of RMG's largest clients saw the second Facebook
17 comment posted by Lenahan and now requires prepayment or a personal guarantee from RMG as
18 a condition to engaging with RMG on campaigns. Additionally, I received notification from
19 employees of RMG that the Chief Financial Officer of another affiliate in RMG's network saw
20 the Facebook posts and now seeks an explanation and that other affiliates in RMG's network
21 have expressed concern about receiving payment from RMG.

DLA PIPER LLP (US)
SAN FRANCISCO

-16-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE
CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on February 2, 2013, at Atlanta, Georgia.

*Roger Dowd*

ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the General Order No. 45, Section X(B), of the United States District Court for the Northern District of California, I, Vishali Singal, hereby attest that the concurrence in the filing of this Declaration of Roger Dowd in Support of Third-Party Plaintiff Reach Media Group, LLC's Opposition to Motion to Strike Claims Under Cal. Code of Civ. Proc. § 425.16 (Anti-SLAPP Motion) has been obtained from Roger Dowd who has provided the conformed signature above.

Dated: February 2, 2013

DLA PIPER LLP (US)

By: *Vishali Singal*
VISHALI SINGAL

Attorneys for Defendant and Third-Party Plaintiff Reach Media Group, LLC

DLA Piper LLP (US)
SAN FRANCISCO

-17-
DECLARATION OF ROGER DOWD ISO OPPOSITION TO MOTION TO STRIKE CLAIMS UNDER CAL. CODE OF CIV. PROC § 425.16 (ANTI-SLAPP MOTION)
CASE NO. 5:12-CV-04759 (PSG)