# Exhibit A

RMG » Sign Up Today!  Page 1 of 2

Case 5:12-cv-04759-PSG    Document 51-1    Filed 02/02/13    Page 2 of 3



- HOME
- ABOUT US
- SERVICES
    - ADVERTISERS
    - PUBLISHERS
- CONTACT
- SIGNUP
- LOGIN

Sign Up Today!

## Signing up with REACH Media Group is quick, easy, and free!
Just complete the info on this page and you'll be up and running in no time.

### Become an Affiliate

#### Contact Information

*First Name:
*Last Name:
*E-mail Address:
*Password: Password must contain at least 8 characters.
Instant Messenger:
*Phone Number: Used to verify your application
Fax Number:

#### Company Information

*Company:
*Website URL: http://
*Type of Business: Select
*Business Description:

*Address:
*City:
*State:    Other:
*Postal Code:
*Country: United States

#### Payment Information

*Tax ID/VAT or SSN:
*Make Payment To: Company
*Payment Type:
   - Check by Mail
   - Direct Deposit
   - Wire Transfer

### Terms and Conditions

By submitting this application, you agree to the following terms and conditions:

- Login
- Signup

- Login
- Signup

- 3715 Northside Parkway
- Bldg 100 | Ste 300 Atlanta, GA 30327

- 
- 

Copyright © 2011 Reach Media Group,LLC. All Rights Reserved.