# Exhibit C

## Account Details
219108 - RYAN LENAHAN

### Login Information

- User Name: 219108
- [ ] Restrict Login to these IP Addresses:

[Change User Name] [Change Password]

### Contact Information

- *First Name: RYAN
- *Last Name: LENAHAN
- *Email Address: 951RYAN@GMAIL.CO[M]  Send Email
- CC Email Address(es): (one per line)
- Phone: **REDACTED**
- Fax:
- Instant Messenger: MOBILEDATADIRECT   AIM

### Company Information

- *Company Name: RYAN LENAHAN
- Company Website: http://MYGT.ORG   View Website
- Business Type: Banners
- Business Description: MOBILE DISPLAY ADS
- Address line 1: 13089 PEYTON DR C2
- Address line 2:
- City: CHINO HILLS
- Country: United States
- State: California
- Postal Code: 91709

### Connection

- Code: [Generate]   How do I make a connection?
- Status: Not Connected
- See All Connections

### Terms and Conditions

- [ ] Force affiliate to reagree to Affiliate Terms and Conditions:
- Last agreed on: 7/10/2012 from IP:

### Affiliate Fraud Score

| Duplicate | Suspended | Denied |
|---|---|---|
| 0 | 0 | 0 |

[Rescore]

### Account Information

- Primary Manager: Luciano Castro
- Additional Manager(s):
- Affiliate Is Network: ( ) Yes (•) No
- Allowed Traffic Types:
  - [x] Co-Reg/Lead-Gen
  - [x] Contextual
  - [x] CPC
  - [x] Display
  - [x] Email
  - [ ] Incentivized
  - [x] Search
  - [x] Social
  - [ ] Call Center
  - [ ] Pay-Per-Call
  - [ ] Pre-Pop
  - [ ] Mobile
- Notes:
- Alternate ID:
- Additional Data 1:
- Additional Data 2:
- Group: Organic
- Source: Google
- Status: **Suspended**   [UnSuspend]
- Date Suspended: 9/6/2012
- Suspension Comments: due to spam and changing creatives
- Receive Email Notifications

### Affiliate Referral Link

http://affiliate.reachmg.com/Welcome/SignUp.aspx?SAFID=219108

### Activity

- Activation Date: 7/11/2012   Signup Date: 7/11/2012
- IP Address(Last Access): 75.83.166.43   Date Last Accessed: 8/29/2012
- Country(Last Access): US