# Exhibit F

REDACTED

REDACTED



Dear [=Affiliate.FirstName=],

Below is everything you may need to begin advertising ([=CID=]) [=OfferName=].

# [=OfferName=]

- Payout: [=OfferPayout=] ([=OfferType=])
- This offer expires on [=OfferEndDate=]
- Description:
  [=OfferDescription=]
- Your Tracking Link:
  [=TrackingURL=]
- Click Here to Get Creative
- Terms and Conditions:
  [=OfferTerms=]
- Special Instructions:
  [=OfferSpecialInstructions=]

**Emailing this offer?**

- Approved Email From Lines:
  [=OfferFromLines=]
- Approved Email Subject Lines:
  [=OfferSubjectLines=]
- Scrub against the Suppression List

If you have any questions, please feel free to contact me.

Sincerely,
[=AffiliateManager.FirstName=] [=AffiliateManager.LastName=]
[=AffiliateManager.Email=]
[=AffiliateManager.Phone=]
[=AffiliateManager.IM=]

1/30/2013



Reach Media Group
4355 Cobb Parkway, Ste J134
Atlanta GA. 30339

Best regards,
Roger

Roger Dowd
President & CEO



**D.** 404.949.3121 | **F.** 404.949.3123

3715 Northside Parkway
Building 100 | Suite 300
Atlanta, Georgia 30327

roger@reachmg.com
www.reachmediagroup.com



Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

1/30/2013