# Exhibit H



**REACH Media Group LLC.**

3715 Northside Parkway
Building 100 | Suite 300
Atlanta, Georgia 30324
O. 404.949.3122 | F. 404.949.3123
www.reachmediagroup.com

Insertion Order #: 08222012

## Client Information

| Company Name: | Kyle Danna | | | |
|---|---|---|---|---|
| Website: | | | | |
| Tax ID: | REDACTED | | | |
| **Client Contact** | | | **Client Accounting** | |
| Contact Name: | Kyle Danna | Contact Name: | | |
| Phone: | REDACTED | Phone: | | |
| Fax: | | Fax: | | |
| Email: | Kyle.Danna@selu.edu | Email: | | |
| Address1: | 13 mission hills | Address1: | | |
| Address2: | | Address2: | | |
| City: | Slidell | City: | | |
| State: | Louisianna | State: | | |
| Zip: | 70458 | Zip: | | |
| **Client Technical Contact** | | | **Reach Media Group Accounting** | |
| Contact Name: | | Contact Name: | Trish Hurst | |
| Phone: | | Phone: | 404.949.3125 | |
| Fax: | | Fax: | 404.949.3123 | |
| Email: | | Email: | accounting@reachmg.com | |

## Program Details

| Program / Element | Start Date | Volume | Action of Measure | Cost per | Extended Cost |
|---|---|---|---|---|---|
| RMG Exclusive - Homeland Cash Advance - Mobile | Immediate | Unlimited | CPA | $11 CPA | |
| | | | | | |
| | | | | **Total Cost of Contract:** | |
| Terms | Reach Media Group agrees to pay client on a weekly Net 21 (twenty one) basis. | | | | |

## Additional Details

http://www.homelandcashadvance.com/?lc=1-10&azq=223025&nzq=205817&mzq=&szq=YourNetworkAffiliateIDHere&dzq=youraffiliatesubid&rzq=



**REACH Media Group LLC.**

3715 Northside Parkway
Building 100 | Suite 300
Atlanta, Georgia 30324
O. 404.949.3122 | F. 404.949.3123
www.reachmediagroup.com

Client Initials _KD_

Page 1 of 2

Insertion Order #: 08222012

## Terms and Conditions of Agreement

1. **Term and Termination.** This Agreement shall commence on the Effective Date and shall end six (6) months thereafter (the "Initial Term"). This Agreement shall be automatically renewed thereafter for successive terms of six (6) months (each a "Renewal Term"), unless either party provides 72 hours written notice of termination to the other party prior to the expiration of the Initial Term or the then current Renewal Term.

2. **Indemnity.** Each parties will defend, indemnify, and hold harmless the other party, and their respective officers, directors, employees, agents, and affiliated entities (the "Indemnified Parties") from and against any and all liabilities, losses, damages, claims, and expenses, including reasonable legal fees, that may be incurred or suffered by one or more Indemnified Parties arising out of or related to either parties conduct under this Agreement, or either parties breach of this Agreement, or the untruth of any of the representations and warranties herein.

3. **Limitation of Liability.** Under no circumstances will REACH Media Group LLC. be liable to Client under any contract, strict liability, negligence or other legal or equitable theory, for any incidental, indirect, special or consequential damages or damages for lost profits, revenue or data in connection with the subject matter of this Agreement, even if either party has been advised of the possibility of such damages and even if such damages are foreseeable.

4. **Disclaimer of Warranties.** REACH Media Group LLC. makes no representations, and hereby expressly disclaims all warranties, express or implied, regarding REACH Media Group LLC. Program, including any implied warranties of merchantability or fitness for a particular purpose and including any implied warranties arising from course of dealing or course of performance. Without limiting the generality of the foregoing, REACH Media Group LLC. specifically disclaims any warranty regarding (a) the performance of any leads or applications and (b) any benefit Client might obtain from purchasing these leads or applications.

5. **Survival of Obligations.** This Agreement shall survive any termination or expiration of this Agreement, and REACH Media Group LLC obligation to make payments to client under the terms of this Agreement for payment obligations arising before the date of termination or expiration shall survive any termination or expiration of this Agreement.

6. **Definition of Exclusive.** REACH Media Group LLC. may provide certain data on an exclusive basis to its clients. The nature or definition of that exclusiveness is such that REACH Media Group LLC. will not provide said data to clients with competing or similar functions; however REACH Media Group LLC. does retain the right to use the data to market non-competing or dissimilar products or services.

7. **Miscellaneous.** REACH Media Group LLC. and Client are independent contractors and neither party is an agent, representative, or partner of the other. Either party may terminate this Agreement at any time in the event of a material breach of this Agreement by the other party. In the event of nonpayment, or delinquent payments by Client, REACH Media Group LLC. may suspend the campaign until Client payments are made current. This Agreement sets forth the entire agreement between the parties, and it supersedes any and all prior and contemporaneous agreements, communications, and understanding (whether written or oral) between the parties, with respect to its subject matter. This Agreement may only be modified, or any rights under it waived, by a written document executed by both parties. This Agreement shall be interpreted and enforced in all respects under the laws of the State of Georgia without regard to its conflict of law principles. Any litigation arising out of this Agreement will be brought exclusively in the state or federal courts located in Georgia and the parties agree that jurisdiction and venue properly lie in such courts. Client may not assign or delegate this Agreement, in whole or in part.

8. Client billing and sales accounting are based off of Reach Media Group's accounting system.

**Client Representative**

| | |
|---|---|
| Signature: | _[signature]_ |
| Print Name: | Kyle Danna |
| Title: | CEO |
| Date: | September 4, 2012 |

**REACH Media Group**

| | |
|---|---|
| Signature: | _[signature]_ |
| Print Name: | Roger Dowd |
| Title: | CEO |
| Date: | September 4, 2012 |



**REACH Media Group LLC.**

3715 Northside Parkway
Building 100 | Suite 300
Atlanta, Georgia 30324
O. 404.949.3122 | F. 404.949.3123
www.reachmediagroup.com

Page 2 of 2