Exhibit I - 1

# AUTO LOAN PROFESSIONALS

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

**Search Criteria**

| Creative ID (ADID): | | Type: | All |
| Creative Name: | Contains | | |

Reset  Search

**Results**

Creatives Per Page  25  Add Creative  Import / Clone Creatives  Save Order

| | Visible | | | | Creative Preview | Type # | Order |
|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | | | | imple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763556 | 568x60 | | 568 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763550 | 600x400 | | 600 X 400 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763551 | 600x400 | | 600 X 400 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | HTML | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&A

Auto Loans FOR UP TO $1500

GET MY CASH

autoloan professionals

# Creatives

210567 - Auto Loan Professionals (Mobile)

🟡 Help with this page

## Search Criteria

Creative ID (ADID): [            ]                    Type: [ All        ▼]

Creative Name: [ Contains ▼ ] [                    ]

[ Reset ]  [ Search ]

## Results

Creatives Per Page [ 25 ▼ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

Order

| | | | | | | | Order |
|---|---|---|---|---|---|---|---|

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=763557&ADIDh=Bt



| | | ADID | Name | Preview | Size | Type | Order |
|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763560 | 600x400 | | 600 X 400 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763561 | 600x400 | | 600 X 400 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | HTML | 0 |

# Creatives

210567 - Auto Loan Professionals (Mobile)

📙 Help with this page

## Search Criteria

Creative ID (ADID): [ ]                                    Type: [ All ⬍ ]

Creative Name: [ Contains ⬍ ] [ ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ⬍ ]   [ Add Creative ]  [ Import / Clone Creatives ]  [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769093 | __Pre-population | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763560 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763561 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=2105

Get the car you want and the credit you deserve!

**Auto Loans**
FOR UP TO
**$1500**

[ GET MY CASH ▶ ]

**autoloan**
professionals

# Creatives

210567 - Auto Loan Professionals (Mobile)

🟡 Help with this page



Search Criteria

Creative ID (ADID): [          ]                                    Type: [ All          ⇕ ]

Creative Name: [ Contains ⇕ ] [          ]

[ Reset ]  [ Search ]

Results                              Creatives Per Page [ 25 ⇕ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763656 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763657 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763644 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763645 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763646 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763647 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763648 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763649 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763654 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763655 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763658 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763659 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763650 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763651 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763652 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763653 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

Creative Preview

partner6.**linktrust**.com/Campaign/CreativePreview.aspx?CID=2105

Get the car you want and the credit you deserve!

# Auto Loans

*for up to*

# $1500

**auto** loan professionals

**GET MY CASH ▶**

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [        ]        Type: [ All ▼ ]

Creative Name: [ Contains ▼ ] [        ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ▼ ]   [ Add Creative ]  [ Import / Clone Creatives ]  [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763550 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763551 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763552 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=2105

Get the car you want and the credit you deserve!

**Auto Loans** FOR UP TO **$1500**

GET MY CASH ▶

**autoloan** professionals

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

**Search Criteria**

Creative ID (ADID): [          ]        Type: [ All ▼ ]

Creative Name: [ Contains ▼ ] [                    ]

[Reset] [Search]

**Results**        Creatives Per Page [ 25 ▼ ]  [Add Creative] [Import / Clone Creatives] [Save Order]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763550 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763551 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763552 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=2105

Get the car you want and the credit you deserve!

**Auto Loans** for up to **$1500**

auto professionals

GET MY CASH ▶

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [ ]

Creative Name: [ Contains ▾ ] [ ]

Type: [ All ▾ ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ▾ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769983 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763560 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763561 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Leans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=21

Auto Loans $1500.00  autoloan  GET MY CASH

# Creatives

210567 - Auto Loan Professionals (Mobile)

🟡 Help with this page

### Search Criteria

Creative ID (ADID): [          ]                                    Type: [ All ▾ ]

Creative Name: [ Contains ▾ ] [                    ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ▾ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763560 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763561 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763541 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |



**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=21

Auto Loans
for up to $1500
GET MY CASH ▶

## Creatives

210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [ ]

Creative Name: [ Contains ▼ ] [ ]

Type: [ All ▼ ]

[Reset] [Search]

### Results

Creatives Per Page [ 25 ▼ ]   [Add Creative]   [Import / Clone Creatives]   [Save Order]



| | Visible | ADID | Name ⇅ | Preview | Dimension (WxH) | Alt Landing Page | Type ⇅ | Order |
|---|---|---|---|---|---|---|---|---|
| ✄ 🗑 | ✔ | 769983 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763557 | 120x300 | | 300 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763544 | 120x600 | | 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763545 | 120x600 | | 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763546 | 160x600 | | 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763547 | 160x600 | | 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763548 | 234x60 | | 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763549 | 234x60 | | 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763554 | 300x250 | | 250 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763560 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763561 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763562 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763563 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✄ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✄ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=21

Get The Car You Want & The Credit You Deserve! auto loan professionals

GET MY LOAN ▶





## Creatives

210567 - Auto Loan Professionals (Mobile)

