Exhibit I - 2

# CASH ADVANCE DIAMOND





# Creatives
168071 - Cash Advance Diamond (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains  

Type: All

Reset  Search

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 849163 | 320x50 - 3 | | 0 x 0 | | Simple Banner | 0 |
| ✓ | 849162 | 320x50 - 2 | | 0 x 0 | | Simple Banner | 0 |
| ✓ | 849175 | 320x50 - 1 | | 0 x 0 | | Simple Banner | 0 |
| ✓ | 551308 | ___Pre-population Instructions (click "Preview" to view)___ | | | | HTML | 1 |
| ✓ | 700341 | QR Code | | | | QR Code | 2 |
| ✓ | 551310 | Text - 1 | | | | HTML | 3 |
| ✓ | 551311 | Text - 2 | | | | HTML | 4 |
| ✓ | 551312 | Text - 3 | | | | HTML | 5 |
| ✓ | 551313 | Text - 4 | | | | HTML | 6 |
| ✓ | 845631 | Text - 5 | | | | HTML | 7 |
| ✓ | 845633 | Text - 6 | | | | HTML | 8 |
| ✓ | 551309 | Text Link | | | | Text | 9 |

Creatives Per Page: 25

Add Creative  Import / Clone Creatives  Save Order

Add Creative  Import / Clone Creatives  Save Order

Help with this page

# Creatives

168071 - Cash Advance Diamond (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

Reset    Search

## Results

Creatives Per Page: 25

Add Creative    Import / Clone Creatives    Save Order

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | | | | | | Simple Banner | 0 |
| ✓ | | | | | | Simple Banner | 0 |
| ✓ | | | | 0 X 0 | | HTML | 1 |
| ✓ | | | | 0 X 0 | | QR Code | 2 |
| ✓ | | | | | | HTML | 3 |
| ✓ | | | | | | HTML | 4 |
| ✓ | | | | | | HTML | 5 |
| ✓ | | | | | | HTML | 6 |
| ✓ | 849175 | 320x50 - 1 | | | | HTML | 7 |
| ✓ | 849162 | 320x50 - 2 | | | | HTML | 8 |
| ✓ | 845633 | Text - 6 | | | | Text | 9 |
| ✓ | 551309 | Text Link | | | | | |

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=168071&CIDh=egrV1hbqc0f5aQNZfctAlA%3d%3d&ADID=5



US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Cash Advance Diamond. Reply STOP to opt-out

Add Creative    Import / Clone Creatives    Save Order

Help with this page



Case 5:12-cv-04759-PSG    Document 51-10    Filed 02/02/13    Page 8 of 11



# Creatives

168071 - Cash Advance Diamond (Mobile)

  Help with this page

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains

Type: All

Reset    Search

## Results

Creatives Per Page 25

Add Creative    Import / Clone Creatives    Save Order

| Visible | ADID | Name | Preview | Dimension (WxH) | Type | Alt Landing Page | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 849175 | 320x50 - 1 | cashadvance Diamond  $1,000 | 0 X 0 | Simple Banner | | 0 |
| ✓ | 849162 | 320x50 - 2 | | 0 X 0 | Simple Banner | | 0 |
| ✓ | | | | | QR Code | | 1 |
| ✓ | | | | | HTML | | 2 |
| ✓ | | | | | HTML | | 3 |
| ✓ | | | | | HTML | | 4 |
| ✓ | | | | | HTML | | 5 |
| ✓ | 845631 | Text - 5 | | | HTML | | 6 |
| ✓ | | | | | HTML | | 7 |
| ✓ | 845633 | Text - 6 | | | HTML | | 8 |
| ✓ | 551309 | Text Link | | | Text | | 9 |

Add Creative    Import / Clone Creatives    Save Order



Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=168071&CIDh=egrV1hbqc0f5aQNZfctAIA%3d%3d&ADID=5

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Cash Advance Diamond. Reply STOP to opt-out



# Creatives

168071 - Cash Advance Diamond (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All 

Reset    Search

## Results

Creatives Per Page 25

Add Creative    Import / Clone Creatives    Save Order

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ |  |  |  |  |  | Simple Banner | 0 |
| ✓ |  |  | $1,000 |  |  | Simple Banner | 0 |
| ✓ |  |  |  | 0 x 0 |  | HTML | 1 |
| ✓ |  |  |  |  |  | QR Code | 2 |
| ✓ |  |  |  |  |  | HTML | 3 |
| ✓ |  |  |  |  |  | HTML | 4 |
| ✓ |  |  |  |  |  | HTML | 5 |
| ✓ |  |  |  |  |  | HTML | 6 |
| ✓ | 849175 | 320x50 - 1 |  |  |  | HTML | 7 |
| ✓ | 849162 | 320x50 - 2 |  | 0 x 0 |  | HTML | 8 |
| ✓ | 845631 | Text - 5 |  |  |  |  |  |
| ✓ | 845633 | Text - 6 |  |  |  |  |  |
| ✓ | 551309 | Text Link |  |  |  | Text | 9 |

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=168071&CIDh=egrV1hbqc0f5aQNZfctAiA%3d%3d&ADID=8

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Cash Advance Diamond. Bad credit OK! Reply STOP to opt-out

Add Creative    Import / Clone Creatives    Save Order