Exhibit I - 3

# CENTRAL PAYDAY ADVANCE

# Creatives

190654 - Central Payday Advance (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | 700342 | QR Code | [QR code image] | | | QR Code | 0 | 🛠 | 🗑 |
| ✓ | 936587 | Text - 1 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936588 | Text - 2 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936589 | Text - 3 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936590 | Text - 4 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936591 | Text - 5 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936592 | Text - 6 | | | | HTML | 0 | 🛠 | 🗑 |
| ✓ | 936593 | Text Link | | | | Text | 0 | 🛠 | 🗑 |
| ✓ | 667410 | Pre-population Instructions (click "Preview" to view) | | | | HTML | 6 | 🛠 | 🗑 |

Help with this page





# Creatives

190654 - Central Payday Advance (Mobile)

## Search Criteria

Creative ID (ADID): [Contains ▼] [         ]

Creative Name: [         ]   Type: [All ▼]

[Reset]  [Search]

## Results

Creatives Per Page: [25 ▼]   [Add Creative]  [Import / Clone Creatives]  [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=190654&CIDh=OvqRLnUy106pJ%2foTRsTbCg%3d%3d&ADI[... USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Homeland Cash Advance. Reply STOP to opt-out | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 936593 | Text Link | | | | Text | 0 |
| ✓ | 667410 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 6 |

Help with this page

# Creatives

190654 - Central Payday Advance (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=190654&CIDh=OvqRLnUy106pJ%2foTRsTbCg%3d%3d&ADII — Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Homeland Cash Advance. Reply STOP to opt-out | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✗ | | | | | | HTML | 0 |
| ✓ | 936593 | Text Link | | | | Text | 0 |
| ✓ | 667410 | ___Pre-population Instructions (click "Preview" to view)___ | | | | HTML | 6 |

Help with this page

# Creatives

190654 - Central Payday Advance (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All

[Reset] [Search]

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| | | | | | | QR Code | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| ✓ | 936593 | Text Link | | | | Text | 0 |
| ✓ | 667410 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 6 |

Creatives Per Page 25  [Add Creative] [Import / Clone Creatives] [Save Order]

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=190654&CIDh=OvqRLnUy106pJ%2foTRsTbCg%3d%3d&ADI...

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Homeland Cash Advance. Reply STOP to opt-out

