Exhibit I - 4

# HONEST CASH LOAN

# Creatives

202453 - Honest Cash Loan (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

[Add Creative] [Import / Clone Creatives] [Save Order]

## Results

Creatives Per Page: 25

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 716335 | Pre-population Instructions (click "Preview" to view) | Creative Preview | | | QR Code | 0 |
| ✓ | 846614 | | | | | Text - 6 | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

Creative Preview: partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202453&CIDh=xLnU%2bzrtv2%2bqv2S7N62oeQ%3d%3d&A

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at HonestCashLoan Reply STOP to opt-out

Help with this page





# Creatives

202453 - Honest Cash Loan (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains

Type: All

[Reset] [Search]

[Add Creative] [Import / Clone Creatives] [Save Order]

Creatives Per Page: 25

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 716335 | Pre-popualtion Instructions (click "Preview" to view) | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202453&CIDh=xLnU%2bzrtv2%2bqv2S7N62oeQ%3d%3d&A — Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at HonestCashLoan Reply STOP to opt-out | | | QR Code | 0 |
| ✓ | 846614 | Text - 6 | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

Help with this page



# Creatives

## 202453 - Honest Cash Loan (Mobile)

### Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

### Results

[Add Creative] [Import / Clone Creatives] [Save Order]

Creatives Per Page: 25

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 716335 | Pre-population Instructions (click "Preview" to view) | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202453&CIDh=xLnU%2bzrtv2%2bqv2S7N62oeQ%3d%3d&A — Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at HonestCashLoan. Bad credit OK! Reply STOP to opt-out | | | QR Code | 0 |
| ✓ | 846614 | Text - 6 | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

Help with this page

# Creatives

202453 - Honest Cash Loan (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

[Add Creative] [Import / Clone Creatives] [Save Order]

Creatives Per Page: 25

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 716335 | _Pre-population Instructions (click "Preview" to view)_ | | | | HTML | 0 |
| ✓ | 716340 | QR Code | [QR code image] | | | QR Code | 0 |
| ✓ | 846609 | Text - 1 | | | | HTML | 0 |
| ✓ | 846610 | Text - 2 | | | | HTML | 0 |
| ✓ | 846611 | Text - 3 | | | | HTML | 0 |
| ✓ | 846612 | Text - 4 | | | | HTML | 0 |
| ✓ | 846613 | Text - 5 | | | | HTML | 0 |
| ✓ | 846614 | Text - 6 | | | | HTML | 0 |