Exhibit I - 5

# HUGE CASH ADVANCE

# Creatives

202447 - Huge Cash Advance (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All

[Reset] [Search]

## Results

Creatives Per Page: 25   [Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 716308 | Pre-population Instructions (click "Preview" to view) | | | | HTML | 0 |
| ✓ | 716311 | QR Code | | | | QR Code | 0 |
| ✓ | 716312 | QR Code | | | | QR Code | 0 |
| ✓ | 716297 | Text - 1 | | | | HTML | 0 |
| ✓ | 716298 | Text - 2 | | | | HTML | 0 |
| ✓ | 716303 | Text - 3 | | | | HTML | 0 |
| ✓ | 716304 | Text - 4 | | | | HTML | 0 |
| ✓ | 716305 | Text - 5 | | | | HTML | 0 |
| ✓ | 716306 | Text - 6 | | | | HTML | 0 |

Help with this page





# Creatives

202447 - Huge Cash Advance (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Search] [Reset]

## Results

| Visible | Creative Preview | Order |
|---|---|---|
| ✓ | partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202447&CIDh=g9bcz3xIFLmiCpwDl8F27Q%3d%3d&ADID=7163... USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at HugeCashAdvance Reply STOP to opt-out | 716306 Text - 6 HTML 0 |
| ✓ | ML | 0 |
| ✓ | ML | 0 |
| ✓ | ML | 0 |
| ✓ | ML | 0 |
| ✓ | ML | 0 |
| ✓ | Code | 0 |
| ✓ | Code | 0 |
| ✓ | ML | 0 |

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

Help with this page

# Creatives

202447 - Huge Cash Advance (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

| Visible | | Creative Preview | Code | Order |
|---|---|---|---|---|
| ✓ | 716306 Text - 6 | partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202447&CIDh=g9bcz3xlFLmiCpwDl8F27Q%3d%3d&ADID=7163... Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at HugeCashAdvance Reply STOP to opt-out | HTML | 0 |
| ✓ | | | ML | 0 |
| ✓ | | | ML | 0 |
| ✓ | | | ML | 0 |
| ✓ | | | ML | 0 |
| ✓ | | | ML | 0 |
| ✓ | | | Code | 0 |
| ✓ | | | Code | 0 |
| ✓ | | | ML | 0 |

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

# Creatives

## 202447 - Huge Cash Advance (Mobile)

### Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

### Results

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | | Order |

**716306 Text - 6**

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202447&CIDh=g9bcz3xlFLmiCpwDl8F27Q%3d%3d&ADID=7163...

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at HugeCashAdvance Reply STOP to opt-out

ML 0
Code 0
Code 0
ML 0
ML 0
ML 0
ML 0
ML 0
HTML 0

# Creatives

202447 - Huge Cash Advance (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | | Creative Preview | Order |
|---|---|---|---|
| ✓ | 716306 Text - 6 | Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at HugeCashAdvance. Bad credit OK! Reply STOP to opt-out<br>partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=202447&CIDh=g9bcz3xlFLmiCpwDl8F27Q%3d%3d&ADID=7163... HTML | 0 |
| ✓ | | ML Code | 0 |
| ✓ | | ML Code | 0 |
| ✓ | | ML | 0 |
| ✓ | | ML | 0 |
| ✓ | | ML | 0 |
| ✓ | | ML | 0 |
| ✓ | | ML | 0 |
| ✓ | | ML | 0 |

Help with this page