Exhibit I - 6

# INSTANT CASH EXPRESS

# Creatives

175585 - Instant Cash Express (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All

[Reset] [Search]

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order | |
|---|---|---|---|---|---|---|---|---|
| ✓ | 700348 | QR Code | | | | QR Code | 0 | 🔧🗑 |
| ✓ | 700465 | QR Code | QR CODE | | | QR Code | 0 | 🔧🗑 |
| ✓ | 591016 | Text - 1 | | | | HTML | 0 | 🔧🗑 |
| ✓ | 591017 | Text - 2 | | | | HTML | 0 | 🔧🗑 |
| ✓ | 591018 | Text - 3 | | | | HTML | 0 | 🔧🗑 |
| ✓ | 591011 | Text - 4 | | | | HTML | 0 | 🔧🗑 |
| ✓ | 849561 | Text - 5 | | | | HTML | 0 | 🔧🗑 |
| ✓ | 849562 | Text - 6 | | | | HTML | 0 | 🔧🗑 |

Help with this page

# Creatives

175585 - Instant Cash Express (Mobile)

## Search Criteria

Creative ID (ADID): [          ]

Creative Name: [Contains ▼] [          ]   Type: [All ▼]

[Reset] [Search]

Creatives Per Page [25 ▼]

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| 🟢🟢 | 849562 | Text - 6 | | | partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=OFYoVaBVa06O4S%2fObNH%2bFQ%3d%3d& US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at InstantCashExpress Reply STOP to opt-out | HTML | 0 |

# Creatives

175585 - Instant Cash Express (Mobile)  Help with this page

## Search Criteria

Creative ID (ADID): [                    ]   Type: [ All ▾ ]   [Search]

Creative Name: [ Contains ▾ ] [                    ]   [Reset]

Creatives Per Page [ 25 ▾ ]   [Add Creative]   [Import / Clone Creatives]   [Save Order]

| Visible | ADID | Name ≡ | Preview | Dimension (WxH) | Alt Landing Page | Type ≡ | Order |
|---|---|---|---|---|---|---|---|
| 🟢🟡 | 849562 | Text - 6 | Creative Preview — ⊕ partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=OFYoVaBVa06O4S%2fObNH%2bFQ%3d%3d&  ☆  Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at InstantCashExpress Reply STOP to opt-out | | | HTML | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |

# Creatives

## 175585 - Instant Cash Express (Mobile)

Help with this page

### Search Criteria

Creative ID (ADID): [          ]

Creative Name: [Contains ▼] [          ]       Type: [All ▼]

[Reset]  [Search]

Creatives Per Page [25 ▼]   [Add Creative]   [Import / Clone Creatives]   [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| 🟢🟡🔴 | 849562 | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=OFYoVaBVa06O4S%2fObNH%2bFQ%63d%3d&  USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at InstantCashExpress Reply STOP to opt-out | | | Text - 6 | HTML | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |
| 🔧 | | | | | | | 0 |

# Creatives

175585 - Instant Cash Express (Mobile)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All 

[Reset] [Search]

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|

Creative Preview

🌐 partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=0FYoVaBVa06O45%2fObNH%2bFQ%3d%3d&

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at InstantCashExpress Reply STOP to opt-out

849562   Text - 6   HTML

# Creatives

175585 - Instant Cash Express (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID): [        ]         Type: [ All ▾ ]

Creative Name: [ Contains ▾ ] [        ]

[ Reset ]  [ Search ]

Creatives Per Page [ 25 ▾ ]    [ Add Creative ]   [ Import / Clone Creatives ]   [ Save Order ]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=OFYoVaBVa06O45%2fObNH%2bFQ%3d%3d

US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at InstantCashExpress Reply STOP to opt-out

✓ 849562 Text - 6                                                                 HTML

| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |

# Creatives

175585 - Instant Cash Express (Mobile)

🔲 Help with this page

## Search Criteria

Creative ID (ADID): [          ]

Creative Name: [Contains ▼] [          ]          Type: [All ▼]

[Reset]  [Search]

Creatives Per Page [25 ▼]   [Add Creative]   [Import / Clone Creatives]   [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| 🟢 | | | | | | | 0 |
| 🟡 | | | | | | | 0 |

Creative Preview

🌐 partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=175585&CIDh=0FYoVaBVa06O4S%2fObNH%2bFQ%3d%3d&

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at InstantCashExpress.
Bad credit OK! Reply STOP to opt-out

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | 849562 | Text - 6 | | | | HTML | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |