Exhibit I - 7

# MOBILE CASH SOURCE

# Creatives

173010 - Mobile Cash Source (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

Reset    Search

## Results

Creatives Per Page 25

Add Creative    Import / Clone Creatives    Save Order

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 700336 | QR Code | | | | QR Code | 1 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=173010&CIDh=NwnFAwTBsUvN3yDvAjL4IQ%3d%3d&ADID=

US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Mobile Cash Source. Reply STOP to opt-out

Help with this page

# Creatives

## 173010 - Mobile Cash Source (Mobile)

### Search Criteria

Creative ID (ADID): 

Creative Name: Contains

Type: All

[Reset] [Search]

### Results

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=173010&CIDh=NwnFAwTBsUvN3yDvAjL4IQ%3d%3d&ADID=  Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Mobile Cash Source. Reply STOP to opt-out | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 700336 | | | | | QR Code | 1 |

Help with this page

# Creatives

## 173010 - Mobile Cash Source (Mobile)

### Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

Creatives Per Page: 25

[Add Creative] [Import / Clone Creatives] [Save Order]

### Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 700336 | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=173010&CIDh=NwnFAwTBsUvN3yDvAjL4IQ%3d%3d&ADID=  USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Mobile Cash Source. Reply STOP to opt-out | | | QR Code | 1 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

Help with this page



# Creatives

## 173010 - Mobile Cash Source (Mobile)

### Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

### Results

[Add Creative] [Import / Clone Creatives] [Save Order]

Creatives Per Page 25

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 700336 | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=173010&CIDh=NwnFAwTBsUvN3yDvAjL4IQ%3d%3d&ADID=  US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Mobile Cash Source. Reply STOP to opt-out | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | QR Code | 1 |

Help with this page

# Creatives

173010 - Mobile Cash Source (Mobile)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

[Add Creative] [Import / Clone Creatives] [Save Order]

## Results

Creatives Per Page 25

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 700336 | | Creative Preview — partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=173010&CIDh=NwnFAwTBsUvN3yDvAjL4IQ%3d%3d&ADID=<br><br>Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Mobile Cash Source. Bad credit OK! Reply STOP to opt-out<br><br>[QR Code] | | | QR Code | 1 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |

Help with this page

# Creatives

173010 - Mobile Cash Source (Mobile)

## Search Criteria

Creative ID (ADID): [          ]     Type: [ All ▾ ]

Creative Name: [ Contains ▾ ] [          ]

[ Reset ]  [ Search ]

## Results

Creatives Per Page [ 25 ▾ ]   [ Add Creative ]  [ Import / Clone Creatives ]  [ Save Order ]

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| 🛠🗑 | ✓ | 577315 | _Pre-population Instructions (click "Preview" to view)_ | | | | HTML | 0 |
| 🛠🗑 | ✓ | 577316 | Text - 1 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 577318 | Text - 2 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 577317 | Text - 3 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 577319 | Text - 4 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 577320 | Text - 5 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 845688 | Text - 6 | | | | HTML | 0 |
| 🛠🗑 | ✓ | 700336 | QR Code | [QR Code] | | | QR Code | 1 |

Help with this page