# Exhibit I - 8

# SECOND CHANCE CASH ADVANCE

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWWS5TUV2Q%3d%3d&ADID=801576&ADIDh=Ylc491mByFvwThsFb
Recently Turned Down?
Get the Cash you Need!
GET YOUR CASH!
INSTALLMENT LOANS UP TO $2,500
PAYDAY LOANS UP TO $1,000
BAD CREDIT, OK!
845669 Text - 4 HTML 0
845670 Text - 5 HTML 0
845671 Text - 6 HTML 0
801568 Text Link Text 0

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible
ADID
Name
Preview
Dimension (WxH)
Alt Landing Page
Type
Order
801567 __Pre-population Instructions (click "Preview" to view)__ HTML 0
801576 120x600 120 X 600 Simple Banner 0
801577 125x125 125 X 125 Simple Banner 0
Recently Turned Down?
801578 160x600 Simple Banner 0
801579 300x250 Simple Banner 0
801580 468x60 Simple Banner 0
801581 728x90 Simple Banner 0
801582 Email Cr HTML 0
801583 Email Cr HTML 0
801575 QR Cod QR Code 0
801584 Text - 1 HTML 0
845667 Text - 2 HTML 0
845668 Text - 3 HTML 0
845669 Text - 4 HTML 0
845670 Text - 5 HTML 0
845671 Text - 6 HTML 0
801568 Text Link Text 0
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1g
Get the Cash you Need!
GET YOUR CASH!

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible
ADID
Name
Type
Order
801567
_Pre-pop
801576
120x600
801577
125x125
801578
160x600
801579
300x250
801580
468x60
801581
728x90
801582
Email Crea
801583
Email Crea
801575
QR Code
801584
Text - 1
845667
Text - 2
845668
Text - 3
845669
Text - 4
845670
Text - 5
845671
Text - 6
801568
Text Link
HTML
Simple Banner
QR Code
Text
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFC
Recently Turned Down?
Get the Cash you Need!
GET YOUR CASH!
INSTALLMENT LOANS UP TO $2,500
PAYDAY LOANS UP TO $1,000
BAD CREDIT, OK!

# Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

## Results

Creatives Per Page 25 Add Creative Import / Clone Creatives Save Order

| | Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|---|
| | ✓ | 801567 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| | ✓ | 801576 | 1 | | 600 | | Simple Banner | 0 |
| | ✓ | 801577 | 1 | | 125 | | Simple Banner | 0 |
| | ✓ | 801578 | 1 | | 600 | | Simple Banner | 0 |
| | ✓ | 801579 | 3 | | 250 | | Simple Banner | 0 |
| | ✓ | 801580 | 4 | | 60 | | Simple Banner | 0 |
| | ✓ | 801581 | 7 | | 90 | | Simple Banner | 0 |
| | ✓ | 801582 | E | | | | HTML | 0 |
| | ✓ | 801583 | E | | | | HTML | 0 |
| | ✓ | 801575 | QR Code | CODE | | | QR Code | 0 |
| | ✓ | 801584 | Text - 1 | | | | HTML | 0 |
| | ✓ | 845667 | Text - 2 | | | | HTML | 0 |
| | ✓ | 845668 | Text - 3 | | | | HTML | 0 |
| | ✓ | 845669 | Text - 4 | | | | HTML | 0 |
| | ✓ | 845670 | Text - 5 | | | | HTML | 0 |
| | ✓ | 845671 | Text - 6 | | | | HTML | 0 |
| | ✓ | 801568 | Text Link | | | | Text | 0 |

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh

**Recently Turned Down?**

*Get the Cash you Need!*

PAYDAY LOANS UP TO

**$1,000**

GET YOUR CASH!

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible
ADID
Name
Preview
Dimension (WxH)
Alt Landing Page
Type
Order
801567
__Pre-population Instructions (click "Preview" to view)__
HTML
801576
Simple Banner
801577
Simple Banner
801578
Simple Banner
801579
Simple Banner
801580
Simple Banner
801581
Simple Banner
801582
HTML
801583
HTML
801575
QR Code
801584
Text - 1
845667
Text - 2
845668
Text - 3
845669
Text - 4
845670
Text - 5
845671
Text - 6
801568
Text Link
Text
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh
Recently Turned Down?
Get the Cash you Need!
GET YOUR CASH!

## Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

Results

Creatives Per Page 25 Add Creative Import / Clone Creatives Save Order

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWWS5TUV2Q%3d%3d&ADID=8(

Recently Turned Down? Get the Cash you Need! PAYDAY LOANS UP TO $1,000 GET YOUR CASH!

