**Exhibit J**



# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 737435 | _Pro-population Instructions (click "Preview" to view)_ | Get a cash loan up to $1,000 today with a simple application you can complete on your phone. Apply right now at Homeland Cash Advance. Reply STOP to opt-out | | | HTML | 0 |
| ✓ | | | | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 737436 | | | | | Text Link | 0 |

# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 737435 | ___Pre-population Instructions (click "Preview" to view)___ | Creative Preview: USA lenders have cash loans up to $1000 deposited w/i 24hrs. No/Bad credit OK! Easy & safe. Apply on your phone at Homeland Cash Advance. Reply STOP to opt-out | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 737436 | | | | | Text Link | 0 |

# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | | | | | | HTML | 0 |
| ✓ | 737435 | __Pre-population Instructions (click "Preview" to view)__ | | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 737436 | | | | | Text Link | 0 |

[Add Creative] [Import / Clone Creatives] [Save Order]

Creatives Per Page: 25

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=205817&CIDh=7NLWKfdLDUFsZbwobokzLQ%3d%3d&ADID

Need a loan today? Get approved for a cash loan. Complete a simple application now on your mobile phone. Apply at Homeland Cash Advance. Reply STOP to opt-out

# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

Creatives Per Page: 25    [Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 737435 | —Pre-population Instructions (click "Preview" to view)— | Creative Preview: partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=205817&CIDh=7NLWKfdLDUFsZbwobokzLQ%3d%3d&ADID... "US lender offering $1000 cash loan deposited within 24hrs. Easy to qualify. Bad credit OK! Apply on your phone now at Homeland Cash Advance. Reply STOP to opt-out" | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 737436 | | | | | Text Link | 0 |
| | | | | | | Text | |

Help with this page

# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID):

Creative Name: Contains

Type: All

[Reset] [Search]

## Results

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 737435 | ___Pre-population Instructions (click "Preview" to view)___ | | | | QR Code | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | | | | | | HTML | 0 |
| ✓ | 737436 | Text Link | | | | Text | 0 |

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

### Creative Preview

partner6.linktrust.com/Campaign/CreativePreview.aspx?CID=205817&CIDh=7NLWKfdLDUFsZbwobokzLQ%3d%3d&ADID

Need $1000 fast? Major US lenders offering cash loans w/i 24hrs. Apply on your phone now at Homeland Cash Advance. Bad credit OK! Reply STOP to opt-out

# Creatives

205817 - Homeland Cash Advance (SMS Only)

## Search Criteria

Creative ID (ADID): 

Creative Name: Contains 

Type: All

[Reset] [Search]

## Results

Creatives Per Page 25

[Add Creative] [Import / Clone Creatives] [Save Order]

| Visible | ADID | Name | Preview | Dimension (WxH) | Alt Landing Page | Type | Order |
|---|---|---|---|---|---|---|---|
| ✓ | 737435 | Pre-population Instructions (click "Preview" to view) | | | | HTML | 0 |
| ✓ | 737450 | QR Code | [QR CODE] | | | QR Code | 0 |
| ✓ | 845682 | Text - 1 | | | | HTML | 0 |
| ✓ | 845683 | Text - 2 | | | | HTML | 0 |
| ✓ | 845684 | Text - 3 | | | | HTML | 0 |
| ✓ | 845685 | Text - 4 | | | | HTML | 0 |
| ✓ | 845686 | Text - 5 | | | | HTML | 0 |
| ✓ | 845687 | Text - 6 | | | | HTML | 0 |
| ✓ | 737436 | Text Link | | | | Text | 0 |