# Exhibit K

Special Instructions:

TRAFFIC TYPES: All traffic except incentivized and co-reg path traffic

FILTERS: Mail to all states except WV,GA,PA,OH; Do not mail to .mil, .gov, addresses; 21+ years of age; income >1500 /month.

Also:

1. Company names other than the site if you use a name.(NO BANK NAMES)

2. Can not use amount over $1000

3. Can not say no credit checks (you can say "No credit needed, or bad credit OK. cash for any credit type, etc.)

4. Can not say cash in 2 hours ( you can say "in a matter of hours" or "by tomorrow morning" or "within 24 hrs").

5. Must offer opt-out such as "Reply STOP to opt-out"