# Exhibit L

Hey Kyle,

Hope all is well!

Just wanted to check in to find out if the traffic will be starting this morning.

Please let me know when you have a chance.

Regards,

Andre

[Quoted text hidden]

---

**Kyle Danna** <kyle.danna@selu.edu>                              Wed, Sep 5, 2012 at 9:53 AM
To: Andre Zouvi <andre@reachmg.com>

Hey bud, still not up and running just yet, should definitely be by this evening though!
[Quoted text hidden]

---

**Kyle Danna** <kyle.danna@selu.edu>                              Wed, Sep 5, 2012 at 4:48 PM
To: Andre Zouvi <andre@reachmg.com>

Going to be working late into the night getting set up to send, but everything should be all good to
have a really big day for tomorrow. Can you please let me know the conditions involving this custom
offer you guys have provided me? I just want to have everything totally clear before I start sending
traffic to it tonight.

Thanks again bud!
[Quoted text hidden]

---

**Andre Zouvi** <andre@reachmg.com>                               Wed, Sep 5, 2012 at 5:04 PM
To: Kyle Danna <kyle.danna@selu.edu>
Bcc: emailtosalesforce@63mrb6pn6o1bevzor4g4baiu7.28h6deaa.2.le.salesforce.com

Hey Kyle,

That's great news!

**Special Instructions:**
TRAFFIC TYPES: All traffic except incentivized and co-reg path traffic
FILTERS: Mail to all states except WV,GA,PA,OH; Do not mail to .mil, .gov, addresses; 21+ years
of age; income >1500 /month.
Also:
1. Company names other than the site if you use a name.(NO BANK NAMES)
2. Can not use amount over $1000
3. Can not say no credit checks (you can say "No credit needed, or bad credit OK, cash for any credit
type, etc.)
4. Can not say cash in 2 hours ( you can say "in a matter of hours" or "by tomorrow morning" or
"within 24 hrs").