# Exhibit M

REDACTED

REDACTED

From: **Jason Parrish** <captainjack@runuo.com>
Date: Mon, Aug 27, 2012 at 4:21 PM
Subject: unsolicited spam texts
To: luciano@reachmg.com

the spammer is using the domain http://cashin2hrs.com I received the message @ 7am on 8/27 with the following exact text "Chase is offering $1,500 cash loans deposited within 2hrs. NO credit checks or faxing! Get the money today by applying right now on your phone at cashin2hrs.com

I was able to see an affilaite link because a computer friend of mine helped me he said this was the (network?) he was running http://obey.bz/click.track?CID=226723&

REDACTED

1