# Exhibit N

**Text Message**
Aug 7, 2012 11:29 AM

From: +19512016732
Msg: Chase is offering $1,500 cash loans deposited within 2hrs. NO credit checks! Get the money today by applying right now directly o



n your phone at CashIn2Hrs.com

