# Exhibit O

REDACTED                                                  REDACTED




REDACTED                                                  REDACTED


Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

**From:** Luciano Castro <luciano@reachmg.com>
**Date:** Friday, October 12, 2012 2:45 PM
**To:** Rick Hoeye <rick@reachmg.com>, Roger Dowd <roger@reachmg.com>
**Subject:** FW: IMPORTANT: Mobile Marketing Compliance


Luciano Castro Jr
Affiliate Manager



REACH MEDIA GROUP

O. 404.949.3189| D. 404.949.3120 | F. 404.949.3123
3715 Northside Parkway. Building 100 | Suite 300 | Atlanta, Georgia 30327

1

luciano@reachmg.com | http://www.reachmediagroup.com



**From:** Roger Dowd [mailto:roger@reachmg.com]
**Sent:** Saturday, August 25, 2012 8:09 AM
**To:** Luciano Castro
**Subject:** Re: IMPORTANT: Mobile Marketing Compliance

Approved

Sent from my iPad

On Aug 24, 2012, at 6:26 PM, "Luciano Castro" <luciano@reachmg.com> wrote:

> Currently this is 184 characters they need them to be at 160. This was there proposal just removing the No Credit part. And adding this link.
>
> US lenders are offering cash loans up to $1,000 deposited within 24hrs. BAD CREDIT OK! Secure the money today by applying now on your phone at www.bit.ly/B2eW4
>
> **Luciano Castro Jr**
> Affiliate Manager
> <image001.jpg>
> **O.** 404. 949.3189| **D.** 404.949.3120 | **F.** 404.949.3123
> 3715 Northside Parkway. Building 100 | Suite 300 | Atlanta, Georgia 30327
> luciano@reachmg.com | http://www.reachmediagroup.com
> <image002.jpg> <image003.jpg> <image004.jpg>

**From:** RMG Roger [mailto:roger@reachmg.com]
**Sent:** Friday, August 24, 2012 6:22 PM
**To:** Luciano Castro
**Subject:** Re: IMPORTANT: Mobile Marketing Compliance

Roger Dowd
President / CEO

D.404.949.3121
F.404.949.3123

REACH Media Group

2

3715 Northside Parkway
Building 100 | Suite 300
Atlanta | Georgia | 30327

roger@reachmg.com  www.reachmediagroup.com

On Aug 24, 2012, at 6:02 PM, "Luciano Castro" <luciano@reachmg.com> wrote:

> **From:** Rick Hoeye [mailto:rick@reachmg.com]
> **Sent:** Friday, August 24, 2012 5:42 PM
> **To:** 951ryan@gmail.com
> **Cc:** Luciano Castro
> **Subject:** Re: IMPORTANT: Mobile Marketing Compliance
>
> This is what we need to use.
>
> **US lenders are offering cash loans up to $1,000 deposited within 24hrs. NO credit, BAD CREDIT OK!! Secure the money today by applying right now on your phone at cashadvancediamond.com**
>
> (or use click here in place of the cashadvancediamond.com)
>
> Please let Kyle know as well.
>
> Rick

3