**Exhibit P**

REDACTED

REDACTED

REDACTED

REDACTED

Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

**From:** Ryan Lenahan <951ryan@gmail.com>
**Date:** Friday, September 7, 2012 3:38 PM
**To:** Roger Dowd <roger@reachmg.com>
**Subject:** Affiliate # 219108

Roger,

I wanted to followup to you from our phone conversation yesterday. I understand your very upset over all the issues these sms have brought upon you. I know if I were in your shoes I'd be very upset too. However please understand that I did stop 100% when you gave me that 2nd and final warning and authorized me to continue sending SMS with your approved content only which was August 25th. The only real way to verify this is if you look at my stats, starting from August 25th I started to use a new subid for the new sms content and as you can see the epc dropped significantly over 50% when using the new sms approved content. I remember talking with Luciano frequently that day as we were discussing just how much my EPC was dropping and how I wanted you to approve a few other sms variations for me to split test which you did come back and approve the same day.

1

I do remember that Kyle and I were talking about how some of the SMS which had Chase within it had converted a few days after we stopped using it completely. We could see this because we both started with a new subid using the new sms content however 2-3 days later we both saw some pixel fires without our new subid, however these were just a few conversions here and there.

Again, when you gave me my final warning and gave us approved sms content to use I complied with your demands 100% and did NOT go behind your back, not even with 1 single sms. If you received any complaints after August 25th 2012 these were either NOT from me (Possibly Kyle or another affiliate) or were from me but the sms was sent before you gave me my final warning.

All I am asking is that you release my last payment in the amount of $12,298 (Invoice # 5488) and either we can part ways or I'd be willing to continue sms under another new signed agreement to only use approved sms content...etc and could even offer you screen sharing of my sms application so you can see exactly what is being sent and to whom. Ive also now have optin payday loan data (Includes full name, address, phone #, url of optin site, IP, timestamp...etc) which should convert 50x higher than untargeted data. If you feel it is fair to deduct some money from the $12,298 to cover your time dealing with this I'm open to fair negotiation.

Please do let me know asap, again I did comply with you 100% upon your last warning on August 25th.

Regards,
Ryan Lenahan

REDACTED        REDACTED

--

**CONFIDENTIALITY NOTICE**

This message (including any attachments) contains information that may be confidential. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not read, print, retain, use, copy, distribute or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and destroy all copies of the original message (including any attachments).