# Exhibit Q

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

**From:** Rick Hoeye <rick@reachmg.com>
**Date:** Wednesday, September 19, 2012 6:59 AM
**To:** Roger Dowd <roger@reachmg.com>
**Subject:** Fwd: Demand For Payment

And now he's involved Kyle.

---------- Forwarded message ----------
From: Ryan Lenahan <951ryan@gmail.com>
Date: Wednesday, September 19, 2012
Subject: Demand For Payment
To: Rick Hoeye <rick@reachmg.com>

Rick,

1

I used the exact word for word context that Roger your CEO told me to use. I am not in breach of any aspect of your contract and thus I am pursuing all legal remedies to recover the balance owed which I'm sure your already made aware of. If your going to sit here and say my messages were not CAN-SPAM complaint then you need to go to your CEO and ask Roger why he threatened me that I had to use HIS content in my sms word for word or else he would not release the $13,000 that you guys owe me.

You guys are in breach of contract and thus I am pursuing legal remedies to recover the debt that is still outstanding. I am under no legal obligation to provide you with my OPTIN data for leads that you are not going to be paying me for. Any further emails should be sent to Harrison Gevirtz.

I see you guys have paid Kyle Danna everything he is owed and he was doing the exact same thing as me, word for word so he will be a great asset in recovering the funds owed.

[9:43:00 PM] Kyle Danna: so turns out reach paid me now
[9:43:24 PM] Kyle Danna: the big check.. they still owe me one more small check but i am not holding my breath on that one
[9:44:36 PM] Kyle Danna: I will be glad to help you testify in court when the times comes, the fact that they paid me and not you is really going to hurt them in court.

Regards,
Ryan Lenahan


On Tue, Sep 18, 2012 at 8:45 AM, Rick Hoeye <rick@reachmg.com> wrote:

Ryan,

First of all you broke the original contract that we had with you which clearly states that you did not use the approved creative. From the Terms and Conditions you agreed to:

4.) Creative Changes: Editing of Reach Media Group's Creative is strictly prohibited, without prior written approval from Reach Media Group. Creative includes, but is not limited to, text ads, graphic ads, from and subject line, any copy associated with the campaign including survey questions and answers. Any changes to Creative, without prior written permission will result in the loss of payment of Leads.

You went and modified the creative KNOWING it was not compliant. We received complaints for your messages even after you were spoken to about this as we have proof these messages were still being sent. You have agreed to provide the OPTIN information as well as making sure ALL marketing efforts were CAN-SPAM compliant and following the best practices - neither of which were done.

Us receiving this info is not contingent on you getting paid. As we have mentioned in previous correspondence with you these leads will not be paid for and our advertisers are being credited. Let us be very clear. Your careless and reckless behavior has not only created a difficult situation for those receiving your fraudulent messages but for Reach Media Group itself as there are two separate legal issues that have arisen from your unapproved activities.

This the final request for the OPTIN information and it needs to be received by COB today.

Regards,


--
Rick Hoeye
COO

Case 5:12-cv-04759-PSG Document 51-24 Filed 02/02/13 Page 4 of 4

D. 404.949.3127 | F. 404.949.3123
3715 Northside Parkway. Building 100 | Suite 300 | Atlanta, Georgia 30327
rick@reachmg.com | aim: reachrickh | www.reachmediagroup.com

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

--

**Rick Hoeye**
COO



D. 404.949.3127 | F. 404.949.3123
3715 Northside Parkway. Building 100 | Suite 300 | Atlanta, Georgia 30327
rick@reachmg.com | aim: reachrickh | www.reachmediagroup.com



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

3