# Exhibit R

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.

**From:** Ryan Lenahan <notification+pfdvelcf@facebookmail.com>
**Reply-To:** Reply to Comment <g+40miwt9z000000p0resp02ryapvhc314000zg4dgn1lg26546@groups.facebook.com>
**Date:** Friday, September 28, 2012 9:21 PM
**To:** Internet Advertising - People Who Don't Pay <internetdeadbeats@groups.facebook.com>
**Subject:** Re: [Internet Advertising - People Who Don't Pay] Roger Dowd from Reach Media group owes me $13,000...

Ryan Lenahan commented on his post in Internet Advertising - People Who Don't Pay.

Ryan Lenahan    10:21pm Sep 28
Roger Dowd sent a 14k wire to my partner whom was using the very same sms content, then 3 days later contacted the bank and pretended the wire they sent was fraud in

1

attempts to get it reversed. Luckily a signed IO, invoice, emails, transcripts...etc got the bank to realize it was a BS story and stopped the fraudulent reversal.

Original Post



**Ryan Lenahan**     10:19pm Sep 28

Roger Dowd from Reach Media group owes me $13,000 and forcing me to hire Harrison Gevirtz to take them to court. I'm also aware that they owe another network $xx,xxx in addition to another affiliate they owe $xx,xxx. Roger claims we were using "unapproved" sms content however I have countless emails, skype transcripts...etc where he told me to use his exact word for word message on my marketing materials or else risk non payment, which I did under threat and now hes claiming its unapproved BS story.



View Post on Facebook · Edit Email Settings · Reply to this email to add a comment.

2