Exhibit S

REDACTED

REDACTED

REDACTED

REDACTED

**From:** Ryan Lenahan <notification+pfdvelcf@facebookmail.com>
**Reply-To:** Reply to Comment <g+41vk6rbs000000p0resp02ryapvhc314000zg4dgn1lg27646@groups.facebook.com>
**Date:** Sunday, November 4, 2012 10:08 PM
**To:** Internet Advertising - People Who Don't Pay <internetdeadbeats@groups.facebook.com>
**Subject:** Re: [Internet Advertising - People Who Don't Pay] Roger Dowd from Reach Media group owes me $13,000...

Ryan Lenahan commented on his post in Internet Advertising - People Who Don't Pay.

**Ryan Lenahan**                                                                 10:08pm Nov 4
Just an update, over 3 months have passed and have still not seen a dime.

Comment History

**Josh Ogle**                                                                      9:50pm Sep 30
Good to know, thanks for the heads up.

**Rocky Iorio**                                                                    2:11am Sep 29
oh my...not going near that network

**Ryan Lenahan**                                                                  11:21pm Sep 28
Roger Dowd sent a 14k wire to my partner whom was using the very same sms

1

content, then 3 days later contacted the bank and pretended the wire they sent was fraud in attempts to get it reversed. Luckily a signed IO, invoice, emails, transcripts...etc got the bank to realize it was a BS story and stopped the fraudulent reversal.

Original Post

**Ryan Lenahan**                                                                                                                11:19pm Sep 28

Roger Dowd from Reach Media group owes me $13,000 and forcing me to hire Harrison Gevirtz to take them to court. I'm also aware that they owe another network $xx,xxx in addition to another affiliate they owe $xx,xxx. Roger claims we were using "unapproved" sms content however I have countless emails, skype transcripts...etc where he told me to use his exact word for word message on my marketing materials or else risk non payment, which I did under threat and now hes claiming its unapproved BS story.

View Post on Facebook · Edit Email Settings · Reply to this email to add a comment.

2