# Exhibit A

JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

ERIN J. ILLMAN (Bar No. 236282)
VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant and Third-Party Plaintiff
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant.<br><hr>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., a corporation,<br><br>Third-Party Defendants. | CASE NO 5:12-CV-04759 (PSG)<br><br>(Complaint Filed: September 12, 2012)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR SERVICE OF THIRD-PARTY COMPLAINT ON THIRD-PARTY DEFENDANT EAGLE WEB ASSETS INC.**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Complaint Filed: Sept. 12, 2012<br>Third-Party Complaint Filed: Nov. 15, 2012 |

Plaintiff David Trindade ("Plaintiff"), Defendant and Third-Party Plaintiff Reach Media Group, LLC ("RMG"), and Third-Party Defendants Ryan Lenahan ("Lenahan") and Kyle Danna ("Danna") (collectively, the "Parties"), stipulate and agree as follows:

WHEREAS:

A. RMG filed a Third-Party Complaint in this matter on November 15, 2012 against Third-Party Defendants Ryan Lenahan ("Lenahan"), Kyle Danna ("Danna"), and Eagle Web Assets, Inc. ("EWA") (Dkt. #22.) The Third-Party Complaint states five counts: (1) Breach of Warranty Against All Third-Party Defendants; (2) Breach of Contract Against All Third-Party Defendants; (3) Libel Per Se Against Third-Party Defendants Lenahan and EWA; (4) Tortuous Interference With Contractual Relations Against Third-Party Defendant Lenahan; and (5) Tortuous Interference With Prospective Economic Advantage Against Third-Party Defendant Lenahan.

B. RMG completed timely service of process on Lenahan and Danna.

C. During the Initial Case Management Conference in this matter on January 8, 2013, counsel appearing on behalf of RMG, Vishali Singal, Esq., informed this Court that as of January 8, 2013, RMG had encountered difficulty serving EWA with the Third-Party Complaint. Ms. Singal further informed this Court that RMG likely required an additional month to effectuate service on EWA of the Third-Party Complaint.

D. Subsequently, during the Initial Case Management Conference, this Court set a 30-day deadline for RMG to serve EWA with the Third-Party Complaint, reflected in the Civil Minute Order of the same date. (Dkt. #37.) That deadline corresponds with the date February 7, 2013.

E. On January 11, 2013, RMG was electronically served through this Court's Electronic Case Filing system with Lenahan's and Danna's Third-Party Defendants' Notice of Motion and Motion to Strike And/Or Dismiss Third-Party Complaint and Memorandum of Points and Authorities In Support Thereof ("Motion"). (Dkt. #38.) The Notice of Motion to Strike And/Or Dismiss Third-Party Complaint ("Notice of Motion") specified a hearing date of February 26, 2013. (Dkt. #38.)

-1-

F. The Motion argues, among other things, that RMG has not stated a proper third-party claim as to Lenahan and Danna and that RMG has failed to state claims for Breach of Warranty and Breach of Contract (See Motion, pp. 6-7.)

G. On January 25, 2013, this Court reset the February 26, 2013 hearing on the Motion to March 12, 2013. (Dkt. #45.)

H. Pursuant to Federal Rule of Civil Procedure 4(m), RMG has a 120-day period within which to serve EWA with the Third-Party Complaint from the date it was filed. This deadline corresponds with March 15, 2013, three days after the Court's hearing on the Motion.

I. Because the Third-Party Complaint asserts common allegations and two causes of action, Breach of Warranty and Breach of Contract, as to Lenahan, Danna, and EWA, and because those allegations and causes of action are the subject of Lenahan's and Danna's Motion set for hearing on March 12, 2013, RMG seeks to await the outcome of the Motion in determining how it affects the content of the Third-Party Complaint as to EWA and the decision to proceed against EWA.

J. RMG's request, pursuant to Federal Rule of Civil Procedure 6(b), for a 14-day extension of time to serve EWA with the Third-Party Complaint or, in its discretion, an amended Third-Party Complaint from the date this Court issues its order on the Motion is the third time RMG has requested a change to any event previously scheduled by this Court. Previously, (1) on October 4, 2012, RMG and Plaintiff requested a continuance of the Initial Case Management Conference and all corresponding deadlines (Dkt. #7), which this Court granted on October 12, 2012 (Dkt. #9) and (2) on December 4, 2012, RMG and Plaintiff requested a continuance of the Initial Case Management Conference (Dkt. #25), which this Court granted on December 7, 2012 (Dkt. #26.)

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate and agree as follows:

Good cause appearing therefore and subject to the approval of the Court, RMG's deadline

to serve Eagle Web Assets Inc. with the Third-Party Complaint or an amended Third-Party Complaint is extended to 14 days from the date this Court issues its order on Lenahan's and Danna's Motion to Strike And/Or Dismiss Third-Party Complaint (Dkt. #38), or such other date and time thereafter as the Court shall order.

IT IS SO STIPULATED.

Dated: February 5, 2013

DLA PIPER LLP (US)

By: /s/ Vishali Singal
ERIN JANE ILLMAN
VISHALI SINGAL
Attorneys for Defendant and Third-Party Plaintiff
REACH MEDIA GROUP, LLC

Dated: February 5, 2013

EDELSON MCGUIRE LLC

By: /s/ Benjamin H. Richman
BENJAMIN H. RICHMAN
Attorneys for Plaintiff
DAVID TRINDADE

Dated: February 5, 2013

KRONENBERGER ROSENFELD, LLP

By: /s/ Virginia A. Sanderson
VIRGINIA A. SANDERSON
Attorneys for Third-Party Defendant Ryan Lenahan and for Specially Appearing Third-Party Defendant Kyle Danna

1  I, Vishali Singal, am the ECF user whose identification and password are being used to
2  file the foregoing STIPULATION TO EXTEND TIME FOR SERVICE OF THIRD-PARTY
3  COMPLAINT ON THIRD-PARTY DEFENDANT EAGLE WEB ASSETS INC.  In compliance
4  with General Order 45, X.B., I hereby attest that the above-referenced signatories to this
5  stipulation have concurred in this filing.