Exhibit B

What We Do    Our Mission    Philanthropy  |  Executives    Let's Chat

# Marissa Thoman

Vice President of Human Resources, Corporate Secretary

Ryan Eagle

Harrison Gevirtz

Tom Eagle

Jared Lovine

**Marissa Thoman**

marissa@eaglewebassets.com

Savy Lam

David Clapp

Mike Everhart

### Marissa Thoman's Biography



I began my career with Eagle Web Assets, Inc. in the fall of 2009, assisting in all aspects of the company from accounting to payroll. Since that time we have grown at a tremendous rate, increasing staff, advertiser and affiliates to record numbers. I have progressed since the start through the company from assisting in all areas, to accounting to Vice President of Human Resources and Corporate Secretary. I achieved this position by being passionate, driven, and reliable. I am responsible for our human assets, insurances, and corporate benefits. In addition, I oversee corporate functions, and supervised our travel division. In the same manner that I have seen Eagle Web Assets, grown tremendously, I have had the privilege to grow along side of them.

Prior to Eagle Web Assets, Inc., I held positions in the food and retail industries. I attended Lake Forest College. I have spent countless hours and time in building and developing various programs and ideas into reality to help maintain our growth in a reasonable manner, contain cost that can be passed along to our affiliates, and refining concepts into reality by creating checks and balances for many projects currently in place. I am grateful to have the opportunity to grow within this great company and anticipate many years of continued success.

Outside of work, I enjoy running, hiking, traveling and having a stimulating conversation. In addition to my recreational actives, I have accomplished the completion of the 26.2 mile 2007 Chicago Marathon. I look forward to continue growth and success of our company and our employees. I enjoy work, traveling and shopping.

© 2013 Eagle Web Assets Inc. All Rights Reserved.
Home | Login | Events | Press | Careers | Blog

Follow Us On 🔲 🔲 🔲 🔲

279    3.8k
              Like

What We Do    Our Mission    Philanthropy    Executives    Let's Chat

# Savy Lam
Vice President, Accounting

Ryan Eagle

Harrison Gevirtz

Tom Eagle

Jared Levine

Marissa Thoman

**Savy Lam**

savy@eaglewebassets.com

LinkedIn Profile

David Clapp

Mike Everhart

## Savy Lam's Biography

Savy Lam is the Vice President of Accounting at Eagle Web Assets, Inc with the responsibility for overseeing all accounting operations. Eagle Web Assets, Inc has given her a great place to learn and grow. She started her career at Eagle Web Assets, Inc in February 2010 as an accounting clerk. Her responsibilities in this position included collecting necessary documents for affiliate payments and processing the payments. Within three months, she was promoted to Accounting Manager with the responsibility of answering affiliate inquiries, balancing accounts and managing both aspects of accounting -- payables and receivables. She also supervises employees within the accounting department.

Prior to joining Eagle Web Assets, Savy worked as a relocation consultant for Paragon Relocation Company where she assisted employees with relocating to a new region or state. This included helping the employees sell their house, finding them a new house and arranging for their household goods to be moved to the new location. It required a skill set in customer service which she has over 15 years experience in. She also has 5 years experience working as an underwriter for several mortgage companies, including Argent Mortgage and Ocwen Financial Corporation. Her analytical skill set was a key facet in this position as she needed them to determine whether a home loan should be approved or not. She has also worked as a computer operator at MarianJoy Rehabilitation Hospital in the Information Technology department. Her main role there was ensuring that all system servers ran smoothly and backing up data on a daily basis.

Savy earned her B.A in Journalism from Northern Illinois University in DeKalb, IL. She loves dogs and traveling to exciting places. She also supports environmental causes and breast cancer awareness and has walked in the Susan G. Komen 3-Day for the Cure.

© 2013 Eagle Web Assets Inc. All Rights Reserved.
Home | Login | Events | Press | Careers | Blog

Follow Us On
279    3.8k
Like