1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel:  310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)          ERIN J. ILLMAN (Bar No. 238262)
   albert.hartmann@dlapiper.com                          erin.illman@dlapiper.com
6  DLA PIPER LLP (US)                                    VISHALI SINGAL (Bar No. 267481)
   203 North LaSalle Street, Ste 1900                    vishali.singal@dlapiper.com
7  Chicago, IL 60601-1293                                DLA PIPER LLP (US)
   Tel:  312-368-4000                                    555 Mission Street, Suite 2400
8  Fax: 312-236-7516                                     San Francisco, CA  94105-2933
                                                         Tel:  415.836.2500
9  Attorneys for Defendant and Third-Party Plaintiff     Fax:  415.836.2501
   REACH MEDIA GROUP, LLC
10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

15 | DAVID TRINDADE, individually and on behalf of all others similarly situated, | CASE NO  5:12-CV-04759 (PSG) |
16 | Plaintiff, | Complaint Filed: September 12, 2012 <br> Third-Party Complaint Filed: November 15, 2012 |
17 | v. | **REQUEST TO APPEAR TELEPHONICALLY** |
18 | REACH MEDIA GROUP, LLC,  a Delaware limited liability company, | |
19 | | Judge: Honorable Paul Singh Grewal <br> Department: Courtroom 5, 4th Floor |
20 | Defendant. | (Changed to Courtroom 3, 5th Floor) <br> Hearing Date: March 12, 2013 <br> Hearing Time: 10:00 a.m. PT |
21 | REACH MEDIA GROUP, LLC, a Delaware limited liability company, | |
22 | Third-Party Plaintiff, | |
23 | v. | |
24 | | |
25 | RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS, INC., a corporation, | |
26 | | |
27 | Third-Party Defendants. | |
28

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\240652812.1

-1-

REQUEST TO APPEAR TELEPHONICALLY
CASE NO.  5:12-CV-04759 (PSG)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Joshua M. Briones, lead counsel for defendant Reach Media Group, LLC ("RMG"), who works and resides in the City of Los Angeles, California, requests to appear by telephone at the hearing on Third-Party Defendants' Motion to Strike and/or Dismiss Third-Party Complaint (Dkt. # 38) and  Third-Party Defendant Ryan Lenahan's Motion to Strike Claims Under California Civil Procedure Code Section 425.16 (Anti-SLAPP Motion) (Dkt. # 41), scheduled for Tuesday, March 12, 2013, at 10:00 a.m. PT, before the Honorable Paul Singh Grewal.  The telephone number at which Mr. Briones requests to be reached is (310) 595-3076. Erin Jane Illman, local counsel for RMG, will appear at the hearing in person.

DATED this 5th day of March, 2013.

DLA PIPER LLP (US)

By:  /s/ Vishali Singal
JOSHUA M. BRIONES
ERIN JANE ILLMAN
VISHALI SINGAL
Attorneys for Defendant
REACH MEDIA GROUP, LLC

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\240652812.1

-2-

REQUEST TO APPEAR TELEPHONICALLY
CASE NO.  5:12-CV-04759 (PSG)