JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

ERIN J. ILLMAN (Bar No. 238262)
erin.illman@dlapiper.com
VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant and Third-Party Plaintiff
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant.<br> | CASE NO 5:12-CV-04759 (PSG)<br><br>Complaint Filed: September 12, 2012<br>Third-Party Complaint Filed: November 15, 2012<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5, 4th Floor<br>       (Changed to Courtroom 3, 5th Floor)<br>Hearing Date: March 12, 2013<br>Hearing Time: 10:00 a.m. PT |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS, INC., a corporation,<br><br>Third-Party Defendants. | |

1  Upon the request of defendant Reach Media Group, LLC for its lead counsel, Joshua M.
2  Briones, to appear telephonically at the March 12, 2013 hearing on Third-Party Defendants'
3  Motion to Strike and/or Dismiss Third-Party Complaint (Dkt. # 38) and Third-Party Defendant
4  Ryan Lenahan's Motion to Strike Claims Under California Civil Procedure Code Section 425.16
5  (Anti-SLAPP Motion) (Dkt. # 41), and for good cause appearing therefore, the Court having
6  considered the papers submitted,
7  IT IS HEREBY ORDERED that Reach Media Group, LLC's request is granted and Mr.
8  Briones may appear telephonically for the March 12, 2013 hearing.
9  DATED: _____, 2013

By _____
HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE