| | |
|---|---|
| 1  JOSHUA M. BRIONES (Bar No. 205293)<br>   joshua.briones@dlapiper.com<br>2  DLA PIPER LLP (US)<br>   2000 Avenue of the Stars, Suite 400 North Tower<br>3  Los Angeles, California 90067-4704<br>   Tel: 310-595-3000<br>4  Fax: 310-595-3300 | |
| 5  ALBERT E. HARTMANN (*pro hac vice* pending)<br>   albert.hartmann@dlapiper.com<br>6  DLA PIPER LLP (US)<br>   203 North LaSalle Street, Ste 1900<br>7  Chicago, IL 60601-1293<br>   Tel: 312-368-4000<br>8  Fax: 312-236-7516 | ERIN J. ILLMAN (Bar No. 238262)<br>erin.illman@dlapiper.com<br>VISHALI SINGAL (Bar No. 267481)<br>vishali.singal@dlapiper.com<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501 |
| 9  Attorneys for Defendant and Third-Party Plaintiff<br>   REACH MEDIA GROUP, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO 5:12-CV-04759 (PSG)<br><br>Complaint Filed: September 12, 2012<br>Third-Party Complaint Filed: November 15, 2012<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT REACH MEDIA GROUP, LLC**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5, 4th Floor |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS, INC., a corporation,<br><br>Third-Party Defendants. | |

-1-

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Erin Jane Illman of DLA Piper LLP (US) hereby appears in the above-captioned matter on behalf of defendant Reach Media Group, LLC, and requests that she receive notice of electronic filings in this case at the following e-mail address:

erin.illman@dlapiper.com

Dated: March 5, 2013

                              DLA PIPER LLP (US)

                              By: /s/ Vishali Singal
                                 ERIN JANE ILLMAN
                                 VISHALI SINGAL
                                 Attorneys for Defendant
                                 REACH MEDIA GROUP, LLC