SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Counsel for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Judge: Honorable Paul Singh Grewal<br>Date: March 12, 2013<br>Time: 10:00 a.m.<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants*. | |

1  TO:   All parties and their counsel of record.

2  **PLEASE TAKE NOTICE** that Benjamin H. Richman, counsel for Plaintiff David Trindade, hereby respectfully requests leave of the Court to appear telephonically at the hearing on Third-Party Defendants Kyle Danna's and Ryan Lenahan's motions to dismiss and strike Defendant Reach Media Group's third-party complaint, scheduled in this matter for Tuesday, March 12, 2013, at 10:00 a.m. This request is made in good faith and not for any improper purpose. In the event that the Court grants the instant request, Plaintiff's counsel will make all necessary arrangements to appear telephonically via the California CourtCall service.

Respectfully submitted,

**DAVID TRINDADE**, individually and on behalf of all others similarly situated,

Dated: March 6, 2013

By: /s/ Benjamin H. Richman
      One of Plaintiff's Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370