SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Counsel for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Judge: Honorable Paul Singh Grewal<br>Date: March 12, 2013<br>Time: 10:00 a.m.<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants*. | |

1  This matter coming before the Court on Plaintiff's Request for Counsel to Appear
2  Telephonically at the motion hearing scheduled for March 12, 2013 in this matter, due and adequate
3  notice having been given, and the Court being duly advised in the premises,
4      IT IS HEREBY ORDERED AND ADJUDGED:
5      1.    Plaintiff's request is hereby granted; and,
6      2.    Plaintiff's counsel shall contact the CourtCall service at (866) 582-6878 to arrange
7          for telephonic appearance.
8      IT IS SO ORDERED.

10  ENTERED: _____

                                      HONORABLE PAUL S. GREWAL
                                      UNITED STATES MAGISTRATE JUDGE