SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Counsel for Plaintiff and the putative class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 5:12-cv-04759 (PSG)<br><br>**[P<del>ROPOSED</del>] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Judge: Honorable Paul Singh Grewal<br>Date: March 12, 2013<br>Time: 10:00 a.m.<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants.* | |

1. This matter coming before the Court on Plaintiff's Request for Counsel to Appear Telephonically at the motion hearing scheduled for March 12, 2013 in this matter, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's request is hereby granted; and,
2. Plaintiff's counsel shall contact the CourtCall service at (866) 582-6878 to arrange for telephonic appearance.

IT IS SO ORDERED.

ENTERED: March 7, 2013

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER    1    CASE NO. 5:12-CV-04759 (PSG)