UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 12, 2013

Case No. C-12-04756-PSG    JUDGE: Paul S. Grewal    TIME IN: *45 mins.*

**DAVID TRINDADE**            -V- **REACH MEDIA GROUP**
Title

J. Rosenfeld, V. Sanderson            J. Briones
**Attorneys Present (Plaintiff)**    **Attorneys Present (Defendant)**

**COURT CLERK:** Jackie Garcia    **COURT REPORTER:** Summer Fisher

**PROCEEDINGS**

**THIRD-PARTY DEFENDANT'S MOTION TO STRIKE AND/OR DISMISS THIRD-PARTY COMPLAINT; THIRD-PARTY DEFENDANT'S MOTION TO STRIKE CLAIMS**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from the parties and took the matter under submission.

The Court to issue a written order. The matter is deemed submitted.