1  SEAN P. REIS (SBN 184044)
   sreis@edelson.com
2  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
3  Telephone: (949) 459-2124

4  RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
5  BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
   brichman@edelson.com
6  CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  EDELSON LLC
   350 North LaSalle Street, Suite 1300
8  Chicago, Illinois 60654
   Telephone: (312) 589-6370
9

10  *Counsel for Plaintiff and the putative class*

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

| DAVID TRINDADE, individually and on behalf of all others similarly situated, | Case No. 5:12-cv-04759 (PSG) |
|---|---|
| *Plaintiff*, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company, | Judge: Honorable Paul Singh Grewal  Action Filed: September 12, 2012 |
| *Defendant*. | |

19  TO:    The Clerk of the Court and all Parties of Record.

20          **PLEASE TAKE NOTICE THAT** effective March 8, 2013, Edelson McGuire LLC has

21  changed its name to Edelson LLC. All future reference to the firm in this matter should be to

22  Edelson LLC. The firm's and its lawyers' addresses, phone numbers, facsimile numbers and email

23  addresses have not been affected by the name change and will remain the same

24                                        Respectfully submitted,

25                                        **EDELSON LLC**,

26  Dated: March 25, 2013          By:  /s/ Benjamin H. Richman

27

28

1  RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
2  BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
   brichman@edelson.com
3  CHRISTOPHER DORE (Admitted *Pro Hac Vice*)
   cdore@edelson.com
4  EDELSON LLC
   350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
5  Telephone: (312) 589-6370

6  SEAN P. REIS (SBN 184044)
   sreis@edelson.com
7  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, CA 92688
8  Telephone: (949) 459-2124

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28