1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)        ERIN J. ILLMAN (Bar No. 236282)
   albert.hartmann@dlapiper.com                       VISHALI SINGAL (Bar No. 267481)
6  DLA PIPER LLP (US)                                 vishali.singal@dlapiper.com
   203 North LaSalle Street, Ste 1900                 DLA PIPER LLP (US)
7  Chicago, IL 60601-1293                             555 Mission Street, Suite 2400
   Tel: 312-368-4000                                  San Francisco, CA 94105-2933
8  Fax: 312-236-7516                                  Tel: 415.836.2500
                                                      Fax: 415.836.2501
9  Attorneys for Defendant and Third-Party Plaintiff
   REACH MEDIA GROUP, LLC
10

11                        UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14
   DAVID TRINDADE, individually and on        CASE NO  5:12-CV-04759 (PSG)
15 behalf of all others similarly situated,
                                              (Complaint Filed: September 12, 2012)
16              Plaintiff,
                                              **CLASS ACTION**
17      v.
                                              **THIRD-PARTY PLAINTIFF REACH
18 REACH MEDIA GROUP, LLC,  a                 MEDIA GROUP, LLC'S NOTICE OF
   Delaware limited liability company,        INTENT NOT TO FILE AMENDED
19                                            THIRD-PARTY COMPLAINT AND NOT
                Defendant.                    TO SERVE THIRD-PARTY DEFENDANT
20                                            EAGLE WEB ASSETS INC.**

21 REACH MEDIA GROUP, LLC, a
   Delaware limited liability company,        Judge: Honorable Paul Singh Grewal
22                                            Department: Courtroom 5
                Third-Party Plaintiff,        Complaint Filed: Sept. 12, 2012
23                                            Third-Party Complaint Filed: Nov. 15, 2012
        v.
24
   RYAN LENAHAN, individually, KYLE
25 DANNA, individually, and EAGLE WEB
   ASSETS INC., a corporation,
26
                Third-Party Defendants.
27

28

DLA PIPER LLP (US)                                          NOTICE OF INTENT NOT TO
  SAN FRANCISCO                       FILE AMENDED THIRD-PARTY COMPLAINT AND SERVE EWA
                                                        CASE NO. 5:12-CV-04759 (PSG)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS:

A. On July 31, 2013, this Court issued and entered an Order Denying Third-Party Defendants' Motion to Strike and Granting-In-Part Motion to Dismiss ("Order") in regards to Third-Party Plaintiff Reach Media Group, LLC's ("RMG") Third-Party Complaint.  (Dkt. #64.)

B. In relevant part, the Order required that RMG file any amended Third-Party Complaint within 14 days of the date of the Order, which corresponded with the date August 14, 2013.  (Dkt. #64.)

C. On August 14, 2013, this Court granted RMG's motion to extend time to amend the Third-Party Complaint and serve it on Third-Party Defendant Eagle Web Assets Inc. ("EWA") to September 13, 2013.  (Dkt. #67.)

D. RMG no longer intends to file an amended Third-Party Complaint and no longer intends to serve EWA with the Third-Party Complaint or an amended Third-Party Complaint.

Dated:  September 13, 2013              DLA PIPER LLP (US)

                                        By: /s/ Vishali Singal
                                        _____
                                        JOSHUA M. BRIONES
                                        VISHALI SINGAL
                                        Attorneys for Defendant and Third-Party
                                        Plaintiff
                                        REACH MEDIA GROUP, LLC