JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ERIN J. ILLMAN (Bar No. 236282)
VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

Attorneys for Defendant and Third-Party Plaintiff
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., a corporation,<br><br>Third-Party Defendants. | CASE NO 5:12-CV-04759 (PSG)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO DISMISS THIRD-PARTY ACTION AGAINST THIRD-PARTY DEFENDANT RYAN LENAHAN**<br><br>Judge: Honorable Paul Singh Grewal<br>Department: Courtroom 5<br>Complaint Filed: Sept. 12, 2012<br>Third-Party Complaint Filed: Nov. 15, 2012 |

1  Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff Reach Media Group, LLC ("RMG"), on the one hand, and Third-Party Defendant Ryan Lenahan ("Lenahan"), on the other hand (collectively, the "Parties"), stipulate and agree as follows:

WHEREAS:

A. RMG filed a Third-Party Complaint in this matter on November 15, 2012 against Third-Party Defendants Lenahan, Kyle Danna ("Danna"), and Eagle Web Assets Inc. ("EWA"). (Dkt. #22.)

B. On July 31, 2013, this Court issued and entered an Order on the Motion to Dismiss and Motion to Strike that (1) dismissed Danna from this action for lack of personal jurisdiction but granted RMG leave to amend its Third-Party Complaint to allege the court has jurisdiction over Danna; (2) found that RMG may implead Lenahan into the action based on RMG's breach of contract and indemnification allegations; (3) denied Lenahan's anti-SLAPP motion; (4) dismissed the breach of contract, breach of warranty, tortious interference with contractual relations, and tortious interference with prospective economic advantage claims but granted leave to amend those claims; and (5) denied Lenahan's request to dismiss the libel per se claim. (Dkt. #64.)

C. On September 13, 2013, RMG filed a Notice of Intent Not to File Amended Third-Party Complaint and Not to Serve Third-Party Defendant Eagle Web Assets Inc.. (Dkt. #68.)

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate and agree as follows:

All remaining claims asserted by Defendant and Third-Party Plaintiff Reach Media Group, LLC against Third-Party Defendant Ryan Lenahan are hereby dismissed under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

-1-

| | | |
|---|---|---|
| 1 | Dated: October 8, 2013 | DLA PIPER LLP (US) |
| 2 | | By: /s/ Vishali Singal |
| 3 | | JOSHUA M. BRIONES<br>VISHALI SINGAL |
| 4 | | Attorneys for Defendant and Third-Party Plaintiff |
| 5 | | REACH MEDIA GROUP, LLC |
| 6 | | |
| 7 | Dated: October 8, 2013 | KRONENBERGER ROSENFELD, LLP |
| 8 | | By: /s/ Virginia A. Sanderson |
| 9 | | VIRGINIA A. SANDERSON<br>Attorney for Third-Party Defendant Ryan Lenahan and for Specially Appearing Third-Party Defendant Kyle Danna |

    I, Vishali Singal, am the ECF user whose identification and password are being used to file the foregoing STIPULATION TO DISMISS THIRD-PARTY ACTION AGAINST THIRD-PARTY DEFENDANT RYAN LENAHAN.

    In compliance with Local Rule 5-1(i)(3), I hereby attest that Virginia A. Sanderson has given her concurrence as to the filing of this stipulation.