JOSHUA M. BRIONES (Bar No. 205293)
joshua.briones@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Tel: 310-595-3000
Fax: 310-595-3300

ALBERT E. HARTMANN (*pro hac vice* pending)
albert.hartmann@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1293
Tel: 312-368-4000
Fax: 312-236-7516

ERIN J. ILLMAN (Bar No. 236282)
erin.illman@dlapiper.com
VISHALI SINGAL (Bar No. 267481)
vishali.singal@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**CLASS ACTION**<br><br>**REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT REACH MEDIA GROUP, LLC** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DLA Piper LLP (US) ("DLA Piper") hereby seeks leave of Court to withdraw as counsel of record for Defendant Reach Media Group, LLC ("RMG") in the above-captioned action pursuant to U.S. District Court, Northern District of California, Local Rule 11-5(a), and California Rule of Professional Conduct 3-700. This request is made on the grounds that RMG has knowingly and freely consented to DLA Piper's withdrawal in this matter; that RMG has acknowledged its understanding that the Court may condition leave to withdraw on the requirement that papers continue to be served on DLA Piper for forwarding purposes, unless and until RMG appears by other counsel; that because this matter is in its early stages, RMG would not be prejudiced by DLA Piper's withdrawal; and that DLA Piper's withdrawal as counsel will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, DLA Piper respectfully requests leave to withdraw as counsel for RMG in this case.

Dated: November 7, 2013
DLA PIPER LLP (US)

By: /s/ Vishali Singal
JOSHUA M. BRIONES
VISHALI SINGAL
Attorneys for Defendant REACH MEDIA GROUP, LLC

-1-
REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL
CASE NO. 5:12-CV-04759 (PSG)