1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel:  310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)   ERIN J. ILLMAN (Bar No. 236282)
   albert.hartmann@dlapiper.com                   erin.illman@dlapiper.com
6  DLA PIPER LLP (US)                             VISHALI SINGAL (Bar No. 267481)
   203 North LaSalle Street, Ste 1900             vishali.singal@dlapiper.com
7  Chicago, IL 60601-1293                         DLA PIPER LLP (US)
   Tel:  312-368-4000                             555 Mission Street, Suite 2400
8  Fax: 312-236-7516                              San Francisco, CA  94105-2933
                                                  Tel:  415.836.2500
9  Attorneys for Defendant                        Fax:  415.836.2501
   REACH MEDIA GROUP, LLC
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14
   DAVID TRINDADE, individually and on        CASE NO. 5:12-CV-04759 (PSG)
15 behalf of all others similarly situated,

16            Plaintiff,                      **CLASS ACTION**

17       v.                                   **REQUEST FOR LEAVE TO
                                              WITHDRAW AS COUNSEL OF
18 REACH MEDIA GROUP, LLC,  a                 RECORD FOR DEFENDANT REACH
   Delaware limited liability company,        MEDIA GROUP, LLC**
19
              Defendant.
20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
San Francisco
                                              REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL
                                              CASE NO. 5:12-CV-04759 (PSG)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that DLA Piper LLP (US) ("DLA Piper") hereby seeks leave of Court to withdraw as counsel of record for Defendant Reach Media Group, LLC ("RMG") in the above-captioned action pursuant to U.S. District Court, Northern District of California, Local Rule 11-5(a), and California Rule of Professional Conduct 3-700.  This request is made on the grounds that RMG has knowingly and freely consented to DLA Piper's withdrawal in this matter; that RMG has acknowledged its understanding that the Court may condition leave to withdraw on the requirement that papers continue to be served on DLA Piper for forwarding purposes, unless and until RMG appears by other counsel; that because this matter is in its early stages, RMG would not be prejudiced by DLA Piper's withdrawal; and that DLA Piper's withdrawal as counsel will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, DLA Piper respectfully requests leave to withdraw as counsel for RMG in this case.

Dated:  November 7, 2013          DLA PIPER LLP (US)

                                  By: /s/ Vishali Singal
                                      JOSHUA M. BRIONES
                                      VISHALI SINGAL
                                      Attorneys for Defendant REACH MEDIA GROUP, LLC