1  JOSHUA M. BRIONES (Bar No. 205293)
   joshua.briones@dlapiper.com
2  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
3  Los Angeles, California 90067-4704
   Tel: 310-595-3000
4  Fax: 310-595-3300

5  ALBERT E. HARTMANN (*pro hac vice* pending)      ERIN J. ILLMAN (Bar No. 236282)
   albert.hartmann@dlapiper.com                      erin.illman@dlapiper.com
6  DLA PIPER LLP (US)                                VISHALI SINGAL (Bar No. 267481)
   203 North LaSalle Street, Ste 1900                vishali.singal@dlapiper.com
7  Chicago, IL 60601-1293                            DLA PIPER LLP (US)
   Tel: 312-368-4000                                 555 Mission Street, Suite 2400
8  Fax: 312-236-7516                                 San Francisco, CA 94105-2933
                                                     Tel: 415.836.2500
9  Attorneys for Defendant                           Fax: 415.836.2501
   REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT REACH MEDIA GROUP, LLC** |

The Court, having fully considered the Request for Leave to Withdraw as Counsel of Record for Defendant Reach Media Group, LLC filed by DLA Piper LLP (US), and good causing appearing therefore,

IT IS HEREBY ORDERED that DLA Piper LLP (US) is withdrawn as counsel of record for Defendant Reach Media Group, LLC in this matter.

IT IS SO ORDERED.

DATED: _____, 2013

By _____
HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE