| | |
|---|---|
| JOSHUA M. BRIONES (Bar No. 205293)<br>joshua.briones@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars, Suite 400 North Tower<br>Los Angeles, California 90067-4704<br>Tel: 310-595-3000<br>Fax: 310-595-3300 | |
| ALBERT E. HARTMANN (*pro hac vice* pending)<br>albert.hartmann@dlapiper.com<br>DLA PIPER LLP (US)<br>203 North LaSalle Street, Ste 1900<br>Chicago, IL 60601-1293<br>Tel: 312-368-4000<br>Fax: 312-236-7516 | ERIN J. ILLMAN (Bar No. 236282)<br>erin.illman@dlapiper.com<br>VISHALI SINGAL (Bar No. 267481)<br>vishali.singal@dlapiper.com<br>DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel: 415.836.2500<br>Fax: 415.836.2501 |

Attorneys for Defendant
REACH MEDIA GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>    Defendant. | CASE NO. 5:12-CV-04759 (PSG)<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT REACH MEDIA GROUP, LLC** |

The Court, having fully considered the Request for Leave to Withdraw as Counsel of Record for Defendant Reach Media Group, LLC filed by DLA Piper LLP (US), and good causing appearing therefore,

IT IS HEREBY ORDERED that DLA Piper LLP (US) is withdrawn as counsel of record for Defendant Reach Media Group, LLC in this matter on the condition that papers continue to be served on DLA Piper for forwarding purposes, unless and until RMG appears by other counsel.

IT IS SO ORDERED.

DATED: November 8, 2013

By *Paul S. Grewal*
HONORABLE PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE