RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

*Counsel for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Date: December 17, 2013<br>Time: 10:00 a.m.<br>Action Filed: September 12, 2012 |

1  TO: All parties and their counsel of record.

2  **PLEASE TAKE NOTICE** that Benjamin H. Richman, counsel for Plaintiff David
3  Trindade, hereby respectfully requests leave of the Court to appear telephonically at the status
4  conference scheduled in this matter for Tuesday, December 17, 2013, at 10:00 a.m. Because
5  Defendant Reach Media Group, LLC is no longer represented by counsel, has not been in
6  communication with Plaintiff's counsel, and has not otherwise shown an intention to continue to
7  defend the instant action, Plaintiff anticipates the filing of a motion for default judgment and thus,
8  makes the instant request in good faith to avoid the additional expenditure of time and other
9  resources necessary to travel from Chicago, Illinois to San Jose, California. In the event that the
10 Court grants the instant request, Plaintiff's counsel will make all necessary arrangements to appear
11 telephonically via the California CourtCall service. Of course, if the Court prefers that Plaintiff's
12 counsel appear in person, counsel will make the necessary arrangements to do so.

13                                    Respectfully submitted,

14                                    **DAVID TRINDADE**, individually and on behalf of
15                                    all others similarly situated,

16 Dated: December 13, 2013           By: /s/ Benjamin H. Richman
                                            One of Plaintiff's Attorneys

17                                    RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
                                      rbalabanian@edelson.com
18                                    BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
                                      brichman@edelson.com
19                                    CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
                                      cdore@edelson.com
20                                    EDELSON LLC
                                      350 North LaSalle Street, Suite 1300
21                                    Chicago, Illinois 60654
                                      Telephone: (312) 589-6370
22
23                                    SEAN P. REIS (SBN 184044)
                                      sreis@edelson.com
24                                    30021 Tomas Street, Suite 300
                                      Rancho Santa Margarita, California 92688
25                                    Telephone: (949) 459-2124

26
27
28