1  RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
2  BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
   brichman@edelson.com
3  CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
   cdore@edelson.com
4  EDELSON LLC
   350 North LaSalle Street, Suite 1300
5  Chicago, Illinois 60654
   Telephone: (312) 589-6370
6
   SEAN P. REIS (SBN 184044)
7  sreis@edelson.com
   30021 Tomas Street, Suite 300
8  Rancho Santa Margarita, California 92688
   Telephone: (949) 459-2124
9
   *Counsel for Plaintiff and the putative class*
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13 | DAVID TRINDADE, individually and on behalf of all others similarly situated, | Case No. 5:12-cv-04759 (PSG)

14 |                    *Plaintiff,* | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**

15 | *v.* |

16 | REACH MEDIA GROUP, LLC, a Delaware limited liability company, | Judge: Honorable Paul Singh Grewal
   Date: December 17, 2013
17 |                                  | Time: 10:00 a.m.
   |                    *Defendant.* | Action Filed: September 12, 2012
18

19

20

21

22

23

24

25

26

27

28

1    This matter coming before the Court on Plaintiff's Request for Counsel to Appear

2 Telephonically at the Status Conference scheduled for December 17, 2013 in this matter, due and

3 adequate notice having been given, and the Court being duly advised on the premises,

4    IT IS HEREBY ORDERED AND ADJUDGED:

5    1.    Plaintiff's request is hereby granted; and,

6    2.    Plaintiff's counsel shall contact the CourtCall service at (888) 882-6878 to arrange

7        for telephonic appearance.

8    IT IS SO ORDERED.

9

10 ENTERED: _____        _____

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28