RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN H. RICHMAN (Admitted *Pro Hac Vice*)
brichman@edelson.com
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

*Counsel for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Date: December 17, 2013<br>Time: 10:00 a.m.<br>Action Filed: September 12, 2012 |

This matter coming before the Court on Plaintiff's Request for Counsel to Appear Telephonically at the Status Conference scheduled for December 17, 2013 in this matter, due and adequate notice having been given, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's request is hereby granted; and,
2. Plaintiff's counsel shall contact the CourtCall service at (888) 882-6878 to arrange for telephonic appearance.

IT IS SO ORDERED.

ENTERED:  December 16, 2013

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE