# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: December 17, 2013                                    Time in Court: 2 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:33 to 10:35)

**TITLE: David Trindade v. Reach Media Group, LLC**
**CASE NUMBER**: CV12-04759 PSG
Plaintiff Attorney(s) present: Ben Richman, *telephonically*
Defendant Attorney(s) present: No parties present

**PROCEEDINGS:**
**Status Conference**

Status conference held.
Counsel for Reach Media Group recently withdrawn.
Plaintiff's counsel anticipates filing motion for default.

///