Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the putative class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 12-cv-04759-PSG<br><br>**NOTICE OF ENTRY OF APPEARANCE OF MARK EISEN** |

1    TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that the undersigned of the law office of Edelson PC enters

3 this Notice of Appearance for Mark Eisen in the above-referenced action as counsel for Plaintiff

4 David Trindade and the putative class.

6 DATED: January 25, 2014                    EDELSON PC

                                             By: /s/ Mark Eisen

                                             Mark Eisen (SBN - 289009)
                                             meisen@edelson.com
                                             EDELSON PC
                                             555 West Fifth Street, 31st Floor
                                             Los Angeles, California 90013
                                             Tel: 213.533.4100
                                             Fax: 213.947.4251

                                             Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                             rbalabanian@edelson.com
                                             Benjamin H. Richman (Admitted *Pro Hac Vice*)
                                             brichman@edelson.com
                                             Christopher L. Dore (Admitted *Pro Hac Vice*)
                                             cdore@edelson.com
                                             EDELSON PC
                                             350 North LaSalle Street, Suite 1300
                                             Chicago, Illinois 60654
                                             Tel: 312.589.6370
                                             Fax: 312.589.6378

                                             *Attorneys for Plaintiff and the putative class*

## **CERTIFICATE OF SERVICE**

I, Mark Eisen, an attorney, hereby certify that on January 25, 2014, I served the above and foregoing *Notice of Entry of Appearance of Mark Eisen*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 25th day of January, 2014

/s/ Mark Eisen