**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5363

January 27, 2014

RE:  CV 12-04759 PSG        DAVID TRINDADE-v- REACH MEDIA GROUP, LLC

Default is entered as to Reach Media Group LLC on 1/24/14.

RICHARD W. WIEKING, Clerk

by Cynthia Hernandez  
Case Systems Administrator

NDC TR-4  Rev. 3/89