| | |
|---|---|
| 1 | Mark Eisen (SBN – 289009) |
| | meisen@edelson.com |
| 2 | EDELSON PC |
| | 555 West Fifth Street, 31st Floor |
| 3 | Los Angeles, California 90013 |
| | Tel: 213.533.4100 |
| 4 | Fax: 213.947.4251 |
| 5 | Rafey S. Balabanian (Admitted *Pro Hac Vice*) |
| | rbalabanian@edelson.com |
| 6 | Benjamin H. Richman (Admitted *Pro Hac Vice*) |
| | brichman@edelson.com |
| 7 | Christopher L. Dore (Admitted *Pro Hac Vice*) |
| | cdore@edelson.com |
| 8 | EDELSON PC |
| | 350 North LaSalle Street, Suite 1300 |
| 9 | Chicago, Illinois 60654 |
| | Tel: 312.589.6370 |
| 10 | Fax: 312.589.6378 |

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant.* | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER ENTERING DEFAULT JUDGMENT AGAINST REACH MEDIA GROUP, LLC**<br><br>Judge: Honorable Paul Singh Grewal<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants.* | |

| | |
|---|---|
| 1 | This matter coming before the Court on Plaintiff David Trindade's Motion for Entry of |
| 2 | Default Judgment Against Defendant Reach Media Group, LLC, due and adequate notice having |
| 3 | been given, and the Court being duly advised in the premises, |
| 4 | **IT IS HEREBY ORDERED AND ADJUDGED:** |
| 5 | 1. Plaintiff Trindade's motion is granted; and, |
| 6 | 2. Judgment is hereby entered in Plaintiff Trindade's favor and against Defendant |
| 7 | Reach Media Group, LLC in the amount of $1,500.00. |
| 8 | **IT IS SO ORDERED.** |

ENTERED: _____

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE