Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants*. | |

1 | TO: All parties and their counsel of record.

2 | **PLEASE TAKE NOTICE** that Benjamin H. Richman, counsel for Plaintiff David Trindade, hereby respectfully requests leave of the Court to appear telephonically at the Status Conference scheduled in this matter for Friday, May 16, 2014, at 10:00 a.m. This request is made in good faith and not for any improper purpose. In the event that the Court grants the instant request, Plaintiff's counsel will make all necessary arrangements to appear telephonically via the California CourtCall service.

Respectfully submitted,

**DAVID TRINDADE**,

Dated: May 14, 2014

By: /s/ Benjamin H. Richman
      One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251