Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 5:12-cv-04759 (PSG)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Action Filed: September 12, 2012 |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants*. | |

1   This matter coming before the Court on Plaintiff's Request for Counsel to Appear
2   Telephonically at the Status Conference scheduled for May 16, 2014 in this matter, due and
3   adequate notice having been given, and the Court being duly advised in the premises,
4   **IT IS HEREBY ORDERED AND ADJUDGED:**
5   1.   Plaintiff's request is hereby granted; and,
6   2.   Plaintiff's counsel shall contact the CourtCall service at (866) 882-6878 to arrange
7        for telephonic appearance.
8   **IT IS SO ORDERED.**

ENTERED: _____

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE