Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Defendant*.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>RYAN LENAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>*Third-Party Defendants*. | Case No. 5:12-cv-04759 (PSG)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE**<br><br>Judge: Honorable Paul Singh Grewal<br>Action Filed: September 12, 2012 |

This matter coming before the Court on Plaintiff's Request for Counsel to Appear Telephonically at the Status Conference scheduled for May 16, 2014 in this matter, due and adequate notice having been given, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiff's request is hereby granted; and,
2. Plaintiff's counsel shall contact the CourtCall service at (866) 582-6878 to arrange for telephonic appearance.

**IT IS SO ORDERED.**

ENTERED: 5/14/2014

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE