UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

# Civil Minute Order

Date: May 16, 2014                                             Time in Court: 2 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:44 to 10:46)

**TITLE: David Trindade v. Reach Media Group, LLC**
**CASE NUMBER**: CV12-04759 PSG
Plaintiff Attorney(s) present: Benjamin Richman, *telephonically*
Defendant Attorney(s) present: No appearances

**PROCEEDINGS:**
**Status Conference**

Motion for Default Judgment recently filed.

///