**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No. 5:12-cv-04759 (PSG)<br><br>**JUDGMENT AGAINST REACH MEDIA GROUP, LLC**<br><br>**(Re: Docket No. 85)** |
| REACH MEDIA GROUP, LLC, a Delaware limited liability company,<br><br>　　　　　　　Third-Party Plaintiff,<br>　　v.<br><br>RYAN LEHAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation,<br><br>　　　　　　　Third-Party Defendants. | |

　　This matter coming before the court on Plaintiff David Trindade's Motion for Entry of Default Judgment Against Defendant Reach Media Group, LLC, due and adequate notice having been given, and the court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

1. All claims against Third-Party Defendant Eagle Web Access, Inc. are dismissed without prejudice;[1] and

2. Judgment is hereby entered in Plaintiff Trindade's favor and against Defendant Reach Media Group, LLC in the amount of $1,500.00.

**IT IS SO ORDERED.**

Dated: September 12, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 68 at 2; Fed. R. Civ. P. 4(m).