**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TRINDADE, individually and on behalf of all others similarly situated, )<br><br>                          Plaintiff, )<br>     v. )<br><br>REACH MEDIA GROUP, LLC, a Delaware limited liability company, )<br><br>                          Defendant. )<br>_____ )<br>REACH MEDIA GROUP, LLC, a Delaware limited liability company, )<br><br>                          Third-Party Plaintiff, )<br>     v. )<br><br>RYAN LEHAHAN, individually, KYLE DANNA, individually, and EAGLE WEB ASSETS INC., an Illinois corporation, )<br><br>                          Third-Party Defendants. )<br>_____ ) | Case No. 5:12-cv-04759 (PSG)<br><br>**JUDGMENT AGAINST REACH MEDIA GROUP, LLC**<br><br>**(Re: Docket No. 85)** |

This matter coming before the court on Plaintiff David Trindade's Motion for Entry of

Default Judgment Against Defendant Reach Media Group, LLC, due and adequate notice having

been given, and the court being duly advised in the premises,

1
Case No. 5:12-cv-04759 (PSG)
ORDER ENTERING DEFAULT JUDGMENT AGAINST REACH MEDIA GROUP, LLC

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. All claims against Third-Party Defendant Eagle Web Access, Inc. are dismissed without prejudice;[1] and

2. Judgment is hereby entered in Plaintiff Trindade's favor and against Defendant Reach Media Group, LLC in the amount of $1,500.00.

**IT IS SO ORDERED.**

Dated: September 12, 2014

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
For the Northern District of California

---

[1] *See* Docket No. 68 at 2; Fed. R. Civ. P. 4(m).

2

Case No. 5:12-cv-04759 (PSG)
ORDER ENTERING DEFAULT JUDGMENT AGAINST REACH MEDIA GROUP, LLC