🟡 Help with this page

### Search Criteria

Creative ID (ADID): [          ]          Type: [ All    ⌄ ]

Creative Name: [ Contains ⌄ ] [                    ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ⌄ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]



| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✖ 🗑 | ✔ | 769983 | __Pre-population | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763556 | 120x300 | | 300 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763557 | 120x300 | | 300 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763544 | 120x600 | | 600 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763545 | 120x600 | | 600 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763546 | 160x600 | | 600 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763547 | 160x600 | | 600 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763548 | 234x60 | | 60 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 795156 | 320x50 | | 320 X 48 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763550 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763551 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763552 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✖ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✖ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

# Creatives

210567 - Auto Loan Professionals (Mobile)

Help with this page

## Search Criteria

| | |
|---|---|
| Creative ID (ADID): | Type: All |
| Creative Name: Contains | |

Reset    Search

## Results

Creatives Per Page 25    Add Creative    Import / Clone Creatives    Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763564 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2oY

autoloan professionals    Auto Loans to $1500.00    GET MY CASH ▶

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

| | | | | |
|---|---|---|---|---|
| Creative ID (ADID): | | | Type: | All ⌄ |
| Creative Name: | Contains ⌄ | | | |

Reset    Search

### Results

Creatives Per Page | 25 ⌄    Add Creative    Import / Clone Creatives    Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✄ 🗑 | ✓ | 799963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | Simple Banner | 0 |
| ✄ 🗑 | ✓ | | | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763529 | Car circled | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763528 | Convertible | | | | HTML | 0 |
| ✄ 🗑 | ✓ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bY

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

**Search Criteria**

Creative ID (ADID):                                    Type:  All

Creative Name:  Contains

Reset    Search

**Results**

Creatives Per Page  25      Add Creative    Import / Clone Creatives    Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763566 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763567 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |



Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6PX2fa%2bYrtHi

Get the car you want and the credit you deserve!

**Auto Loans**
UP TO **$1500**.00

**GET MY CASH** ▶

**autoloan** professionals

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [            ]          Type: [ All     ⇕ ]

Creative Name: [ Contains ⇕ ] [            ]

[ Reset ]  [ Search ]

### Results

Creatives Per Page [ 25 ⇕ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name ≡ | Preview | Dimension (WxH) | Alt Landing Page | Type ≡ | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 709963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |



Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHl

Get the car you want and the credit you deserve!

**Auto Loans** up to **$1500**   GET MY CASH ▶

autoloan professionals

# Creatives

210567 - Auto Loan Professionals (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID): [        ]          Type: [ All ▼ ]

Creative Name: [ Contains ▼ ] [                ]

[Reset] [Search]

## Results

Creatives Per Page [ 25 ▼ ]   [Add Creative]   [Import / Clone Creatives]   [Save Order]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763558 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | | | | | | nner | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=7(

autoloan professionals  Auto Loans UP TO $1500.00   GET MY CASH ▶

**Creatives**

210567 - Auto Loan Professionals (Mobile)

🖺 Help with this page

**Search Criteria**

Creative ID (ADID): [          ]          Type: [ All ▼ ]

Creative Name: [ Contains ▼ ] [                    ]

[ Reset ] [ Search ]

**Results**          Creatives Per Page [ 25 ▼ ]  [ Add Creative ]  [ Import / Clone Creatives ]  [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=76

auto loan professionals  **Auto Loans** for up to **$1500**  GET MY CASH ▶

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creatives**
210567 · Auto Loan Professionals (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID): [　　　　　]

Creative Name: [Contains ▼] [　　　　　　　]

Type: [All ▼]

[Reset] [Search]

## Results

Creatives Per Page [25 ▼]    [Add Creative]    [Import / Clone Creatives]    [Save Order]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 769963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |



Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=

Can't see the images? Click Here

Get the car
YOU WANT and
THE CREDIT
YOU DESERVE!

**autoloan**
professionals.com

APPLY NOW! ▶

www.autoloanprofessionals.com/default.aspx?ic=1-10&azq=-1&nzq=21...zq=YourNetworkAffiliateIDHere&dzq=youraffiliatesubid&lzq=lt&rzq=

| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | nple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | ML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creatives**

210567 - Auto Loan Professionals (Mobile)

🔲 Help with this page

### Search Criteria

Creative ID (ADID): [          ]

Creative Name: [ Contains ▾ ] [                    ]

Type: [ All ▾ ]

[ Reset ] [ Search ]

### Results

Creatives Per Page [ 25 ▾ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✓ | 790963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 763558 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7951 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7951 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 7635 | | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✓ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creative Preview**

🔵 partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYW

Can't see the images? Click Here



Get the car you want... ...and the credit you deserve!

**autoloan**professionals.com    Bad Credit, No Credit, No Problem!    APPLY NOW!

The following is an advertisement sent by a 5Auto Loan Professionals affiliate. If you have any questions or concerns, You may contact us at the following address:

Auto Loan Professionals, 20791 Three Oaks Parkway 8707 Estero, FL 33928

To unsubscribe from future mailings from Auto Loan Professionals please **Click Here**. Should you wish to unsubscribe from the list owner who sent you this email, please follow the unsubscribe information below.