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| | | | | | | HTML | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | Simple Banner | 0 |
| | | | | | | HTML | 0 |
| | | | | | | HTML | 0 |
| ✓ | 801575 | QR Code | QR CODE | | | QR Code | 0 |
| ✓ | 801584 | Text - 1 | | | | HTML | 0 |
| ✓ | 845667 | Text - 2 | | | | HTML | 0 |
| ✓ | 845668 | Text - 3 | | | | HTML | 0 |
| ✓ | 845669 | Text - 4 | | | | HTML | 0 |
| ✓ | 845670 | Text - 5 | | | | HTML | 0 |
| ✓ | 845671 | Text - 6 | | | | HTML | 0 |
| ✓ | 801568 | Text Link | | | | Text | 0 |

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdIcFQZ5v8XnWWS5TUV2Q%3d%
Results
Save Order
Visible
Type
Order
If you cannot see the images below Click Here
Second Chance
CASH•ADVANCE
Recently turned down?
Our Lenders Say YES!
Attention:
VALUED CUSTOMER
Please Respond:
IMMEDIATELY
URGENT
CLICK HERE
To Open: fold and tear along perforation
We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages from SecondChanceCashAdvance.com, please write SecondChanceCashAdvance, 4355 Cobb Parkway, Ste J134, Atlanta Ga. 30339 or click: Unsubscribe
HTML
Simple Banner
QR Code
Text
845668 Text - 3
845669 Text - 4
845670 Text - 5
845671 Text - 6
801568 Text Link

## Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdIcFQZ5v8XnWW55TUV2Q%3

If you cannot see the images below Click Here

Recently Turned Down for a Cash Loan?
Get the Cash you Need Today!
No Credit/Bad Credit is OK!
No Obligation - 100% Free!
Largest Database of Lenders That Say.. Yes!
GET YOUR CASH!
Second Chance
CASH·ADVANCE
The #1 Source for Lenders that say Yes!

We respect your privacy. To stop receiving messages from this sender, please follow their instructions below. To stop receiving messages from SecondChanceCashAdvance.com, please write SecondChanceCashAdvance, 4355 Cobb Parkway, Ste J134, Atlanta Ga. 30339 or click: Unsubscribe

Results

ne Creatives Save Order

| Visible | ID | Name | Type | Order |
|---|---|---|---|---|
| ✓ | | | HTML | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | Simple Banner | 0 |
| ✓ | | | HTML | 0 |
| ✓ | | | HTML | 0 |
| ✓ | | | QR Code | 0 |
| ✓ | | | HTML | 0 |
| ✓ | | | HTML | 0 |
| ✓ | | | HTML | 0 |
| ✓ | 845669 | Text - 4 | HTML | 0 |
| ✓ | 845670 | Text - 5 | HTML | 0 |
| ✓ | 845671 | Text - 6 | HTML | 0 |
| ✓ | 801568 | Text Link | Text | 0 |

## Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

Results

Creatives Per Page 25 Add Creative Import / Clone Creatives Save Order

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 801567 | __Pre-population Instructions (click "Preview" to view)__ | | | | HTML | 0 |
| ✓ | 801576 | 120x600 | | 120 X 600 | | Simple Banner | 0 |
| ✓ | 801577 | 125x125 | Recently Turned Down? | 125 X 125 | | Simple Banner | 0 |
| ✓ | 801578 | 160x600 | | 160 X 600 | | Simple Banner | 0 |
| ✓ | 801579 | 300x250 | Recently Turned Down? $2,500 | 300 X 250 | | Simple Banner | 0 |
| ✓ | 801580 | 468x60 | | 468 X 60 | | Simple Banner | 0 |
| ✓ | 801581 | 728x90 | | 728 X 90 | | Simple Banner | 0 |
| ✓ | 801582 | Email Creative 1 | up to $1,500! | | | HTML | 0 |
| ✓ | 801583 | Email Creative 2 | | | | HTML | 0 |
| ✓ | 801575 | QR Code | QR CODE | | | QR Code | 0 |
| ✓ | 801584 | Text - 1 | | | | HTML | 0 |
| ✓ | 845667 | Text - 2 | | | | HTML | 0 |
| ✓ | 845668 | Text - 3 | | | | HTML | 0 |
| ✓ | 845669 | Text - 4 | | | | HTML | 0 |
| ✓ | 845670 | Text - 5 | | | | HTML | 0 |
| ✓ | 845671 | Text - 6 | | | | HTML | 0 |
| ✓ | 801568 | Text Link | | | | Text | 0 |