# Creatives

210567 - Auto Loan Professionals (Mobile)

Help with this page

## Search Criteria

| | | | |
|---|---|---|---|
| Creative ID (ADID): | | Type: | All |
| Creative Name: | Contains | | |

Reset    Search

## Results

Creatives Per Page  25    Add Creative    Import / Clone Creatives    Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 709963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795156 | 300x50 | | 300 X 50 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 795158 | 320x50 | | 320 X 48 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763558 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763559 | 568x60 | | 568 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763550 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763551 | 600x400 | | 600 X 400 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763552 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creatives**

210567 - Auto Loan Professionals (Mobile)

Help with this page

Search Criteria

Creative ID (ADID): [          ]     Type: [ All ▲▼ ]

Creative Name: [ Contains ▲▼ ] [                    ]

[ Reset ]  [ Search ]

**Results**     Creatives Per Page [ 25 ▲▼ ]  [ Add Creative ]  [ Import / Clone Creatives ]  [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 709963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=

**Alternative To Buy Here Pay Here Deals**

If you buy a car at a "buy here pay here" lot, the price will probably be less than buying a car through a new car dealer. But while the price is less, the car will be older and will need more in the way of maintenance and upkeep. It's not uncommon to replace brakes, steering racks, exhaust systems and even entire engines in these vehicles.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here

_____

We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages from AutoLoanProfessionals.com, please write
AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

# Creatives

210567 - Auto Loan Professionals (Mobile)

🟧 Help with this page

## Search Criteria

| | |
|---|---|
| Creative ID (ADID): | [        ] |
| Creative Name: | Contains ⌄ [        ] |

Type: All ⌄

[ Reset ]  [ Search ]

## Results

Creatives Per Page  25 ⌄   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 709963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763558 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |

### Creative Preview

🔴🟡🟢    Creative Preview

🔍 partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWK3Zn1Q%3d%3d&ADID=

**Auto Loans For Bankruptcy**

As long as the bankruptcy is discharged, or you have an "Authorization to Incur Debt" from the bankruptcy trustee Auto Loan Professionals can help match you to a lender.

Even if you are currently in a Chapter 13 bankruptcy you can pre-qualify and once you have an "Authorization to Incur Debt" from the trustee of your bankruptcy the loan can move forward.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here

_____

We respect your privacy.  To stop receiving messages from this sender, please follow their instructions below.  To stop receiving messages from AutoLoanProfessionals.com, please write AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 763553 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763540 | Alternative To Buy Here Pay Here Deals | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763542 | Auto Loans For Bankruptcy | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creatives**
210567 - Auto Loan Professionals (Mobile)

🟡 Help with this page

**Search Criteria**

| Creative ID (ADID): | | Type: | All ▼ |
| Creative Name: | Contains ▼ | | |

Reset    Search

**Results**    Creatives Per Page  25 ▼    Add Creative    Import / Clone Creatives    Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 799963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763554 | 300x250 | | 300 X 250 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763555 | 300x250 | | 300 X 250 | | Simple Banner | 0 |

**Creative Preview**

◎ partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CiDh=bfZz6P%2faK2bYrtHHYWK3Zn1Q%3d%3d&ADID=

**Car Loans for People with Bad Credit**
Who are the subprime car lenders? There are at least 30 national lenders that do subprime and many times that number that concentrate on regional lending. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

Click Here

_____

We respect your privacy.  To stop receiving messages from this sender, please follow their instructions below.  To stop receiving messages from AutoLoanProfessionals.com, please write
AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe

| ✂ 🗑 | ✔ | 763539 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creatives**
210567 - Auto Loan Professionals (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [          ]                                Type: [ All          ▼ ]
Creative Name: [ Contains ▼ ] [                    ]

[ Reset ]   [ Search ]

### Results

Creatives Per Page [ 25 ▼ ]   [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| ✂ 🗑 | ✔ | 799963 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763556 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763557 | 120x300 | | 120 X 300 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763544 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763545 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763546 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763547 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763548 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | 763549 | 234x60 | | 234 X 60 | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | Simple Banner | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | | | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763529 | Car circled | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Car Loans for People with Bad Credit | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763528 | Convertible | | | | HTML | 0 |
| ✂ 🗑 | ✔ | 763530 | Convertible with cash | | | | HTML | 0 |

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=210567&CIDh=bfZz6P%2fa%2bYrtHHYWX3Zr

Help For People Who Need High Risk Car Loans

Shopping for a new vehicle can be daunting, especially if you have bad credit and need an auto loan. We have been helping people who need high risk car loans for many years.

Auto Loan Professionals is a one stop service that matches you with lenders that can help. With access to over 500 programs in total there should be a program for almost every bad credit low income car loans situation.

Click Here

Get pre-approved today and save yourself time and money shopping for your next vehicle. Assistance for any type of credit situation is available.

_____

We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages from AutoLoanProfessionals.com, please write AutoLoanProfessionals, PO Box 707, Estero, FL 33929 or Unsubscribe