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible
ADID
Name
Preview
Dimension (WxH)
Alt Landing Page
Type
Order
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWW55TUV2Q%3d%3d&ADID=801!
US lenders are offering cash loans up to $1,000 deposited within 24hrs. Bad Credit OK! Apply directly from your phone at Second Chance Cash Advance. Reply STOP to opt-out
801575 QR Code QR Code 0
801584 Text - 1 HTML 0
845667 Text - 2 HTML 0
845668 Text - 3 HTML 0
845669 Text - 4 HTML 0
845670 Text - 5 HTML 0
845671 Text - 6 HTML 0
801588 Text Link Text 0

## Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

Results

Creatives Per Page 25 Add Creative Import / Clone Creatives Save Order

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWW55TUV2Q%3d%3d&ADID=845

Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Second Chance Cash Advance. Reply STOP to opt-out

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| | | | | | | ML | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ML | 0 |
| | | | | | | ML | 0 |
| ✔ | 801575 | QR Code | QR CODE | | | QR Code | 0 |
| ✔ | 801584 | Text - 1 | | | | HTML | 0 |
| ✔ | 845667 | Text - 2 | | | | HTML | 0 |
| ✔ | 845668 | Text - 3 | | | | HTML | 0 |
| ✔ | 845669 | Text - 4 | | | | HTML | 0 |
| ✔ | 845670 | Text - 5 | | | | HTML | 0 |
| ✔ | 845671 | Text - 6 | | | | HTML | 0 |
| ✔ | 801568 | Text Link | | | | Text | 0 |

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible
ADID
Name
Preview
Dimension (WxH)
Alt Landing Page
Type
Order
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdIcFQZ5v8XnWWS5TUV2Q%3d%3d&ADID=845
USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Second Chance Cash Advance. Reply STOP to opt-out
801575 QR Code QR Code
801584 Text - 1 HTML
845667 Text - 2 HTML
845668 Text - 3 HTML
845669 Text - 4 HTML
845670 Text - 5 HTML
845671 Text - 6 HTML
801568 Text Link Text

# Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

Reset Search

## Results

Creatives Per Page 25 Add Creative Import / Clone Creatives Save Order

**Creative Preview**

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWWS5TUV2Q%3d%3d&ADID=845(

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Second Chance Cash Advance. Reply STOP to opt-out

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| | | | | | | ML | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ML | 0 |
| | | | | | | ML | 0 |
| ✔ | 801575 | QR Code | QR CODE | | | QR Code | 0 |
| ✔ | 801584 | Text - 1 | | | | HTML | 0 |
| ✔ | 845667 | Text - 2 | | | | HTML | 0 |
| ✔ | 845668 | Text - 3 | | | | HTML | 0 |
| ✔ | 845669 | Text - 4 | | | | HTML | 0 |
| ✔ | 845670 | Text - 5 | | | | HTML | 0 |
| ✔ | 845671 | Text - 6 | | | | HTML | 0 |
| ✔ | 801568 | Text Link | | | | Text | 0 |

Creatives
217715 - Second Chance Cash Advance (Mobile)
Help with this page
Search Criteria
Creative ID (ADID):
Type: All
Creative Name: Contains
Reset
Search
Results
Creatives Per Page 25
Add Creative
Import / Clone Creatives
Save Order
Visible ADID Name Preview Dimension (WxH) Alt Landing Page Type Order
Creative Preview
partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWW55TUV2Q%3d%3d&ADID=845(
US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Second Chance Cash Advance. Reply STOP to opt-out
801575 QR Code QR Code 0
801584 Text - 1 HTML 0
845667 Text - 2 HTML 0
845668 Text - 3 HTML 0
845669 Text - 4 HTML 0
845670 Text - 5 HTML 0
845671 Text - 6 HTML 0
801568 Text Link Text 0

## Creatives

217715 - Second Chance Cash Advance (Mobile)

Help with this page

Search Criteria

Creative ID (ADID):

Type: All

Creative Name: Contains

Reset Search

Results

Creatives Per Page 25 | Add Creative | Import / Clone Creatives | Save Order

Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=217715&CIDh=1gdlcFQZ5v8XnWW55TUV2Q%3d%3d&ADID=845

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Second Chance Cash Advance. Bad credit OK! Reply STOP to opt-out

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| | | | | | | ML | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ple Banner | 0 |
| | | | | | | ML | 0 |
| | | | | | | ML | 0 |
| ✔ | 801575 | QR Code | QR CODE | | | QR Code | 0 |
| ✔ | 801584 | Text - 1 | | | | HTML | 0 |
| ✔ | 845667 | Text - 2 | | | | HTML | 0 |
| ✔ | 845668 | Text - 3 | | | | HTML | 0 |
| ✔ | 845669 | Text - 4 | | | | HTML | 0 |
| ✔ | 845670 | Text - 5 | | | | HTML | 0 |
| ✔ | 845671 | Text - 6 | | | | HTML | 0 |
| ✔ | 801568 | Text Link | | | | Text | 0 |